# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTEC EUROPE S.À.R.L.,<br><br>      Plaintiff,<br><br>v.<br><br>SHENZHEN CREALITY 3D TECHNOLOGY CO., LTD., AND KICKSTARTER PBC,<br><br>      Defendants. | **Case No. 1:22-2676 (WFK)(VMS)**<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff Artec Europe S.a.r.l. (a nongovernmental corporate party) certifies that Artec Europe S.a.r.l. has no parent corporation or publicly held corporation owning 10% or more of its stock.

March 25, 2022

                 Respectfully submitted,

                 /s/ *Barry S. Alexander*
                 Barry S. Alexander
                 **SCHNADER HARRISON SEGAL & LEWIS LLP**
                 140 Broadway, Suite 3100
                 New York, New York 10005-1101
                 Telephone: (212) 973-8099
                 balexander@schnader.com

                 Richard de Bodo (*pro hac vice app. pending*)
                 Charles T. Zerner *(Pro hac vice app. pending)*
                 **MUNCK WILSON MANDALA, LLP**
                 1925 Century Park East, Suite 2300
                 Los Angeles, CA 90067
                 Telephone: (310) 287-0377
                 rdebodo@munckwilson.com
                 czerner@munckwilson.com

                 *Attorneys for Plaintiff*
                 *Artec Europe S.À.R.L.*