UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTEC EUROPE S.À.R.L.,<br><br>      Plaintiff,<br><br>      v.<br><br>SHENZHEN CREALITY 3D TECHNOLOGY CO., LTD., AND KICKSTARTER PBC,<br><br>      Defendants. | 1:22-2676 (WFK)(VMS)<br><br>**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION** |

    Upon the declaration of Gleb Gusev, dated March 25, 2022, and Plaintiff Artec Europe S.a.r.l's ("Artec's") Memorandum Of Law In Support Of Plaintiff's Application For A Temporary Restraining Order And Preliminary Injunction, dated March 25, 2022 (the "Application"), and Artec's Complaint, dated March 25, 2022, and proceedings had herein with regard to the present application, it is hereby

    ORDERED, that Defendants Kickstarter PBC and Shenzhen Creality 3D Technology Co., Ltd. (collectively "Defendants") show cause before a motion term of this Court to be held, at the U.S. Courthouse, 225 Cadman Plaza East, Brooklyn, New York, 11201, at \_\_\_\_\_ a.m./p.m. on \_\_\_\_\_, 2022, why an order should not be issued granting a preliminary injunction that (1) enjoins Defendant Kickstarter PBC from transferring, paying, or sending directly or indirectly to Shenzhen Creality 3D Technology Co., Ltd. or outside of Kickstarter PBC's own account any funds, payments, money, or item of value received in connection with, from, or relating to its campaign with Shenzhen Creality 3D Technology Co., Ltd. Involving the CR-Scan Lizard, and (2) requires Defendant Kickstarter PBC to retain and not disburse any and all funds or payments received or

collected in connection with its campaign relating to the CR-Scan Lizard, and enjoins Defendants' employees, owners, agents, officers, directors, attorneys, representatives, affiliates, subsidiaries, successors, and assigns, and all those in active concert or participation with them from enabling or assisting Kickstarter PBC in any such transfer or payments;

AND IT IS FURTHER ORDERED that, sufficient reason having been shown therefor, pending the hearing of this Application, pursuant to Rule 65 of the Federal Rules of Civil Procedure: Defendant Kickstarter PBC is temporarily (1) restrained and enjoined from transferring, paying, or sending directly or indirectly to Shenzhen Creality 3D Technology Co., Ltd. or outside of Kickstarter PBC's own account any funds, payments, money, or item of value received in connection with, from, or relating to its campaign with or involving Shenzhen Creality 3D Technology Co., Ltd. and/or the CR-Scan Lizard, and (2) required to retain and not disburse any and all funds or payments received or collected in connection with its campaign relating to the CR-Scan Lizard, and Defendants' employees, owners, agents, officers, directors, attorneys, representatives, affiliates, subsidiaries, successors, and assigns, and all those in active concert or participation with them are enjoined from enabling or assisting Kickstarter PBC in any such transfer or payments;

AND IT IS FURTHER ORDERED that any papers responding to the Application and Motion be served and filed on or before ____, 2022 and that any reply papers in further support of the Application and Motion be served and filed on or before _____, 2022;

AND IT IS FURTHER ORDERED that security in the amount of $_____ be posted by Artec prior to ____, 2022;

AND IT IS FURTHER ORDERED that, pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure, service via e-mail and FedEx of a copy of this order and the papers upon which

it is granted made on the Defendants or their counsel on or before ____, 2022, shall be deemed good and sufficient service and notice thereof.

Dated: Brooklyn, New York
_____, 2022                              _____
                                                         United States District Judge