UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ARTEC EUROPE S.À.R.L.,

                          Plaintiff,

      -against-

SHENZHEN CREALITY 3D TECHNOLOGY
CO., LTD; KICKSTARTER, PBC,

                        Defendant.
------------------------------------------------------------X

Case No.: 1:22-1676 (WFK)(VMS)

**NOTICE OF MOTION TO ADMIT RICHARD DE BODO PRO HAC VICE**

To: Clerk of Court and Counsel of Record:

     PLEASE TAKE NOTICE that pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Defendant Artec Europe S.A.R.L. ("Artec"), will move this Court, before the Honorable William F. Kuntz, II, at the United States District Court for the Eastern District of New York, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, on a date and time designated by the Court for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Richard de Bodo |
| Firm Name: | Munck, Wilson, Mandala |
| City/State/Zip: | 600 Banner Place Tower, 12770 Coit Road, Dallas, Texas 75251 |
| Phone Number: | (310) 601-1116 |
| Fax Number: | (972) 628-3616 |
| E-mail Address: | rdebodo@munckwilson.com |

In support of this motion, Artec (Plaintiff) (deft.) will rely on the accompanying Declaration of Barry S. Alexander, Esq, and the Declaration of Richard de Bodo together with the exhibit annexed thereto. Artec (Plaintiff) waives oral argument unless opposition papers are filed.

Dated: New York, New York
       March 28, 2022

                                              Respectfully Submitted,

                                              SCHNADER HARRISON SEGAL & LEWIS LLP

                                              By: _____
                                                      Barry S. Alexander, Esq.
                                            140 Broadway, 31st Floor
                                            New York, New York 10005
                                            (212) 973-8099
                                            *Attorneys for Defendant*
                                            *Artec Europe S.A.R.L.*