UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ARTEC EUROPE S.À.R.L.,                            :
                                                  :
                            Plaintiff,            :      Case No.: 1:22-cv-1676 (WFK)(VMS)
                                                  :
         -against-                                :      **DECLARATION OF**
                                                  :      **RICHARD de BODO**
SHENZHEN CREALITY 3D TECHNOLOGY                   :
CO., LTD; KICKSTARTER, PBC,                       :
                                                  :
                            Defendant.            :
-------------------------------------------------------------X

STATE OF CALIFORNIA          )
                             )
COUNTY OF LOS ANGELES        )

      I, Richard de Bodo, Esquire, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, respectfully submit this affidavit in support of the motion for my admission *pro hac vice*, to represent Plaintiff Artec Europe S.a.r.l. ("Artec") in this action. In support of this motion, I depose and state under penalty of perjury as follows:

      1.     I am a partner in the law firm of Munck Wilson Mandala LLP, located at 1925 Century Park East, Suite 2300, Los Angeles, California 90067.

      2.     I have been a member in good standing of the bar of the State of California since June 1987. Attached hereto as Exhibit "A" is a true and correct copy of my certificate of good standing.

      3.     I am also a member in good standing of the United States District Courts for the Central, Northern, Southern, and Eastern Districts of California, and the United States Courts of Appeal for the Ninth Circuit and the Federal Circuit.

      4.     I have never been convicted of any felony.

5. I am not now, and have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. I am not now, nor have I ever been the subject of any disciplinary proceeding in any jurisdiction.

7. If I am admitted *pro hac vice,* I understand my obligation to immediately inform the Court of any disciplinary proceedings brought against me in any jurisdiction.

8. If I am admitted *pro hac vice,* I understand that any misconduct in connection with this litigation will subject me to the disciplinary jurisdiction of this Court.

9. If I am admitted *pro hac vice,* I understand my obligation to comply with all applicable Rules, and any orders issued by the Court.

10. I declare under penalty of perjury that the foregoing is true and correct.

WHEREFORE, I respectfully request that the Court permit me to appear *pro hac vice* as counsel for Artec Europe S.a.r.l. in the above-captioned action.

Executed on March 27, 2022

*Richard de Bodo*

_____

Richard de Bodo, Esq.