UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ARTEC EUROPE S.À.R.L.,                          :
                                                :
                              Plaintiff,  :  Case No.: 1:22-1676 (WFK)(VMS)
                                                :
        -against-                              :  **ORDER GRANTING MOTION FOR**
                                                :  **ADMISSION PRO HAC VICE OF**
SHENZHEN CREALITY 3D TECHNOLOGY                 :  **RICHARD DE BODO**
CO., LTD; KICKSTARTER, PBC,                     :
                                                :
                            Defendant.  :
-----------------------------------------------------------X

       Upon motion of Artec Europe S.A.R.L. ("Artec"), and Declaration of Sponsoring Attorney Barry S. Alexander, and the Declaration of Applicant Richard de Bodo, it is hereby ordered that:

| | |
|---|---|
| Applicant's Name: | Richard de Bodo |
| Firm Name: | Munck, Wilson, Mandala |
| City/State/Zip: | 1925 Century Park East, Suite 2300, Los Angeles California 90067 |
| Phone Number: | (310) 286-0377 |
| Fax Number: | (972) 628-3616 |
| E-mail Address: | rdebodo@munckwilson.com |

is admitted to practice *pro hac vice* as counsel for Artec Europe S.a.r.l. (Plaintiff) in the above-captioned case in the United States District Court for the Eastern District of New York. All attorneys appearing before the Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                                                                    The Honorable
                                                                                    United States District Court Judge