UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ARTEC EUROPE S.À.R.L.,

          Plaintiff,

    v.

SHENZHEN CREALITY 3D TECHNOLOGY
CO., LTD., and KICKSTARTER PBC,

          Defendants.
-----------------------------------------------------------X

**ORDER TO SHOW CAUSE FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION**
22-CV-1676 (WFK) (VMS)

**WILLIAM F. KUNTZ, II, United States District Judge:**

Upon the declaration of Gleb Gusev, Plaintiff Artec Europe S.À.R.L's Memorandum of Law in support of Plaintiff's Application for a Temporary Restraining Order and Preliminary Injunction (the "Application"), and the Plaintiff's Complaint, it is hereby;

ORDERED that Defendants Kickstarter PBC and Shenzhen Creality 3D Technology Co., Ltd. (collectively "Defendants") show cause before this Court at **3:00 P.M. on Friday, April 8, 2022,** in Courtroom 6H North at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, 11201, why an order should not be issued granting a temporary restraining order or a preliminary injunction (1) enjoining Defendant Kickstarter PBC from transferring, paying, or sending directly or indirectly to Shenzhen Creality 3D Technology Co., Ltd. or outside of Kickstarter PBC's own account any funds, payments, money, or item of value received in connection with, from, or relating to its campaign with Shenzhen Creality 3D Technology Co., Ltd. involving the CR-Scan Lizard; (2) requiring Defendant Kickstarter PBC to retain and not disburse any and all funds or payments received or collected in connection with its campaign relating to the CR-Scan Lizard; and (3) enjoining Defendants' employees, owners, agents, officers, directors, attorneys, representatives, affiliates, subsidiaries, successors, and assigns, and

1

all those in active concert or participation with them from enabling or assisting Kickstarter PBC in any such transfer or payments; and

IT IS FURTHER ORDERED any papers responding to the Application be served and filed on or before **Friday, April 1, 2022 at 5:00 P.M.** and any reply papers in further support of the Application and Motion be served and filed on or before **Wednesday, April 6, 2022 at 5:00 P.M.**; and

IT IS FURTHER ORDERED, pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure, service via e-mail and FedEx of a copy of this order and the papers upon which it is granted made on the Defendants or their counsel on or before **Tuesday, March 29, 2022 at 12:00 Noon** shall be deemed good and sufficient service and notice thereof.

SO ORDERED.

s/ WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: March 28, 2022
Brooklyn, New York