UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTEC EUROPE S.À.R.L.,<br><br>        Plaintiff,<br><br>        v.<br><br>SHENZHEN CREALITY 3D TECHNOLOGY CO., LTD., AND KICKSTARTER PBC,<br><br>        Defendants. | 1:22-1676 (WFK)(VMS)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned is authorized to practice in this Court and hereby appears as counsel for defendant **KICKSTARTER, PBC** in the above-captioned action, and requests that notice of all matters arising herein, and all documents and papers in this case, be served on the undersigned at the address stated below.

Dated: New York, New York
       April 1, 2022

                                          **DAVIS WRIGHT TREMAINE LLP**

                                          By: /s/ *Adam Rich* _____
                                                 Adam Rich
                                                 1251 Avenue of the Americas, 21st Floor
                                                 New York, NY  10020
                                                 Phone: (212) 402-4065
                                                 Email: adamrich@dwt.com

                                                 *Attorneys for Defendant Kickstarter, PBC*