UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTEC EUROPE S.À.R.L., <br><br> Plaintiff, <br><br> v. <br><br> SHENZHEN CREALITY 3D TECHNOLOGY CO., LTD., AND KICKSTARTER PBC, <br><br> Defendants. | 1:22-1676 (WFK)(VMS) <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned is authorized to practice in this Court and hereby appears as counsel for defendant **KICKSTARTER, PBC** in the above-captioned action, and requests that notice of all matters arising herein, and all documents and papers in this case, be served on the undersigned at the address stated below.

Dated: New York, New York
April 1, 2022

**DAVIS WRIGHT TREMAINE LLP**

By: /s/ *James Rosenfeld*
James Rosenfeld
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Phone: (212) 603-6455
Email: jamesrosenfeld@dwt.com

*Attorneys for Defendant Kickstarter, PBC*