UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ARTEC EUROPE S.À.R.L.,

     Plaintiff,

    v.

SHENZHEN CREALITY 3D
TECHNOLOGY CO., LTD., AND
KICKSTARTER PBC,

     Defendants.

1:22-1676 (WFK)(VMS)

**RULE 7.1 DISCLOSURE
STATEMENT**

---

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Kickstarter, PBC, by and

through its undersigned counsel, discloses that it has no parent corporation and no publicly held

corporation owns 10% or more of its stock.


Dated:  New York, New York
      April 1, 2022

                  **DAVIS WRIGHT TREMAINE LLP**

              By:  _/s/ James Rosenfeld_
                   James Rosenfeld
                   1251 Avenue of the Americas, 21st Floor
                   New York, NY  10020
                   Phone: (212) 603-6455
                   Email: jamesrosenfeld@dwt.com


                  *Attorneys for Defendant Kickstarter, PBC*