

140 Broadway Suite 3100
New York, NY 10005-1101

212.973.8000   Fax 212.972.8798   schnader.com

April 5, 2022

Barry S. Alexander
Direct Dial 212-973-8099
Direct Fax 212-972-8798
E-mail: balexander@schnader.com

Hon. William F. Kuntz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 10007

Re: *Artec Europe S.À.R.L. v. Shenzhen Creality 3D Tech. Co., Ltd, et al.*
Case No.: 1:22-1676 (WFK)(VMS)
Schnader Ref: 3019102-0001

Dear Judge Kuntz:

We are counsel to Plaintiff Artec Europe S.A.R.L ("Artec") in this action. We write to request the Court's permission to file a reply memorandum of up to 15 pages in response to Defendants Shenzhen Creality 3D Tech. Co's and Kickstarter PBC's separate oppositions to Plaintiff's Application for a Temporary Restraining Order and Preliminary Injunction. While mindful of Your Honor's Individual Motion Practices and Rules limiting reply memoranda to 10 pages, in light of the very distinct arguments and defenses raised by the two defendants in their oppositions, and the new information and assertions contained in the declarations submitted, we respectfully seek the Court's permission for a modest extension of up to 5 pages for Artec's submission.

Artec's reply is due Wednesday, April 6, 2022.

Thank you for your attention to this request.

Respectfully submitted,

*Barry S. Alexander*
Barry S. Alexander
For SCHNADER HARRISON SEGAL & LEWIS LLP

BSA/sh

Dated: April 5, 2022
Brooklyn, New York

SO ORDERED.

s/ WFK
_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE