UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTEC EUROPE S.À.R.L.,<br><br>                    Plaintiff,<br><br>          v.<br><br>SHENZHEN CREALITY 3D TECHNOLOGY CO., LTD., AND KICKSTARTER, PBC,<br><br>                    Defendants. | Civil Action No.: 1:22-1676 (WFK)(VMS)<br><br>DECLARATION OF AMANDA K. GREENSPON |

## DECLARATION OF AMANDA K. GREENSPON

I, Amanda K. Greenspon, counsel of record for Plaintiff Artec Europe S.À.R.L. ("Artec"), submit this declaration in support of Artec's reply memorandum in support of its Application for a Temporary Restraining Order and Preliminary Injunction.

1. Attached as Exhibit C-1 is a true and correct copy of a screen shot of taken from the website https://www.reddit.com/r/3Dprinting/comments/tqetta/anybody_else_get_this_concerning_email_from/

2. Attached as Exhibit C-2 is a true and correct copy of a message that Kickstarter appears to have been sent out to individuals who ordered the Lizard device on behalf of Creality.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 6th day of April, 2022 in Miami, Florida.

_____
Amanda K. Greenspon

1

# EXHIBIT C 1

Case 1:22-cv-01676-WFK-VMS   Document 26-3   Filed 04/06/22   Page 3 of 4 PageID #: 187

Thanks for your patience and cooperation,
Kickstarter

**KICKSTARTER**

Hello,

This is a message from Kickstarter's Trust and Safety team. We're writing to inform you that a project you backed, 3D Scanner: Creality CR-Scan Lizard Captures Details of View, is the subject of an intellectual property dispute.

The law requires that we remove the project from public view until the dispute is resolved (please see our Copyright Policy and Trademark Policy for more info). Because the project already ended successfully, your pledge hasn't been affected. The creator should still be able to move forward with the project (and send any unfulfilled rewards). If you have any questions, though, you can still message the creator from the project page.

Kickstarter · 58 Kent St, Brooklyn NY 11222 ·

# EXHIBIT C 2