

**RICHARD DE BODO**
**DIRECT DIAL: 310.601.1116**                                              **EMAIL: RDEBODO@MUNCKWILSON.COM**

April 8, 2022

Hon. William F. Kuntz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 10007

    **Re:    Artec Europe S.À.R.L. v. Shenzhen Creality 3D Tech. Co., Ltd, et al.**
          **Case No.: 1:22-1676 (WFK)(VMS)**

Dear Judge Kuntz:

We are counsel to Plaintiff Artec Europe S.à r.l. ("Artec"). At 11:21 a.m. (less than four hours before the scheduled hearing to show cause why a temporary restraining order and/or preliminary injunction should not order), Shenzhen Creality 3D Tech. Co., Ltd, ("Creality") requested permission to file a Supplemental Declaration of Luowei [Doc 30].

While Artec does not necessarily oppose Creality's relief requested, Artec has not had an opportunity to meaningfully review and consider the proposed supplemental evidence. Accordingly, to the extent the court is inclined to grant the relief requested and consider the supplemental evidence, Artec respectfully requests a short continuance of today's hearing in order to fully consider the supplemental evidence and consider any objections thereto.

Artec proposes a continuance of today's show cause hearing until April 13 or 14, 2022, but can be available at the court's and opposing counsel's earliest convenience.

    We thank the Court for its consideration in this matter.

                                Respectfully submitted,

                                */s/ Richard de Bodo*

                              **Richard de Bodo**
                              **MUNCK WILSON MANDALA, LLP**
                              1925 Century Park East, Suite 2300
                              Los Angeles, CA 90067
                              (310) 287-0377
                              rdebodo@munckwilson.com