# EXHIBIT B-1

The Wayback Machine - http://web.archive.org/web/20180603110433/http://jimuyida.com:80/company.html

- [首页](#)
- [公司介绍](#)
- [招聘](#)
- [资讯](#)
- [联系我们](#)

- 400-080-9959

## 公司简介 发展历程 团队介绍 **企业文化**

# 公司简介

深圳积木易搭科技技术有限公司（简称：积木易搭），于2015年创立，总部位于深圳，在武汉和东莞都成立了全资子公司，拥有128位硕士及以上学历的技术研发团队，其中有16位博士和博士后，以及1位博导，科研投入累计超过1亿元，是全球领先的三维数字化解决方案服务商。

积木易搭旗下设有两家全资子公司，分别是 [武汉尺子科技有限公司](#) 与 [深圳爱斯倍科技有限公司](#) 。其中，武汉尺子科技负责3D扫描建模底层核心技术研发，包括模型服务平台、核心算法、智能扫描硬件、AI算法研发、数据分析处理等；深圳爱斯倍负责行业应用技术研发，包括3D云设计软件和AR智能营销导购APP的研发等，爱斯倍精研于泛家居领域，并已经推出了服务于家具门店的APP产品"家E搭"。



## 2015.12

积木易搭在深圳正式成立，进军3D家居设计产业

- 2015.12
- 2016.06
- 2016.12
- 2017.01
- 2017.07
- 2017.12
- 2018.03
- 未来无限可能

## 团队介绍

孙剑峰

积木易搭创始人、董事长

孙剑峰于1995年创办北京清水室内设计有限公司，有着超过20年家装、地产行业经验和丰富的房地产、家具等产业广泛的资源；2003年收购北京清水爱派建筑设计有限公司，成功于2015年挂牌上市；2010 年创办深圳启德投资有限公司，成功投资案例包括：厦门庚能新材料技术有限公司（与中国纳米技术首席科学家危岩联合创办）、武汉巴登城、无锡财富中心等。





姚剑

积木易搭创始人兼CTO & 武汉大学 计算机视觉与遥感实验室 负责人

姚剑，香港中文大学哲学博士、华中科技大学博士、武汉大学遥感信息工程学院教授、博导及学科带头人，楚天特聘教授；

深圳积木易搭科技技术有限公司创始人兼CTO。

湖北省"楚天学者"特聘教授、中组部第4批"青年千人计划"公示入选者，长沙市引进紧缺急需和战略型人才计划领军人才。

计算机视觉、机器学习、深度学习、人工智能、图像处理、三维重建等领域专家，长期担任相关领域的国际核心期刊和顶级国际学术会议审稿人。

现任中国人工智能学会理事、中国计算机学会会员、中国图象图形学学会会员、CSIG成像探测与感知专委会委员、CCF计算机视觉专业委员会委员。国家重点研发计划智能机器人重点专项课题负责人。

- 产品与服务
    - 3D扫描仪
    - 3D模型云平台
    - 行业解决方案
    - 招商加盟

    关于我们
    - 公司简介
    - 招聘
    - 联系我们

- 电话 : 400-080-9959 邮箱 : service@jimuyida.com

    地址：深圳市南山区学府路百度国际大厦东塔楼27楼北半层

-

Copyright © 2016 深圳积木易搭科技技术有限公司，保留一切权利。 备案号：粤ICP备15117248号

- 
- 
-