# EXHIBIT B-2

 

更多好文等你來搜尋

壹讀
說這專頁讚  2.7 萬 個讚

首頁　健康　美食　時尚　運勢　娛樂　旅遊　動漫　家居　科學　文化　歷史

家居　科技

# 積木易搭與廣州市家具行業協會達成戰略合作，共話家居3D數位化

2019/02/28 來源：積木易搭

2019年2月27日，積木易搭與廣州市家具行業協會在廣州保利洲際酒店進行了隆重的戰略合作簽約儀式，積木易搭創始人兼CEO孫劍峰與廣州市家具行業協會會長梁納新出席了簽約儀式。



顯然，在科技發展和消費升級的雙重驅動下，家居行業的融合不斷加深，產業鏈間的協作，3D數位技術賦能家居新零售漸成主流。

**3D新體驗，家居新零售的領航者**

此次會議的同時，積木易搭創始人兼CTO姚劍也與大家分享了《3D技術趨勢及其在泛家居領域的應用》，「在人工智慧這波技術浪潮中，3D技術改變了泛家居、社交、電商零售、醫療等傳統行業形態，積木易搭致力於3D大數據的生產獲取及各行業3D數據應用，隨著3D技術發展升級，數字應用都是順勢而為。」

香源水饺 真材实料高品质
欢迎大家扫码加入香源吃货群。加入微信群参与抽大奖。每日现金红包送不停！
mp.weixin.qq.com



姚劍提出，新零售本質是零售，圍繞產品和服務體驗，新在零售升級，新在與消費者互動變化，時間、空間、場景、場地，打造成3D數位化新零售、新體驗，貼近用戶需求心聲，為業界提供創新思考和價值。



積木易搭作為3D建模的領航者，**依託全球領先的自動化三維建模解決方案，提供集模型採集、生產、存儲、發布、展示等一體化服務。**





**智能3D雲設計，所見即所得**

積木易搭旗下智能3D雲設計工具—「家e搭」，**它不僅可以解決傳統家居行業在家居設計、門店展示、銷售溝通、用戶體驗等方面遇到的諸多問題，還可以迎合消費者需求，推出符合消費者的解決方案，讓消費者參與設計方案當中來，自己選擇滿意的方案、親身體驗、甄選搭配，不僅大大的提升了客戶的體驗感，還可以快速的促升成交率**。這無疑就是為門店而生，家居門店銷售必備利器。



家居新零售把零售和科技結合在了一起，是一個生態複合體，有線上和線下的多渠道，加上從硬體到軟體，到智能分析的綜合，從而影響人的消費習慣和生活方式，引發消費核心的轉換。

**更高效、更直觀、更智能的場景化營銷方式**

香源水饺 真材实料高品质
欢迎大家扫码加入香源吃货群。加入微信群参与抽大奖。每日现金红包送不停！
mp.weixin.qq.com



企業3D秀由「3D數字展廳」「單體商品3D展示」「大數據分析」組成，主要效能在於降低了企業的銷售成本的同時，較好的提升了交易成單率，及其「3D數字展廳」極具震撼感的視覺效果與豐富的內容吸引，一方面可以輔助企業開展線上線下營銷活動，強化社交化互動，傳播品牌形象；

另一方面可以讓用戶沉浸式瀏覽，在線720度全景觀看商品，享受實時的交互體驗。企業3D秀實現了為企業及用戶帶來更多樣化商業服務的目標。



此次積木易搭與廣州市家具行業協會合作，是積木易搭在國內家居市場持續深耕的重要一步。積木易搭堅持3D數位技術賦能，不僅會為家居設計提供黑科技，還將在整體上服務家居行業，助力打造全新的新零售模式。

 喜歡這篇文章嗎？快分享吧

您可能感興趣

- 積木易搭賦能家居新零售，打造超現實互動全新模式
- 積木易搭參加生態啟領峰會 ，家e搭築夢家居新零售之道
- 家居新零售不是貼標籤，誰將成下一個模範生？
- 宮中套路深，這位娘娘的「手段」真是了得！
- 新零售何以吸引家居企業入局 家具企業零售業該何去何從
- 專訪積木易搭孫劍峰：下一個堪比「人臉識別」的機會在哪裡？
- 專訪孫劍峰：3D場景化互動模式催生高效、高保真建模技術
- 打響聯通混改第一槍：京東為聯通改造智慧生活體驗店
- 數字展館丨數字場景強勢崛起，品牌如何占領營銷制高點
- 場景體驗時代，傳統企業如何自我轉型
- 張軒寧：數位技術全面應用 永輝是科技零售企業
- 積木易搭亮相2018廣州國際機器人展，構建3D數位化圖景
- 積木易搭：場景是虛實一體化「新零售」的終極武器
- 2018上海啟領峰會，積木易搭攜手「家e搭」賦能家居新零售
- 強勢進軍智能生活硬體領域 蘇寧吹響智慧零售新戰場「集結號」
- 思品牌之所想，曲美京東之家北五環旗艦店賦能不是表面功夫！
- 帶你暢享3D「模幻」之旅，足不出戶遊玩世博園展館
- 積木易搭孫劍峰：做最好的三維數位化服務平台
- 聚焦30萬家居人目光，積木易搭閃亮登場世紀城核心1號館
- 家居新零售不是貼標籤，誰將成下一個模範生？
- 創新者的思索，消費變局與營銷體驗
- 用友雲聚焦數字企業智能服務 新零售成具突破性場景
- 歐派、夢天、簡一、慕思、九牧...早已在布局「智慧門店」？

免責聲明：本文內容來源于積木易搭，文章觀點不代表壹讀立場，如若侵犯到您的權益，或涉不實謠言，敬請向我們提出檢舉。



壹讀

說這專頁讚  2.7 萬 個讚

更多好文等你來搜尋

最新文章 / 服務條款 / 私隱保護 / DMCA / 聯絡我們

壹讀/READ01.COM

台灣正體

香源水饺 真材实料高品质
欢迎大家扫码加入香源吃货群。加入微信群参与抽大奖。每日现金红包送不停！
mp.weixin.qq.com