

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**James Rosenfeld**
(212) 603-6455 tel
(212) 379-5239 fax

jamesrosenfeld@dwt.com

April 15, 2022

**VIA ECF**
Hon. William F. Kuntz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 10007

      Re:    *Artec Europe S.À.R.L. v. Shenzhen Creality 3D Tech. Co., Ltd, et al.,* 1:22-1676 (WFK)(VMS)

Dear Judge Kuntz:

    This firm represents Defendant Kickstarter, PBC ("Kickstarter") in the above-captioned matter. Pursuant to Section I(C)(5) of the Court's Individual Rules, we write to respectfully ask that the Court grant a 14-day extension of time for Kickstarter to answer the Complaint or otherwise move. Plaintiff consents to this request.

    Kickstarter believes that there is good cause for the requested extension due to the pending TRO application, the fact that the primary defendant, Shenzen Creality 3D Tech Co., Ltd., has not yet been served, the upcoming holiday weekend, and Kickstarter's hope that the parties may be able to negotiate a resolution as to Kickstarter without the need for further judicial intervention. Kickstarter has not previously requested any extensions of time. Kickstarter's current deadline to answer or otherwise move is **April 18, 2022**. If the Court grants this request, the new deadline would be **May 2, 2022**. We thank the Court for its consideration of this request.

                                Respectfully,

                                DAVIS WRIGHT TREMAINE LLP
                                */s/ James Rosenfeld*
                                James Rosenfeld

Copy to: All counsel via ECF