UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

ARTEC EUROPE S.A.R.L.,

    Plaintiff,

  v.

SHENZHEN CREALITY 3D
TECHNOLOGY CO., LTD., AND
KICKSTARTER PBC,

    Defendants.
---------------------------------------------------------------x

Civil Case No. 1:22-cv-01676-VMS

**AFFIDAVIT OF SERVICE**

State of New York, County of New York SS:

**Karl Rowe,** being duly sworn, deposes and says that he is not a party to the above action, is over 18 years of age, and resides in the State of New York.

On **March 29, 2022,** at approximately **1:13 pm (EDT),** deponent served the SUMMONS, COMPLAINT - JURY TRIAL DEMAND, CIVIL COVER SHEET, DECLARATION OF GLEB GUSEV, REPORT OF THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK, SIGNED TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION, and MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF ARTEC EUROPE S.A.R.L.'s APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, upon **Kickstarter PBC** c/o CT Corporation System @ 28 Liberty Street – New York, N.Y. 10005, by delivering the aforementioned documents to Kartik Pandya (Intake Specialist) who told deponent that he (Kartik Pandya) was authorized to accept service on behalf of Kickstarter PBC. Kartik Pandya accepted service of the aforementioned documents on behalf of Kickstarter PBC.

Kartik Pandya's approximate physical description is:
Skin Color:  Tan
Gender:   Male
Hair Color:  Black
Eye Color:  Brown
Height:   5' 8"
Weight:   160 lbs.
Age:    30-35 years old

Sworn to before me on this
29 Day of March 2022

_____
Notary Public

DONDRE STEVEN PERRY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01PE6368501
Qualified in New York County
My Commission Expires 12/18/2025

_____
Karl Rowe

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ARTEC EUROPE S.A.R.L.,

            Plaintiff,

    v.

SHENZHEN CREALITY 3D
TECHNOLOGY CO., LTD., AND
KICKSTARTER PBC,

            Defendants.
-----------------------------------------------------------x

Civil Case No. 1:22-cv-01676-VMS

**AFFIDAVIT OF SERVICE**

State of New York, County of New York SS:

**Karl Rowe,** being duly sworn, deposes and says that he is not a party to the above action, is over 18 years of age, and resides in the State of New York.

On **March 28, 2022,** at approximately **2:36 pm (EDT),** deponent served the SUMMONS, COMPLAINT - JURY TRIAL DEMAND, CIVIL COVER SHEET, DECLARATION OF GLEB GUSEV, REPORT OF THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK, TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION, and MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF ARTEC EUROPE S.A.R.L.'s APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, upon **Kickstarter PBC** c/o CT Corporation System @ 28 Liberty Street – New York, N.Y. 10005, by delivering the aforementioned documents to Kartik Pandya (Intake Specialist) who told deponent that he (Kartik Pandya) was authorized to accept service on behalf of Kickstarter PBC. Kartik Pandya accepted service of the aforementioned documents on behalf of Kickstarter PBC.

Kartik Pandya's approximate physical description is:
| | |
|---|---|
| Skin Color: | Tan |
| Gender: | Male |
| Hair Color: | Black |
| Eye Color: | Brown |
| Height: | 5' 8" |
| Weight: | 160 lbs. |
| Age: | 30-35 years old |

Sworn to before me on this

29 Day of March 2022

_____
Notary Public

DONDRE STEVEN PERRY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01PE6368561
Qualified in New York County
My Commission Expires 12\18\2025

_____
Karl Rowe