

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**James Rosenfeld**
(212) 603-6455 tel
(212) 379-5239 fax

jamesrosenfeld@dwt.com

April 26, 2022

**VIA ECF**
Hon. William F. Kuntz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 10007

  Re: *Artec Europe S.À.R.L. v. Shenzhen Creality 3D Tech. Co., Ltd, et al.,* 1:22-1676 (WFK)(VMS)

Dear Judge Kuntz:

  This firm represents Defendant Kickstarter, PBC ("Kickstarter") in the above-captioned matter. Pursuant to Section I(C)(5) of the Court's Individual Rules, we write to respectfully ask that the Court extend Kickstarter's deadline to answer or otherwise move from May 2, 2022, to 14 days from the date that the Court issues its decision on Plaintiff Artec Europe S.À.R.I.'s ("Plaintiff's") pending motion for a temporary restraining order and preliminary injunction ("Plaintiff's Motion"). Kickstarter believes that the Court's decision on Plaintiff's Motion might enable the Parties to engage in meaningful settlement discussions with respect to Plaintiff's secondary liability claim against Kickstarter.

  The original deadline for Kickstarter to answer or otherwise move was April 18, 2022, and the Court granted Kickstarter's prior request to extend the deadline to May 2, 2022. There have been no other requests for extensions. Plaintiff consents to Kickstarter's request.

  We thank the Court for its consideration of this request.

           Respectfully,

           DAVIS WRIGHT TREMAINE LLP
           */s/ James Rosenfeld*
           James Rosenfeld

Copy to: All counsel via ECF