The Honorable Judge William F. Kuntz
United States District Court
Eastern District Of New York
225 Cadman Plaza East
Courtroom 6H N
Brooklyn, NY 11201

George Wm. Schroff IV
78 Hibiscus Way
Ventura, CA 93004                                     April 19, 2022


RE: Civil Action No.: 1: 22-1676 ARTEC EUROPE S.A.R.I. VS SHENZHEN CREALITY 3D TECHNOLOGY CO., LTD., AND KICKSTARTER, PBC

Dear Judge Kuntz,

   I am one of the 9000+ individuals who has contributed personal finances to support the Creality Kickstater funding project for their Scan Lizard 3D scanning device.

   I am writing the court as an individual with no other motivation other than my own concerns to ask the court to protect my financial contributions during the litigation of this case.

   Many of the court's submitted documents are being circulating online and I have reviewed a few of them, the most recent being <u>Artec Europe Plaintiff's Post Hearing Brief</u> that was submitted after the April 8th hearing.

   The Plaintiffs in this matter are declaring a concern about the money raised in the Kickstarter funding event as funds they believe they may be eligible to obtain with success of their legal action.

   First and foremost the funds in this matter if not allowed to be a source of funding for Creality 3D by the court belong to the individuals who submitted their financial backing.

   The Plaintiff's declare a case against software that was created before this Kickstarter event was introduced to the public. The campaign sought only $12,797 U.S. The campaign exceeded the funds sought by Creality 3D. The bulk of funding collected in my belief supported the manufacture of the hardware each supporter was to be rewarded with upon completion of the campaign.

   Please protect the funds in dispute should Creality 3D be unable to fulfill their commitments to make delivery of their products to their backers.

Respectfully,

*[signature: George Wm. Schroff IV]*

George Wm. Schroff IV
805-975-2856
gwschroff@yahoo.com

George Wm. Schroff IV
78 Hibiscus Way
Ventura, CA 93004



The Honorable Judge William F. Kuntz
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 6H N
Brooklyn, NY 11201

PRIORITY MAIL
POSTAGE REQUIRED

PLEASE PRESS FIRMLY                    PLEASE PRESS FIRMLY



# PRIORITY MAIL
**UNITED STATES POSTAL SERVICE**

Flat Rate Mailing Envelope

Visit us at usps.com



TRY FLAT
PRIOR...

**INTERNATIONAL RESTRICTIONS APPLY:**

Customs forms are required. Consult the
International Mail Manual (IMM) at pe.usps.com
or ask a retail associate for details.



USPS TRACKING #
9405 5036 9930 0227 8813 99
Electronic Rate Approved #03855555749

PRIORITY MAIL 2-DAY™
Expected Delivery Date: 04/25/22
C030
0006

SHIP TO:
HONORABLE WILLIAM F KUNTZ
U.S. DISTRICT COURT OF E. DISTRICT OF NEW YORK
225 CADMAN PLZ E
CR 6H N
BROOKLYN NY 11201-1832

GEORGE W SCHROFF
78 HIBISCUS WAY
VENTURA CA 93004-1409

04/20/2022   Mailed from 93004   10001000

usps.com
$8.95
US POSTAGE
Flat Rate Env
9405 5036 9930 0227 8813 99 0089 5000 0081 1201

U.S. POSTAGE PAID
Click-N-Ship®

operty of the U.S. Postal
solely for use in
ipments.
n of federal law. This
e. EP14F-P-PP © U.S.
All rights reserved.

EP14F-P-PP June 2012 © U.S. Postal Service

Schedule package pickup right from your home
or office at usps.com/pickup
Print postage online



PS00001035014