
Michael S. DeVincenzo
500 Fifth Avenue
50th Floor
New York, New York 10110
U.S.A.

**T** +1 917 345 5431
**F** +1 917 591 8167

**www.kwm.com**

May 4, 2022
Hon. William F. Kuntz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 10007

Re: *Artec Europe S.À.R.L. v. Shenzhen Creality 3D Tech. Co., Ltd, et al.*
*Case No.: 1:22-1676 (WFK)(VMS)*

Dear Judge Kuntz,

We are counsel to Defendant *Shenzhen Creality 3D Tech. Co., Ltd,* ("Creality") in the above action.

On March 25, 2022, Artec filed a request for a temporary restraining order to freeze funds held by Kickstarter intended for the development of a product called the CR-Scan Lizard. On April 8th, the Court held a hearing regarding Artec's request for a temporary restraining order. At the hearing, the Court requested additional briefing be submitted by April 13, 2022.

Pending the decision from the Court on the temporary restraining order, Kickstarter continues to withhold the funding that Creality raised on the Kickstarter platform. The funding campaign ended on March 12, 2022, and the funding was expected to be distributed to Creality two weeks later, on or around March 26, 2022.

It is now almost six weeks past the date on which Creality expected Kickstarter to release the funding that it raised. The continued withholding of this money pending the decision of the Court is having a negative financial impact on Creality's business as well as a negative impact on its relationships with its Kickstarter investors.

To the extent Creality can provide additional information that will assist the Court, please let us know.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Michael S. DeVincenzo

King & Wood Mallesons LLP is a New York registered limited liability partnership.
Member firm of the King & Wood Mallesons network. See www.kwm.com for more information.
Asia Pacific | Europe | North America | Middle East



**Michael S. DeVincenzo | Partner**
**King & Wood Mallesons LLP**
T +1 212 319 4755
michael.devincenzo@us.kwm.com