UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ARTEC EUROPE S.À.R.L.,

        Plaintiff,

v.

SHENZHEN CREALITY 3D TECHNOLOGY
CO., LTD., and KICKSTARTER PBC,

        Defendants.
---------------------------------------------------------------X

**ORDER**
22-CV-1676 (WFK) (VMS)

In light of the letter filed by Defendant Kickstarter, PBC at ECF No. 41, the Court hereby DENIES as moot the motion for injunctive relief filed by Plaintiff at ECF No. 3. *See Already, LLC v. Nike, Inc.*, 568 U.S. 85, 91 (2013) (holding a dispute becomes moot "when the issues presented are no longer 'live' or the parties lack a legally cognizable interest in the outcome.").

**SO ORDERED.**

s/ WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: May 20, 2022
Brooklyn, New York