UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ARTEC EUROPE S.À.R.L.,

                Plaintiff,

      v.                                      **ORDER**
                                         22-CV-1676 (WFK) (VMS)

SHENZHEN CREALITY 3D TECHNOLOGY
CO., LTD., and KICKSTARTER PBC,

                Defendants.
---------------------------------------------------------------X

       In light of the letters filed by the parties at ECF Nos. 43–45, the Court SCHEDULES a status conference in the above-captioned action for Thursday, June 2, 2022 at 12:30 P.M. in Courtroom 6H North at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, before the Honorable William F. Kuntz, II.

SO ORDERED.

                                                        /s/ WFK
                                          HON. WILLIAM F. KUNTZ, II
                                          UNITED STATES DISTRICT JUDGE

Dated: May 25, 2022
       Brooklyn, New York