

Michael S. DeVincenzo
500 Fifth Avenue
50th Floor
New York, New York 10110
U.S.A.

**T** +1 917 345 5431
**F** +1 917 591 8167

**www.kwm.com**

June 7, 2022
Hon. William F. Kuntz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 10007

Re: *Artec Europe S.À.R.L. v. Shenzhen Creality 3D Tech. Co., Ltd, et al.*
*Case No.: 1:22-1676 (WFK)(VMS)*

Dear Judge Kuntz,

We are counsel to Defendant *Shenzhen Creality 3D Tech. Co., Ltd,* ("Creality") in the above action.

At the hearing on June 2, 2022, the Court requested a status update within 3 days regarding whether Counsel is authorized to accept service on behalf of Shenzhen Creality 3D Tech Co., Ltd. As of now, we have not agreed to accept service, but the parties are in continued amicable discussions and hope to reach resolution by the end of the week. We expect that at the conclusion of these discussions we will likely be able to accept service pursuant to F.R.C.P.4(d)(3), which provides 90 days to answer.

Thank you for your attention to this status update.

Respectfully submitted,

*/s/ Michael S. DeVincenzo*

**Michael S. DeVincenzo | Partner**
**King & Wood Mallesons LLP**
T +1 212 319 4755
michael.devincenzo@us.kwm.com

King & Wood Mallesons LLP is a New York registered limited liability partnership.
Member firm of the King & Wood Mallesons network. See www.kwm.com for more information.
Asia Pacific | Europe | North America | Middle East