

Davis Wright
Tremaine LLP

21st Floor
1251 Avenue of the Americas
New York, NY 10020 1104

James Rosenfeld
(212) 603-6455 tel
(212) 379 5239 fax

jamesrosenfeld@dwt.com

June 7, 2022

**VIA ECF**

Hon. William F. Kuntz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 10007

Re: *Artec Europe S.À.R.L. v. Shenzhen Creality 3D Tech. Co., Ltd, et al.,* 1:22-1676 (WFK)(VMS)

Dear Judge Kuntz:

This firm represents Defendant Kickstarter PBC ("Kickstarter") in the above-captioned matter. Pursuant to the Court's Order dated June 2, 2022, we propose the following briefing schedule for Kickstarter's anticipated motion for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c): opening brief due June 24, 2022; opposition due July 15, 2022; reply due July 29, 2022. Plaintiff Artec Europe S.À.R.L consents to this proposed briefing schedule.

Respectfully,

DAVIS WRIGHT TREMAINE LLP
*/s/ James Rosenfeld*
James Rosenfeld

Copy to: All counsel via ECF

**SO ORDERED.**

**s/ WFK**

Dated: June 10, 2022
Brooklyn, New York

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE