

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**James Rosenfeld**
(212) 603-6455 tel
(212) 379-5239 fax

jamesrosenfeld@dwt.com

June 21, 2022

**VIA ECF**
Hon. William F. Kuntz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 10007

Re: *Artec Europe S.À.R.L. v. Shenzhen Creality 3D Tech. Co., Ltd, et al.,* 1:22-1676 (WFK)(VMS)

Dear Judge Kuntz:

This firm represents Defendant Kickstarter PBC ("Kickstarter") in the above-captioned matter.  Pursuant to Section I(C)(5) of the Court's Individual Practices, we write to respectfully request a 30-day extension of the schedule set by the Court for briefing on Kickstarter's anticipated motion for judgment on the pleadings.  Specifically, Kickstarter asks that the Court extend the briefing schedule as follows:

|  | Current Deadline | **Extension Request** |
|---|---|---|
| Opening Brief | June 24, 2022 | **July 25, 2022** |
| Opposition Brief | July 15, 2022 | **August 15, 2022** |
| Reply Brief | July 29, 2022 | **August 29, 2022** |

The reason for this request is that the parties are currently engaged in negotiations that could resolve Plaintiff Artec Europe S.A.R.L's ("Plaintiff's") claim against Kickstarter.  We are hopeful that this extra time will allow the parties time to complete these negotiations and avoid unnecessary motion practice.  Plaintiff consents to this request.  There have been no prior requests for extension of the briefing schedule.

We thank the Court for its attention to this matter.

Respectfully,

DAVIS WRIGHT TREMAINE LLP
*/s/ James Rosenfeld*
James Rosenfeld

Copy to:  All counsel via ECF