UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTEC EUROPE S.À.R.L.,<br><br>      Plaintiff,<br><br>  v.<br><br>SHENZHEN CREALITY 3D TECHNOLOGY CO., LTD., AND KICKSTARTER PBC,<br><br>      Defendants. | Case No. 1:22-1676 (WFK)(VMS)<br><br>PROOF OF SERVICE |

## PROOF OF SERVICE

The undersigned certifies that on July 18, 2022, a copy of the Court's Rescheduling Order dated July 6, 2022, was served via email and U.S. mail upon the following counsel of record for Defendants Schenzen Creality 3D Technology Co., LTD. and Kickstarter PBC:

| | |
|---|---|
| Michael S. DeVincenzo<br>**King & Wood Mallesons LLP**<br>500 Fifth Avenue<br>Ste 50th Floor<br>New York, NY 10110<br>212-319-4755<br>michael.devincenzo@us.kwm.com<br><br>Attorney for Defendant Schenzen Creality 3D Technology Co., LTD. | James Eric Rosenfeld<br>Adam Ivan Rich<br>**DAVIS WRIGHT TREMAINE LLP**<br>1251 Avenue of the Americas, 21st Floor<br>New York, NY 10020<br>Telephone: (212) 489-8230<br>jamesrosenfield@dwt.com<br>adamrich@dwt.com<br><br>Attorneys for Defendant Kickstarter PBC |

1

July 18, 2022                              Respectfully submitted,


                                          */s/ Richard de Bodo*
                                          Barry S. Alexander, SBN No.
                                          **SCHNADER HARRISON SEGAL & LEWIS LLP**
                                          140 Broadway, Suite 3100
                                          New York, New York 10005-1101
                                          Telephone: (212) 973-8099
                                          balexander@schnader.com

                                          Richard de Bodo (*pro hac vice*)
                                          CA State Bar No. 128199
                                          **MUNCK WILSON MANDALA, LLP**
                                          1925 Century Park East, Suite 2300
                                          Los Angeles, CA 90067
                                          Telephone: (310) 287-0377
                                          rdebodo@munckwilson.com

                                          Amanda Kate Greenspon
                                          FL State Bar No. 426639
                                          **MUNCK WILSON MANDALA, LLP**
                                          12770 Coit Road, Suite 600
                                          Dallas, TX 75251
                                          Telephone: (972) 628-3600
                                          agreenspon@munckwilson.com

                                          Attorneys for Plaintiff
                                          ARTEC EUROPE S.À.R.L.