

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**James Rosenfeld**
(212) 603-6455 tel
(212) 379-5239 fax

jamesrosenfeld@dwt.com

July 18, 2022

**VIA ECF**
Hon. William F. Kuntz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 10007

Re: *Artec Europe S.À.R.L. v. Shenzhen Creality 3D Tech. Co., Ltd, et al.,* 1:22-1676 (WFK)(VMS)

Dear Judge Kuntz:

This firm represents Defendant Kickstarter PBC ("Kickstarter") in the above-captioned matter. Pursuant to Section I(C)(5) of the Court's Individual Practices, we write to respectfully request an additional 30-day extension of the schedule set by the Court for briefing on Kickstarter's anticipated motion for judgment on the pleadings, in light of ongoing settlement efforts between Plaintiff Artec Europe S.A.R.L. ("Artec") and Kickstarter. Specifically, Kickstarter asks that the Court extend the briefing schedule as follows:

|  | Original Deadlines | Current Deadlines | **Extension Request** |
|---|---|---|---|
| Opening Brief | June 24, 2022 | July 25, 2022 | **August 24, 2022** |
| Opposition Brief | July 15, 2022 | August 15, 2022 | **September 14, 2022** |
| Reply Brief | July 29, 2022 | August 29, 2022 | **September 28, 2022** |

Artec and Kickstarter are continuing to work diligently to try and resolve Artec's claim against Kickstarter, and we are hopeful that this additional time will allow the parties time to complete these negotiations and avoid unnecessary motion practice. Artec consents to this request. This is Kickstarter's second request for an extension of the briefing schedule; Kickstarter's prior request for a 30-day extension was granted by the Court.

We thank the Court for its attention to this matter.

Respectfully,

DAVIS WRIGHT TREMAINE LLP
*/s/ James Rosenfeld*
James Rosenfeld

Copy to:  All counsel via ECF