

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**James Rosenfeld**
(212) 603-6455 tel
(212) 379-5239 fax

jamesrosenfeld@dwt.com

August 19, 2022

**VIA ECF**
Hon. William F. Kuntz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 10007

      Re:    *Artec Europe S.À.R.L. v. Shenzhen Creality 3D Tech. Co., Ltd, et al.,* 1:22-1676 (WFK)(VMS)

Dear Judge Kuntz:

      This firm represents Defendant Kickstarter PBC ("Kickstarter") in the above-captioned matter. We write on behalf of both Kickstarter and Plaintiff Artec Europe S.A.R.L. ("Artec") to advise the Court that Kickstarter and Artec are extremely close to an agreement to resolve Artec's claim against Kickstarter, but require some additional time to finalize the terms of the agreement. Accordingly, pursuant to Section I(C)(5) of the Court's Individual Practices, we write to respectfully request an additional 14-day extension of the schedule set by the Court for briefing on Kickstarter's anticipated motion for judgment on the pleadings. Specifically, Artec and Kickstarter ask that the Court extend the briefing schedule as follows:

|  | Original Deadlines | Current Deadlines | **Extension Request** |
|---|---|---|---|
| Opening Brief | June 24, 2022 | August 24, 2022 | **September 7, 2022** |
| Opposition Brief | July 15, 2022 | September 14, 2022 | **September 28, 2022** |
| Reply Brief | July 29, 2022 | September 28, 2022 | **October 12, 2022** |

      Artec and Kickstarter are continuing to work diligently to try and resolve Artec's claim against Kickstarter, and we are hopeful that this additional time will allow the parties time to complete these negotiations and avoid unnecessary motion practice. This is the first joint request for an extension of the briefing schedule, but Kickstarter previously made two prior 30-day extension requests that were granted by the Court.

August 19, 2022
Page 2

      We thank the Court for its attention to this matter.

                Respectfully,

                DAVIS WRIGHT TREMAINE LLP
                */s/ James Rosenfeld*
                James Rosenfeld

Copy to:  All counsel via ECF