# MUNCK WILSON MANDALA

### TRIALS. TRANSACTIONS. TECHNOLOGY.

RICHARD DE BODO  
DIRECT DIAL: 310-601-1116

E-MAIL: RDEBODO@MUNCKWILSON.COM

October 11, 2022

Hon. Vera M. Scanlon  
United States Magistrate Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 10007

  Re: Artec Europe S.À.R.L. v. Shenzhen Creality 3D Tech. Co., Ltd, et al.  
    Case No.: 1:22-1676 (WFK)(VMS)

Dear Judge Scanlon:

  We represent Plaintiff Artec Europe S.à.r.l. ("Artec") in the above captioned matter. We write to advise the Court that Artec and Defendant Kickstarter PBC ("Kickstarter") believe they are extremely close to an agreement to resolve Artec's claims against Kickstarter. In addition, Artec and Defendant Shenzhen Creality 3D Tech. Co., Ltd ("Creality") are close to an agreement under which Creality will agree to waive service of Artec's complaint. In light of these developments, Artec and Kickstarter respectfully request the Court to continue the Initial Telephonic Conference, currently scheduled for October 26, for approximately 30 days and extend the associated deadline for the parties to submit a Case Management Plan by approximately 30 days.

  We thank the Court for its attention to this matter.

              Respectfully,

              */s/ Richard de Bodo*

              **Richard de Bodo**  
              **MUNCK WILSON MANDALA, LLP**  
              1925 Century Park East, Suite 2300  
              Los Angeles, CA 90067  
              (310) 287-0377  
              rdebodo@munckwilson.com