UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTEC EUROPE S.À.R.L., <br><br> Plaintiff, <br><br> v. <br><br> SHENZHEN CREALITY 3D TECHNOLOGY CO., LTD., AND KICKSTARTER PBC, <br><br> Defendants. | Case No. 1:22-1676 (WFK)(VMS) <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE |

  This stipulation is entered into by and between the undersigned counsel for Plaintiff Artec Europe S.À.R.L ("Artec") and Defendant Kickstarter PBC ("Kickstarter"). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Artec and Kickstarter stipulate and agree that Artec's claim against Kickstarter is hereby dismissed with prejudice and without costs or fees to any party. This stipulation does not affect Artec's pending claims against Shenzen Creality 3D Technology Co., Ltd. ("Creality") or Kickstarter's pending crossclaim against Creality.

Dated: October 28, 20022

MUNCK WILSON MANDALA, LLP

By: _[signature: Richard de Bodo]_
Richard de Bodo
1925 Century Park East
Suite 2300
Los Angeles, CA 90067
Tel. 310-286-0377
Email: rdebodo@munckwilson.com

*Attorneys for Plaintiff Artec Europe S.À.R.L*

DAVIS WRIGHT TREMAINE LLP

By: _[signature: James Rosenfeld]_
James Rosenfeld
1251 Avenue of the Americas
21st Floor
New York, New York 10020
Tel.: (212) 489-8230
Email: jamesrosenfeld@dwt.com

*Attorneys for Defendant Kickstarter PBC*