UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTEC EUROPE S.À.R.L.,<br><br>                Plaintiff,<br><br>      v.<br><br>SHENZHEN CREALITY 3D TECHNOLOGY CO., LTD., AND KICKSTARTER PBC,<br><br>                Defendants. | Case No. 1:22-1676 (WFK)(VMS)<br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that Amy E. LaValle is authorized to practice in this Court and hereby appears as counsel for Plaintiff, ARTEC EUROPE S. À.R.L., in the above-captioned matter and requests that notice of all matters arising herein, and all documents and papers in this case, be served on Ms. LaValle at the address listed below:

Amy E. LaValle, SBN 24040529
MUNCK WILSON MANDALA, LLP
600 Banner Place Tower
12770 Coit Road
Dallas, Texas 75251
Telephone: 972.628.3600
alavalle@munckwilson.com

December 6, 2022

                                        Respectfully submitted,

                                        */s/ Amy E. LaValle*
                                        Amy E. LaValle
                                        **MUNCK WILSON MANDALA, LLP**
                                        12770 Coit Road, Suite 600
                                        Dallas, TX 75251
                                        Telephone: 972.628.3600
                                        alavalle@munckwilson.com

                                        Attorney for Plaintiff
                                        ARTEC EUROPE S.À.R.L.