

Michael S. DeVincenzo
500 Fifth Avenue
50th Floor
New York, New York 10110
T +1 917 345 5431
F +1 917 591 8167

**www.kwm.com**

January 6, 2022

Hon. William F. Kuntz, II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 10007

Re: *Artec Europe S.À.R.L. v. Shenzhen Creality 3D Tech. Co., Ltd, et al.*
Case No.: 1:22-1676 (WFK)(VMS)

Dear Judge Kuntz,

This firm represents Defendant Shenzhen Creality 3D Tech. Co. Ltd, ("Creality") in the above-captioned matter.

Pursuant to Section I(C)(5) of the Court's Individual Rules, we write to respectfully ask that the Court extend Creality's deadline to answer or otherwise move with respect to its Answer to Defendant-Crossclaimant Kickstarter, PBC ("Kickstarter") Crossclaim from January 9, 2022, to January 23, 2022.  Further, we respectfully request that the court extend the deadline for Creality and Kickstarter to file a joint proposed schedule, with respect to the cross-claim, from January 23, 2022 to February 6, 2022.  The reason for this request is the Creality and Kickstarter are engaged in discussions that could resolve Kickstarter's crossclaim against Creality.

This is Creality's first such request for the extension of these deadlines, and there have been no other requests for extensions of these deadlines. Kickstarter consents to Creality's request and Plaintiff Artec Europe S.A.R.L. does not object to Creality's request.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Michael S. DeVincenzo*

**Michael S. DeVincenzo | Partner
King & Wood Mallesons LLP**
T +1 212 319 4755
michael.devincenzo@us.kwm.com

Copy to: All counsel via ECF

King & Wood Mallesons LLP is a New York registered limited liability partnership.
Member firm of the King & Wood Mallesons network.  See www.kwm.com for more information.
Asia Pacific   |   Europe   |   North America   |   Middle East