# MUNCK WILSON MANDALA

### TRIALS. TRANSACTIONS. TECHNOLOGY.

RICHARD DE BODO  
DIRECT DIAL: 310-601-1116

E-MAIL: RDEBODO@MUNCKWILSON.COM

January 20, 2023

Hon. Vera M. Scanlon  
United States Magistrate Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 10007

      Re:    Artec Europe S.À.R.L. v. Shenzhen Creality 3D Tech. Co., Ltd, et al.  
             Case No.: 1:22-1676 (WFK)(VMS)

Dear Judge Scanlon:

      We represent Plaintiff Artec Europe S.à.r.l. ("Artec") in the above captioned matter. Pursuant to Section II(b) of the Court's Individual Practice Rules, we write to respectfully ask that the Court extend the deadline for Artec and Creality to file a proposed supplemental schedule from January 20, 2023, to January 27, 2023. The parties have exchanged proposed schedules and are making progress in negotiating the final terms of a supplemental schedule but need additional time to finalize the terms and avoid the necessity of Court intervention.

      This is the parties' second such request for extension of this deadline. The Court granted the parties' prior request for an extension of this deadline. Defendant Creality consents to this request.

      We thank the Court for its attention to this matter.

                                    Respectfully,

                                    /s/ Richard de Bodo

                                    Richard de Bodo  
                                    **MUNCK WILSON MANDALA, LLP**  
                                    1925 Century Park East, Suite 2300  
                                    Los Angeles, CA 90067  
                                    (310) 287-0377  
                                    rdebodo@munckwilson.com

cc: All counsel of record via ECF