UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTEC EUROPE S.À.R.L.,<br><br>    Plaintiff,<br><br>v.<br><br>SHENZHEN CREALITY 3D TECHNOLOGY CO., LTD.,<br><br>    Defendant,<br><br>v.<br><br>KICKSTARTER PBC,<br><br>    Cross-Claimant. | No. 1:22-1676 (WFK)(VMS)<br><br>**NOTICE OF DISMISSAL OF CROSS-CLAIM** |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and 41(c), Cross-Claimant Kickstarter PBC ("Kickstarter"), by and through its attorneys, respectfully submits this Notice of Dismissal with prejudice of its Cross-Claim against Defendant Shenzhen Creality 3D Technology Co. ("Creality"), Ltd.

Kickstarter and Creality shall each bear their own costs. Kickstarter respectfully requests that the Clerk of Court close its Cross-Claim against Creality.

Dated: February 16, 2023

_____
James Rosenfeld
**DAVIS WRIGHT TREMAINE LLP**
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone (212) 489-8230
Email: jamesrosenfeld@dwt.com

*Attorneys for Cross-Claimant Kickstarter PBC*