# MUNCK WILSON MANDALA
### Trials. Transactions. Technology.

RICHARD DE BODO  E-MAIL: RDEBODO@MUNCKWILSON.COM
DIRECT DIAL: 310-601-1116

March 2, 2023

Hon. Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 10007

    **Re:**     **Artec Europe S.À.R.L. v. Shenzhen Creality 3D Tech. Co., Ltd, et al.**
               **Case No.: 1:22-1676 (WFK)(VMS)**

Dear Judge Scanlon:

    We represent Plaintiff Artec Europe S.à.r.l. ("Artec") in the above captioned matter. On February 8, 2023, Artec filed a Letter Motion for Alternative Service (the "Motion") (Dkt. 83) requesting that the Court permit it to serve newly added Defendant Shenzhen Jimuyida 3D Technology Co., Ltd. ("Jimuyida") via alternative methods. Consistent with our understanding of §§ III.a. and III.b. of Your Honor's Individual Practice Rules, we filed the Motion as a letter motion. Further, pursuant to § III.b. of Your Honor's Individual Practice Rules, our understanding is that the deadline for any response was February 13, 2023. To date, there has been no response to the Motion.

    Given the impending deadlines in this case regarding Artec's claims of patent and copyright infringement, and to ensure that the addition of Defendant Jimuyida does not delay the resolution of this case, we respectfully request that the Court advise Artec if any additional information or briefing is needed to resolve the issues presented in the Motion.

    We thank the Court for its attention to this matter.

                                                   Respectfully,

                                                   */s/ Richard de Bodo*
                                                   Richard de Bodo
                                                   **MUNCK WILSON MANDALA, LLP**
                                                   1925 Century Park East, Suite 2300
                                                   Los Angeles, CA 90067
                                                   (310) 287-0377
                                                   rdebodo@munckwilson.com

cc: All counsel of record via ECF