# MUNCK WILSON MANDALA
### Trials. Transactions. Technology.

RICHARD DE BODO  
DIRECT DIAL: 310-601-1116

E-MAIL: RDEBODO@MUNCKWILSON.COM

March 21, 2023

Hon. Vera M. Scanlon  
United States Magistrate Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 10007

Re: Artec Europe S.À.R.L. v. Shenzhen Creality 3D Tech. Co., Ltd, et al.  
Case No.: 1:22-1676 (WFK)(VMS)

Dear Judge Scanlon:

Pursuant to the Court's December 8, 2022 Scheduling Order, Plaintiff Artec Europe S.À.R.L. ("Artec") and Shenzhen Creality 3D Tech. Co., Ltd. ("Creality") (collectively the "Parties") file this Joint Status Report:

The Parties have exchanged initial disclosures and have each served and responded to an initial set of discovery requests. On January 23, 2023, Artec served Creality with its Disclosure of Asserted Claims and Infringement Contentions. On March 9, 2023, Creality served Artec with its Invalidity Contentions.

On January 30, 2023, Artec filed an amended complaint which, among other changes, added claims against Shenzhen Jimuyida 3D Tech. Co., Ltd. ("Jimuyida"). Dkt. 79. On February 8, 2023, Artec moved the Court to allow Artec to serve Defendant Jimuyida via alternative means. Dkt. 83. No party has opposed Artec's motion, and it is awaiting the Court's review.[1] On March 1, 2023, Creality filed its answer to the Amended Complaint. Dkt. 89.

Given the need to have newly added Defendant Jimuyida participate in claim construction and discovery, the Parties anticipate needing to request extensions to certain deadlines in the current schedule. Dkt. 75. After Defendant Jimuyida appears in the case, the Parties will jointly submit a proposed schedule for patent-related deadlines, including the relevant *Markman*-related dates, to the District Judge for his approval consistent with Your Honor's statement at the December 8, 2022 Initial Conference.

The Parties are about to commence source code review, and they are currently discussing potential modifications to the protective order and arrangements to facilitate such review. The

---

[1] Plaintiff submitted a letter related to its Motion for Alternative Service on March 2, 2023 requesting guidance from the Court to obtain a ruling on its outstanding motion. Dkt. 90.

Parties are also working on and anticipate submitting soon a revised ESI Order for the Court's approval.

    We thank the Court for its attention to this matter.

FOR PLAINTIFF:

*/s/ Richard de Bodo*
Richard de Bodo (*pro hac vice*)
CA State Bar No. 128199
**MUNCK WILSON MANDALA, LLP**
1925 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 855-3311
rdebodo@munckwilson.com

Amy E. LaValle
E.D.N.Y. Bar No. AL1876
**MUNCK WILSON MANDALA, LLP**
12770 Coit Rd., Suite 600
Dallas, TX 75251
Telephone: (972) 628-3600
alavalle@munckwilson.com

*Attorneys for Plaintiff Artec Europe S.à.r.l.*

FOR DEFENDANT CREALITY:

*/s/ Michael DeVincenzo*
Michael DeVincenzo
**KING & WOOD MALLESONS LLP**
500 Fifth Avenue, 50th Floor
New York, New York 10110
Telephone: (212) 319-4755
Email: michael.devincenzo@us.kwm.com

*Attorney for Defendant Shenzhen Creality Technology Co. Ltd.*

cc: All counsel of record via ECF