UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

ARTEC EUROPE S.A.R.L.,

           Plaintiff,

      v.

SHENZHEN CREALITY 3D
TECHNOLOGY CO., LTD., and
SHENZHEN JIMUYIDA
TECHNOLOGY CO. LTD.,

          Defendants.

1:22-1676 (WFK)(VMS)

**RULE 7.1 DISCLOSURE
STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Shenzhen Jimuyida Technology Co, LTD., by and through its undersigned counsel, discloses that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: June 08, 2023

*/s/ Michael DeVincenzo*
Michael DeVincenzo
KING & WOOD MALLESONS LLP
500 5th Avenue, 50th Floor
New York, New York 10110
(212) 319-4755
michael.devincenzo@us.kwm.com

*Counsel for Defendant Shenzhen
Creality 3D Technology Co., LTD*

1