# MUNCK WILSON MANDALA

## TRIALS. TRANSACTIONS. TECHNOLOGY.

RICHARD DE BODO                                                    E-MAIL: RDEBODO@MUNCKWILSON.COM
DIRECT DIAL: 310-601-1116

July 5, 2023

Hon. Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 10007

>  **Re:    Artec Europe S.À.R.L. v. Shenzhen Creality 3D Tech. Co., Ltd, et al.**
>  **Case No.: 1:22-1676 (WFK)(VMS)**

Dear Judge Scanlon:

We represent Plaintiff Artec Europe S.à.r.l. ("Artec") in the above matter. Pursuant to Section II(b) of the Court's Individual Practice Rules, we write to respectfully request that the Court extend the parties' deadline to file amendments of the pleadings from July 6, 2023, to July 13, 2023. Artec informed Defendants it intends to file a motion for leave to file a Second Amended Complaint ("SAC") adding claims of infringement of U.S. Patent Nos. 8,488,129 (the "'129 Patent") and 10,962,357 (the "'357 Patent") and sent a copy of its proposed SAC to Defendants. Defendants requested time to consider the proposed SAC in order to determine whether to consent to the amendment. Accordingly, the parties have agreed to extend the deadline to file amendments of the pleadings by one week.

This is the parties' first such request for extension of this deadline, and there have been no other requests for extension of this deadline. All parties consent to this request.

We thank the Court for its attention to this matter.

Respectfully,

*/s/ Richard de Bodo*

Richard de Bodo
**MUNCK WILSON MANDALA, LLP**
1925 Century Park East, Suite 2300
Los Angeles, CA 90067
(310) 287-0377
rdebodo@munckwilson.com

cc: All counsel of record via ECF

A Limited Liability Partnership • Dallas • Austin • Houston • Waco • Los Angeles • Boca Raton/Miami • Orlando • www.munckwilson.com