**MUNCK WILSON MANDALA**
Trials. Transactions. Technology.

RICHARD DE BODO  E-MAIL: RDEBODO@MUNCKWILSON.COM
DIRECT DIAL: 310-601-1116

July 6, 2023

**Via Email:**

Michael S. DeVincenzo
KING & WOOD MALLESONS LLP
500 5th Avenue, 50th Floor
New York, New York 10110

    Re:    Artec Europe S.À.R.L. v. Shenzhen Creality 3D Tech. Co., Ltd, et al.
           Case No.: 1:22-1676 (WFK)(VMS)

Michael:

    Consistent with our discussion yesterday, because the Court has not yet ruled on the parties' request for an extension, in an abundance of caution, Plaintiff Artec Europe S.À.R.L. ("Artec") is serving the following enclosed documents on you today, July 6, 2023:[1]

- Artec's Motion for Leave to File Second Amended Complaint;
- Artec's Proposed Second Amended Complaint; and
- Redline of changes between Artec's Amended Complaint (Dkt. 79) and Artec's Proposed Second Amended Complaint.

    Sincerely,

    *Richard de Bodo*

    Richard de Bodo

---

[1] While Artec believes its Letter Motion for a Pre-Motion Conference (Dkt. 101) satisfies the existing July 6, 2023 deadline to amend pleadings, in an abundance of caution, Artec is also serving these documents on the deadline to ensure compliance with the case schedule. Artec reserves the right to make changes to its Motion should the Court permit full briefing and Artec will work with Defendants to create a briefing schedule for the Motion once the Court rules on Artec's Letter Motion for a Pre-Motion Conference. Artec remains hopeful that Defendants will agree to permit the amendment to avoid unnecessary briefing and burdening the Court's resources.