**MUNCK WILSON MANDALA**

TRIALS. TRANSACTIONS. TECHNOLOGY.

RICHARD DE BODO  
DIRECT DIAL: 310-601-1116

E-MAIL: RDEBODO@MUNCKWILSON.COM

July 13, 2023

Hon. Orelia E. Merchant  
United States District Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 10007

Re:   Artec Europe S.À.R.L. v. Shenzhen Creality 3D Tech. Co., Ltd, et al.  
      Case No.: 1:22-1676 (OEM)(VMS)

Dear Judge Merchant:

We represent Plaintiff Artec Europe S.à.r.l. ("Artec") in the above matter. On July 6, 2023, Artec wrote to Judge Kuntz in compliance with Judge Kuntz's Individual Practice Rules to briefly describe Artec's anticipated motion to file a second amended complaint, the parties' initial discussions regarding that motion, and Artec's request for a pre-motion conference when the Court considers it appropriate. Since Artec filed its request for a pre-motion conference, the parties have made significant progress regarding the proposed Second Amended Complaint ("SAC"). The parties are confident that they will be able to resolve any dispute regarding the SAC without Court intervention. Accordingly, the parties request that the Court extend the deadline for Defendants to respond to Plaintiff's Request for a Pre-Motion Conference (Dkt. 101) by a week (until July 20, 2023) and withhold ruling on the request in the interim to allow the parties to continue their discussions.

We thank the Court for its attention to this matter.

Respectfully,

*/s/ Richard de Bodo*

Richard de Bodo  
**MUNCK WILSON MANDALA, LLP**  
1925 Century Park East, Suite 2300  
Los Angeles, CA 90067  
(310) 855-3311  
rdebodo@munckwilson.com

cc:   All counsel of record via ECF