UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTEC EUROPE S.À.R.L.,<br><br>    Plaintiff,<br><br>v.<br><br>SHENZHEN CREALITY 3D TECHNOLOGY CO., LTD., and SHENZHEN JIMUYIDA TECHNOLOGY CO., LTD.,<br><br>    Defendants. | Case No. 1:22-cv-01676-OEM-VMS<br><br>**NOTICE OF APPEARANCE** |

**To:** **The Clerk of this Court and all parties of record.**

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff Artec Europe S.À R.L. in the above-captioned action.

Date: January 22, 2024

*/s/ John E. Handy*
John E. Handy (JH0076)
1765 Greensboro Station Place Tower I
Suite 900
McLean, VA 22102
john.handy@rimonlaw.com
Tel/Fax: (703) 559-7360

*Attorney for Plaintiff*