UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ARTEC EUROPE S.À.R.L.,

        Plaintiff,

    v.

SHENZHEN CREALITY 3D
TECHNOLOGY CO., LTD. and
SHENZHEN JIMUYIDA TECHNOLOGY
CO., LTD.,

        Defendants.

---

Case No. 1:22-1676 (OEM)(VMS)

**DECLARATION OF RICHARD DE BODO IN SUPPORT OF PLAINTIFF ARTEC EUROPE S.À.R.L.'S NOTICE OF MOTION AND MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR PROTECTIVE ORDER**

[Filed concurrently with Notice of Motion and Memorandum of Law; Declaration of Alexandr Osipov; and [Proposed] Order]

1

## DECLARATION OF RICHARD DE BODO

I, Richard de Bodo, declare as follows:

1.      I am a partner at the law firm of Rimon PC, counsel of record for Plaintiff Artec Europe S.À.R.L ("Artec").  I make this Declaration in support of Artec's motion for a protective order (the "Motion") pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and Paragraph 5(e) of the Protective Order in this case. (Dkt. 71-1). I make this Declaration based on my personal knowledge, unless stated on information and belief, and if called upon to testify to those facts, I could and would competently do so.

2.      On January 18, 2023, the Court entered a protective order stipulated by the parties ("Protective Order"), which governs the disclosure of confidential information in this litigation. (Dkt. 71-1).

3.      The Protective Order categorizes documents in terms of their confidentiality. Documents may be designated as (1) "CONFIDENTIAL,"; (2) "RESTRICTED—ATTORNEYS' EYES ONLY,"; and (3) "RESTRICTED CONFIDENTIAL SOURCE CODE" (Dkt. 71-1). Paragraph 5(e) of the Protective Order states that a party may only disclose material designated as CONFIDENTIAL to an outside expert upon the expert's signing the Undertaking, as defined in the Protective Order, and the provision of the expert's curriculum vitae to the producing party.  Further, the producing party may object to the disclosure and may seek a protective order if the parties cannot reach resolution.  (*Id*., ¶ 5(e)).  Documents designated with the more protective labels of "RESTRICTED—ATTORNEYS' EYES ONLY" or "RESTRICTED—CONFIDENTIAL SOURCE CODE," are subject to the terms of Paragraph 5(e), and are also subject to other restrictions under the Protective Order.  (*Id*., ¶¶ 8-11).

4.      On November 18, 2024, Defendants notified Artec of their intention to disclose protected material, including Artec's highly confidential trade secrets and sensitive technical

information, to their expert witness, Dr. Mohit Gupta, pursuant to Paragraph 5(e) of the Protective Order.  Including in their email was a copy of Dr. Gupta's most current curriculum vitae.  A true and correct copy of Defendants' November 18 email and Dr. Gupta's signed undertaking are attached hereto as **Exhibit B**.

5.       According to Dr. Gupta's curriculum vitae, Dr. Gupta is the Co-Founder of and Scientific Advisor to Ubicept, Inc., a Research Scientist at Cruise LLC, and the Director and an active participant and inventor at WISIONLab.  A true and correct copy of Dr. Gupta's curriculum vitae is attached hereto as **Exhibit A**.  Each of these companies and entities competes directly and/or indirectly with Artec.

6.       In light of Dr. Gupta's affiliations and roles at these companies and entities, on November 28, 2024, I emailed counsel for Defendants to object, on behalf of Artec, to Defendants' intended disclosure of confidential and sensitive technical information to Dr. Gupta.  On or about November 29, 2024, I wrote to counsel again to further explain Artec's position on the disclosure of this information.  True and correct copies of my November 28 and November 29 emails are attached hereto as **Exhibit C**.

7.       The parties continued to communicate, and Artec ultimately proposed as a compromise that it would agree that Dr. Gupta could review Artec documents designated as "Confidential," but not review documents designated "Restricted – Attorneys Eyes Only" or "Restricted Confidential Source Code."  Defendants declined this proposal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of December, 2024, at Los Angeles, California.


Dated: December 13, 2024                                    */s/ Richard de Bodo*
                                                            Richard de Bodo

# EXHIBIT A

# Mohit Gupta

Computer Sciences Department, University of Wisconsin-Madison

Lab website: http://wisionlab.cs.wisc.edu/

## Research Interests

Computer Vision, Computational Imaging

## Education

**Ph.D. in Robotics, Carnegie Mellon University** — 2005 - 2011

**M.S. in Computer Science, Stony Brook University** — 2003 − 2005

**B.Tech. in Computer Sc. and Engineering, Indian Insitute of Technology, Delhi** — 1999 − 2003

## Work Experience

**Associate Professor, University of Wisconsin-Madison** — 2022 -

**Assistant Professor, University of Wisconsin-Madison** — 2016 - 2022

**Research Scientist, Cruise LLC** — 2023 -

**Co-founder and Scientific Advisor, Ubicept Inc.** — 2021 -

**Post-doctoral Research Scientist, Columbia University** — 2011 - 2015

**Research Intern, Mitsubishi Electric Research Labs** — Summer 2009, 2010

## Awards and Honors

**Best Demo Award, ACM SIGGRAPH Emerging Technologies (E-Tech)** — 2024

**Sony Faculty Innovation Award** — 2023, 2022, 21, 20

**Marr Prize Honorable Mention, IEEE Int. Conf. on Computer Vision (ICCV)** — 2019

**NSF CAREER Award** — 2019

| | |
|---|---|
| **Finalist, Most Influential Research Category, AutoSens Conference Awards** | 2019 |
| **Paper Selected for IJCV Special Issue on Best Papers of ECCV** | 2018 |
| **Keynote Talk, Workshop on Visual Odometry and Applications, IEEE CVPR** | 2023 |
| **Keynote Talk, Workshop on Computational Cameras and Displays, IEEE CVPR** | 2022 |
| **Keynote Talk, Workshop on Mobile Intelligent Photography and Imaging, ECCV** | 2022 |
| **Plenary Talk, Int. Conf. on Quality Control by Artificial Vision (Tokyo)** | 2017 |
| **Keynote Talk, Workshop on Computational Cameras and Displays, IEEE CVPR** | 2014 |
| **Best Paper Honorable Mention, IEEE Int. Conf. on Computational Photography** | 2014 |

## Selected Advisee Awards

| | |
|---|---|
| **Sizhuo Ma: Best PhD Thesis Award, CS Department, UW-Madison** | 2022 |

## Professional Activities

### Organization

**Program Chair:** IEEE International Conf. on Computational Photography (ICCP) 2023, Madison
**Program Chair:** IEEE International Conf. on Computational Photography (ICCP) 2019, Tokyo
**Workshops Chair:** IEEE CVPR 2022
**Program Chair:** Workshop on Computational Cameras and Displays (with IEEE CVPR 2017, 2018)
**Finance Chair:** IEEE ICCP 2018, Demos and Posters Chair, IEEE ICCP 2016

### Program Committees and Editorial Boards

**Best Paper Awards Committee:** IEEE CVPR 2022
**Area Chair (Program Committee):** NeurIPS 2024, CVPR 2024, ECCV 2024, ICCV 2023, CVPR 2023, WACV 2023, ECCV 2022, ICCV 2021, CVPR 2021, SIGGRAPH Asia 2018, Pacific Graphics 2018
**Guest Editor:** IJCV Special Issue on Computational Photography (2017-2018)

### Professional Service Awards

Outstanding reviewer award, ECCV 2020

### Tutorials

Co-organized (invited) tutorial on computational imaging at ICIP 2015, ICIP 2016
Co-organized tutorial on time-of-flight (ToF) imaging at ICCV 2015
Co-organized tutorial on compressive sensing of videos at CVPR 2012
Co-organized the symposium on volumetric scattering at CVPR 2007

### Reviewing

Reviewer for Nature, Nature Communications, CACM, SIGGRAPH, SIGGRAPH Asia, PAMI, IJCV, TIP, ICCV, CVPR, ECCV, ICCP

## Publications

### Conference and Journal Publications: [1] [2]

#### 2024

Light-in-Flight for a World-in-Motion
Jongho Lee[s], Ryan J. Suess[c], and **Mohit Gupta**
**ECCV 2024**

Photon Inhibition for Energy-Efficient Single-Photon Imaging
Lucas J. Koerner[c], Shantanu Gupta[s], Atul Ingle[c], and **Mohit Gupta**
**ECCV 2024, ∗ oral presentation**

Light Codes for Fast Two-Way Human-Centric Visual Communication
**Mohit Gupta**, Jian Wang[c], Karl Bayer[c], Shree Nayar[c]
**ACM Transactions on Graphics (presented at SIGGRAPH 2024)**

A Live Demo of Single-Photon Imaging and Applications
Sacha Jungerman[s], Varun Sundar[s], and **Mohit Gupta**
**ACM SIGGRAPH 2024 Emerging Technologies (E-Tech); IEEE CVPR Demos, Best Demo (best-in-show) Award at SIGGRAPH E-Tech**

Using a Distance Sensor to Detect Deviations in a Planar Surface
Carter Sifferman[s], William Sun[c], **Mohit Gupta**, Michael Gleicher[c]
**IEEE Robotics and Automation Letters (RAL); Proc. IEEE ICRA 2025**

Generalized Event Cameras
Varun Sundar[s], Matthew Dutson[s], A. Ardelean[c], C. Bruschini[c], Edoardo Charbon[c], and **Mohit Gupta**
**IEEE/CVF CVPR 2024**

Towards 3D Vision with Low-Cost Single-Photon Cameras
Fangzhou Mu∗[c], Carter Sifferman∗[s], Sacha Jungerman[s], Yiquan Li[c], Mark Han[c], Michael Gleicher[c], **Mohit Gupta**, Yin Li[c]
**IEEE/CVF CVPR 2024**

#### 2023

CASPI: Collaborative Photon Processing for Active Single-Photon Imaging
Jongho Lee[s], Atul Ingle[c], Jenu Chacko[c], Kevin Elicieri[c], and **Mohit Gupta**
**Nature Communications**

---

[1] Collaborators are denoted by [c], thesis and post-doc advisors by [a], students and post-docs under my supervision by [s], and students/post-docs under the supervision of others by [o].

[2] ICCV, ECCV and CVPR are the top three conferences in computer vision, with acceptance rates typically around 25%. A few selected papers (typically $2-4\%$) are awarded an oral presentation. ACM Transactions on Graphics (TOG) and ACM SIGGRAPH are the top journal/conference in computer graphics, with an acceptance rate around 20%. IEEE PAMI, IJCV, and IEEE TIP are the top journals in computer vision and image processing. 3DV and ICCP are smaller conference for 3D vision and computational imaging and photography. Acceptance rates are typically around $30-40\%$.

Seeing Photons in Color
Sizhuo Ma[s], Varun Sundar[s], Paul Mos[c], Claudio Bruschini[c], Edoardo Charbon[c], and **Mohit Gupta**
**ACM Transactions on Graphics (SIGGRAPH 2023)**

SoDaCam: Software-defined Cameras via Single-Photon Imaging
Varun Sundar[s], Andrei Ardelean[c], Tristan Swedish[c], C Bruschini[c], Edoardo Charbon[c], and **Mohit Gupta**
**IEEE ICCV 2023, ∗ oral presentation**

Eventful Transformers: Leveraging Temporal Redundancy in Vision Transformers
Matthew Dutson[s], Yin Li[c], and **Mohit Gupta**
**IEEE ICCV 2023**

Computational 3D Imaging with Position Sensors
Jeremy Klotz[c], **Mohit Gupta**, Aswin Sankaranarayanan[c]
**IEEE ICCV 2023, ∗ oral presentation**

Learned Compressive Representations for Single-Photon 3D Imaging
Felipe Gutierrez-Barragan[s], Fangzhou Mu[c], Andrei Ardelean[c], Atul Ingle[c], Claudio Bruschini[c], Edoardo Charbon[c], Yin Li[c], **Mohit Gupta**, Andreas Velten[c]
**IEEE ICCV 2023**

Eulerian Single-Photon Vision
Shantanu Gupta[s], and **Mohit Gupta**
**IEEE ICCV 2023**

Panoramas from Photons
Sacha Jungerman[s], Atul Ingle[c], and **Mohit Gupta**
**IEEE ICCV 2023**

Mitigating AC and DC Interference in Multi-ToF-Camera Environments
Jongho Lee[s], and **Mohit Gupta**
**IEEE Trans. on Pattern Analysis and Machine Intelligence**

Unlocking the Performance of Proximity Sensors by Transient Histograms
Carter Sifferman[s], Yeping Wang[c], **Mohit Gupta**, and Michael Gleicher[c]
**IEEE Robotics and Automation Letters (RAL); Proc. IEEE ICRA 2024**

When Two Cameras Are a Crowd (Understanding Interference Across Multiple Active Cameras)
Jongho Lee[s], **Mohit Gupta**, Bhuvana Krishnaswamy[c], and Suman Banerjee[c]
**Communications of the ACM**

Burst Vision Using Single-Photon Cameras
Sizhuo Ma[s], Paul Mos[c], Edoardo Charbon[c], and **Mohit Gupta**
**IEEE/CVF WACV 2023**

Spike-Based Anytime Perception
Matt Dutson[s], Yin Li[c], and **Mohit Gupta**
**IEEE/CVF WACV 2023**

QFaR: Location-Guided Scanning of Visual Codes from Long Distances
Sizhuo Ma[s], J. Wang[c], W. Chen[c], S. Banerjee[c], **Mohit Gupta**, S. Nayar[c]
**ACM MobiCom 2023**

## 2022

Event Neural Networks
Matt Dutson[s], Yin Li[c], and **Mohit Gupta**
**ECCV 2022**

3D Scene Inference from Transient Histograms
Sacha Jungerman[s], Atul Ingle[c], Yin Li[c], and **Mohit Gupta**
**ECCV 2022**

Robust Scene Inference under Noise-Blur Dual Corruptions
Bhavya Goyal[s], JF Lalonde[c], Yin Li[c], and **Mohit Gupta**
**IEEE ICCP 2022**

Geometric Calibration of Single-Pixel Distance Sensors
Carter Sifferman[s], Dev Mehrotra[s], **Mohit Gupta**, and Michael Gleicher[c]
**IEEE Robotics and Automation Letters (RAL); Proc. IEEE/RSJ IROS 2022**

Single-Photon Structured Light
Varun Sundar[s], Sizhuo Ma[s], Aswin Sankaranarayanan[c], and **Mohit Gupta**
**IEEE/CVF CVPR 2022**

Compressive Single-Photon 3D Cameras
Felipe Gutierrez-Barragan[s], Atul Ingle[c], Trevor Seets[c], **Mohit Gupta**, and Andreas Velten[c]
**IEEE/CVF CVPR 2022**

Single-Photon Camera Guided Extreme Dynamic Range Imaging
Yuhao Liu[c], Felipe Gutierrez-Barragan[s], Atul Ingle[c], **Mohit Gupta**, and Andreas Velten[c]
**IEEE/CVF WACV 2022**

iToF2dToF: A Robust and Flexible Representation for Data-driven Time-of-Flight Imaging
Felipe Gutierrez-Barragan[s], Huaijin Chen[c], **Mohit Gupta**, Andreas Velten[c], Jinwei Gu[c]
**IEEE Transactions on Computational Imaging 2022**

## 2021

Photon-Starved Scene Inference using Single Photon Cameras
Bhavya Goyal[s], and **Mohit Gupta**
**IEEE ICCV 2021**

Blocks-World Cameras
Jongho Lee[s], and **Mohit Gupta**
**IEEE/CVF CVPR 2021, ∗ oral presentation**

Passive Inter-Photon Imaging
Atul Ingle[s], T Seets[c], M Buttafava[c], Shantanu Gupta[s], A Tosi[c], Andreas Velten[c], and **Mohit Gupta**
**IEEE/CVF CVPR 2021, ∗ oral presentation**

Invisible Perturbations: Physical Adversarial Examples Exploiting the Rolling Shutter Effect
Athena Sayles[c], Ashish Hooda[c], **Mohit Gupta**, Rahul Chatterjee[c], and Earlence Fernandes[c]
**IEEE/CVF CVPR 2021**

## 2020

Quanta Burst Photography
Sizhuo Ma[s], Shantanu Gupta[s], Arin Ulku[c], Claudio Bruschini[c], Edoardo Charbon[c], and **Mohit Gupta**
**ACM Transactions on Graphics (SIGGRAPH 2020)**

Smart Time-Multiplexing of Quads Solves the Multicamera Interference Problem
Tomislav Pribanic[c], Tomislav Petkovi[c], David Bojani[c], Kristijan Bartol[c], and **Mohit Gupta**
**International Conference on 3D Vision (3DV) 2020**

Inertial Safety from Structured Light
Sizhuo Ma[s], and **Mohit Gupta**
**ECCV 2020**

## 2019

Asynchronous Single-Photon 3D Imaging
Anant Gupta[s], Atul Ingle[s], and **Mohit Gupta**
**IEEE ICCV 2019, ∗ oral presentation, ∗ Marr Prize Honorable Mention**

Stochastic Exposure Coding for Handling Multi-ToF-Camera Interference
Jongho Lee[s], and **Mohit Gupta**
**IEEE ICCV 2019, ∗ oral presentation**

Micro-Baseline Structured Light
Viswa Venkata[sc], Jian Wang[c], **Mohit Gupta**, and Shree Nayar[c]
**IEEE ICCV 2019**

Practical Coding Function Design for Time-of-Flight Imaging
Felipe Gutierrez-Barragan[s], Syed Reza[c], Andreas Velten[c], and **Mohit Gupta**
**IEEE/CVF CVPR 2019**

Photon-Flooded Single Photon 3D Cameras
Anant Gupta[s], Atul Ingle[s], Andreas Velten[c], and **Mohit Gupta**
**IEEE/CVF CVPR 2019**, ∗ oral presentation

Passive High Flux Imaging with Single Photon Cameras
Atul Ingle[s], Andreas Velten[c] and **Mohit Gupta**
**IEEE/CVF CVPR 2019**, ∗ oral presentation

Differential Scene Flow from Light-Field Gradients
Sizhuo Ma[s], Brandon Smith[s], and **Mohit Gupta**
**International Journal of Computer Vision (IJCV 2019)**
*Special Issue on Best Papers of ECCV 2018*

Coding Scheme Optimization for Fast Fluorescence Lifetime Imaging
Jongho Lee[s], JV Chacko[o], B Dai[o], SA Reza[o], AK Sagar[o], K Eliceiri[c], A Velten[c], and **Mohit Gupta**
**ACM Transactions on Graphics (ACM TOG 2019), presented at SIGGRAPH 2019**

## 2018

A Geometric Perspective on Structured Light Coding
**Mohit Gupta**, and Nikhil Nakhate[s]
**ECCV 2018**

3D Scene Flow from 4D Light Field Gradients
Sizhuo Ma[s], Brandon Smith[s], and **Mohit Gupta**
**ECCV 2018**, ∗ oral presentation; * Selected for IJCV Special issue on 'Best of ECCV'

Tracking Multiple Objects Outside the Line of Sight using Speckle Imaging
Brandon Smith[s], Matt O'Toole[c], and **Mohit Gupta**
**IEEE/CVF CVPR 2018**, ∗ spotlight oral presentation

Trapping Light for Time-of-Flight
Ruilin Xu[o], **Mohit Gupta**, and Shree Nayar[c]
**IEEE/CVF CVPR 2018**, ∗ oral presentation

What are Optimal Coding Functions for Time-of-Flight Imaging?
**Mohit Gupta**, Andreas Velten[c], Shree Nayar[c], and Eric Breitbach[c]
**ACM Transactions on Graphics (ACM TOG 2018), presented at SIGGRAPH 2018**

SH-ToF: Micro Resolution Time-of-Flight Imaging with Superheterodyne Interferometry
Fengqiang Li[o], F Willomitzer[o], P Rangarajan[c], **Mohit Gupta**, Andreas Velten[c], Oliver Cossairt[c]
**IEEE ICCP 2018**

## 2016-17

CoLux: Multi-Object 3D Micro-Motion Analysis Using Speckle Imaging
Brandon Smith[s], Pratham Desai[s], Vishal Agrawal[s], and **Mohit Gupta**
**ACM Transactions on Graphics (SIGGRAPH 2017)**

High-depth-resolution Range Imaging with Multiple-wavelength Superheterodyne Interferometry using 1550-nm Lasers
Fengqiang Li[o], Joshua Yablon[o], Andreas Velten[c], **Mohit Gupta**, and Oliver Cossairt[c]
**Applied Optics 2017**

Dual Structured Light 3D using a 1D Sensor
Jian Wang[o], Aswin Sankaranarayanan[c], **Mohit Gupta**, and Srinivasa Narasimhan[c]
**ECCV 2016, ∗ oral presentation**

DisCo: Display-Camera Communication Using Rolling Shutter Sensors
Kensei Jo [o], **Mohit Gupta**, and Shree Nayar[a]
**ACM Transactions on Graphics (ACM TOG 2016), presented at SIGGRAPH 2016**

## 2015 and Earlier

SpeDo: 6 DOF Ego-Motion Sensor Using Speckle Defocus Imaging
Kensei Jo[o], **Mohit Gupta**, and Shree Nayar[a]
**ICCV 2015**

Phasor Imaging: A Generalization of Correlation Based Time-of-Flight Imaging
**Mohit Gupta**, Shree Nayar[a], Matthias Hullin[c], and Jaime Martin[c]
**ACM Transactions on Graphics (ACM TOG 2015), presented at SIGGRAPH 2015**

LiSens: A Scalable Architecture for Video Compressive Sensing
Jian Wang[o], **Mohit Gupta**, and Aswin Sankaranarayanan[c]
**ICCP 2015**

MC3D: Motion Contrast 3D Scanning
Nathan Matsuda[o], Oliver Cossairt[c], and **Mohit Gupta**
**ICCP 2015**

Digital Refocusing with Incoherent Holography
Oliver Cossairt, Nathan Matsuda and Mohit Gupta
**ICCP 2014**
∗ **Best paper honorable mention**

Recovering Scene Geometry Under Wavy Fluid Via Distortion And Defocus Analysis
Mingjie Zhang, Xing Lin, Mohit Gupta, Jinli Suo and Qionghai Dai
**ECCV 2014**

Fibonacci Exposure Bracketing for High Dynamic Range Imaging
Mohit Gupta, Daisuke Iso and Shree Nayar
**ICCV 2013**

Structured Light in Sunlight
Mohit Gupta, Qi Yin and Shree Nayar
**ICCV 2013**

Efficient Space-Time Sampling with Pixel-wise Coded Exposure for High Speed Imaging
Dengyu Liu, Jinwei Gu, Yasunobu Hitomi, Mohit Gupta, Tomoo Mitsunaga and Shree Nayar
**IEEE Transactions on Pattern Analysis and Machine Intelligence (TPAMI 2013)**

Micro Phase Shifting
Mohit Gupta and Shree Nayar
**CVPR 2012, ∗ oral presentation**

Diffuse Structured Light
Shree Nayar and Mohit Gupta
**ICCP 2012**

3D Scanning in the Presence of Interreflections, Subsurface Scattering and Defocus
Mohit Gupta, Amit Agrawal, Ashok Veeraraghavan and Srinivasa Narasimhan
**International Journal of Computer Vision (IJCV 2012)**

When Does Computational Imaging Improve Performance?
Oliver Cossairt, Mohit Gupta and Shree Nayar
**IEEE Transactions on Image Processing (TIP 2012)**

Video from a Single Exposure Coded Photograph using a Learned Over-Complete Dictionary
Yasunobu Hitomi, Jinwei Gu, Mohit Gupta and Shree Nayar
**ICCV 2011**

Multiplexed Illumination for Scene Recovery in the Presence of Global Illumination
Jinwei Gu, Toshihiro Kobayashi, Mohit Gupta and Shree Nayar
**ICCV 2011, ∗ oral presentation**

Structured Light 3D Scanning Under Global Illumination
Mohit Gupta, Amit Agrawal, Ashok Veeraraghavan and Srinivasa Narasimhan
**CVPR 2011**

A Combined Theory of Defocused Illumination and Global Light Transport
Mohit Gupta, Yuandong Tian, Srinivasa Narasimhan and Li Zhang
**International Journal of Computer Vision (IJCV 2011)**

Flexible Voxels for Motion-Aware Videography
Mohit Gupta, Amit Agrawal, Ashok Veeraraghavan and Srinivasa Narasimhan
**ECCV 2010**

Optimal Coded Sampling for Temporal Super-Resolution
Amit Agrawal, Mohit Gupta, Ashok Veeraraghavan and Srinivasa Narasimhan
**CVPR 2010**

(De) Focusing on Global Light Transport for Active Scene Recovery
Mohit Gupta, Yuandong Tian, Srinivasa Narasimhan and Li Zhang
**CVPR 2009, ∗ oral presentation**

On Controlling Light Transport in Poor Visibility Environments
Mohit Gupta, Srinivasa Narasimhan and Yoav Schechner
**CVPR 2008**

High Resolution Tracking of Non-Rigid 3D Motion Using Harmonic Maps
Yang Wang, Mohit Gupta, Song Zhang, Sen Wang, Xianfeng Gu, Dimitris Samaras and Peisen Huang
**International Journal of Computer Vision (IJCV 2008)**

Legendre Fluids: Reduced Space Modeling and Rendering of Participating Media
Mohit Gupta and Srinivasa Narasimhan
**Eurographics/ ACM SIGGRAPH Symposium on Computer Animation (SCA 2007)**

Acquiring Scattering Properties of Participating Media by Dilution
Srinivasa Narasimhan, Mohit Gupta, Craig Donner, Ravi Ramamoorthi, Shree Nayar, Henrik Wann Jensen
**ACM Transactions on Graphics (SIGGRAPH 2006)**

High Resolution Tracking of Non-Rigid 3D Motion Using Harmonic Maps
Yang Wang, Mohit Gupta, Song Zhang, Sen Wang, Xianfeng Gu, Dimitris Samaras and Peisen Huang
**ICCV 2005, ∗ oral presentation**

Multilevel Modeling and Rendering of Architectural Scenes
A. Kushal, G. Chanda, K. Srivastava, M. Gupta, S. Sanyal, T.V.N. Sri Ram, P. Kalra and S. Banerjee
**Eurographics 2003**

## Invited Book Chapters:

Depth Recovery from Time-of-Flight Imaging
Mohit Gupta
**Coded Optical Imaging, 2024, Publisher: Springer Nature**

Shape From Scatter
Mohit Gupta
**Computer Vision: A Reference Guide, 2014, Publisher: Springer**

Performance Limits for Motion Deblurring Cameras
Oliver Cossairt and Mohit Gupta
**Motion Deblurring: Algorithms and Systems, 2014, Publisher: Cambridge University Press**

## Patents

Systems, Methods, And Media For Generating And Using Spiking Neural Networks With Improved Efficiency
 Inventors: Matthew Dutson and Mohit Gupta
 **US Patent Application P210141US01, Filing Date:  April 2021**

Systems, Methods, And Media For High Dynamic Range Imaging using Single-Photon and Conventional Image sensor Data
 Inventors: Felipe Gutierrez-Barragan, Yuhao Liu, Atul Ingle, Mohit Gupta and Andreas Velten
 **US Patent 11,758,297 B2**

Systems, Methods, And Media For Directly Recovering Planar Surfaces In A Scene Using Structured Light
 Inventors: Jongho Lee and Mohit Gupta
 **US Patent 11398085**

Systems, Methods, And Media For High Dynamic Range Quanta Burst Imaging
 Inventors: Sizhuo Ma and Mohit Gupta
 **US Patent 11170549**

Systems, Methods, And Media For Stochastic Exposure Coding That Mitigates Multi-Camera Interference In Continuous Wave Time-Of-Flight Imaging
 Inventors: Jongho Lee and Mohit Gupta
 **US Patent 11474249**

Systems, methods, and media for asynchronous single photon Depth imaging with improved precision in ambient light
 Inventors: Anant Gupta, Atul Ingle and Mohit Gupta
 **US Patent Application P190244US01, Filing Date: June 2019**

Systems, Methods, And Media For Single Photon Depth Imaging With Improved Precision In Ambient Light
 Inventors: Anant Gupta, Atul Ingle, Andreas Velten and Mohit Gupta
 **US patent application P190137US01, Filing Date:  March 2019**

Low Power Light Wave Communication for Mobile and Wearable Devices
 Inventors: Shree K. Nayar, Mikhail Fridberg, Mohit Gupta
 **Patent granted, August 2021: US 11,082,129 B1**

Augmented Reality System using Structured Light
 Inventors: Mohit Gupta, Shree K. Nayar, Viswanath Saragadam
 **Patent granted, February 2021: US 10,909,373 B1**

Systems, methods, and media for encoding structured light imaging patterns and estimating depths in a scene
Inventor: Mohit Gupta
**Patent granted, October 2020: US 10818023**


Systems, Methods And, Media For Determining Object Motion In Three Dimensions From Light Field Image Data
Inventors: Mohit Gupta, Sizhuo Ma, Brandon Smith
**Patent granted, October 2019: US 10706564**


Systems, methods, and media for high dynamic range imaging using dead-time-limited single photon detectors
Inventors: Mohit Gupta, Atul Ingle, Andreas Velten
**Patent granted, April 2020: US 10616512**


Systems, methods, and media for encoding and decoding signals used in time-of-flight imaging
Inventors: Felipe Gutierrez, Mohit Gupta, Eric Breitbach, Andreas Velten, Shree Nayar
**Patent granted, November 2020: US 10,739,447 B2**
∗ **Licensed**

Systems, methods, and media for encoding and decoding signals used in time-of-flight imaging
Inventors: Mohit Gupta, Eric Breitbach, Andreas Velten, Shree Nayar
**Patent granted, May 2020: US 10,645,367 B2**
∗ **Licensed**

Systems, methods, and media for determining object motion in 3D using speckle images
Inventors: Mohit Gupta, Brandon Smith, Pratham Desai, Vishal Agarwal
**Patent granted, December 2018: US 10,152,798 B2**
∗ *Nominated as one of six finalists out of 400 applications in WARF Innovation Awards 2017*

Systems, methods, and media for performing shape measurement
Inventors: Mohit Gupta, Shree Nayar
**Patent granted, May 2017: US 2015/0176982 A1**
∗ **Licensed and Productized**

Methods, systems, and media for high dynamic range imaging
Inventors: Mohit Gupta, Tomoo Mitsunaga, Daisuke Iso, Shree Nayar
**Patent granted, December 2018: US 9,648,248 B2**


Structured Light for 3D Shape Reconstruction Subject to Global Illumination
Inventors: Mohit Gupta, Ashok Veeraraghavan, Amit Agrawal
**Patent granted, August 2014: US 8,811,767 B2**


Video Camera for Acquiring Images with Varying Spatio-Temporal Resolutions
Inventors: Mohit Gupta, Ashok Veeraraghavan, Amit Agrawal, Srinivasa Narasimhan
**Publication number US 2011/0243442 A1**

## Research Grants

**As PI:**

Quanta Sensing for Next Generation Quantum Computing
Research Forward (UW Internal) Award, 2024-2026
**Co-PIs: Mark Saffman (Physics), Swamit Tannu (CS), Andreas Velten (BMI)**
*Total Funding: $500K*

Material Probes
ONR, 2024-2027
**Co-PIs: Shree Nayar (Columbia University)**
*Total Funding: $900K; Gupta's Share: $450K*

Quanta Computational Imaging with Single-Photon Cameras
NSF CAREER Award, 2020-2025
**Co-PIs: None**
*Total Funding: $550K*

Analysis of Single-Photon Sensors for Long-range 3D Imaging
Cruise, 2023-24
**Co-PIs: None**
*Total Funding: $125K*

How many Photons are needed to Recognize an Object?
SONY Faculty Innovation Award, 2020-2025
**Co-PIs: None**
*Total Funding: $425K*

Practical Single-Photon 3D Imaging
WARF (UW-Madison IP Office), 2020-2024
**Co-PIs: None**
*Total Funding: $325K*

Next Generation Time-of-Flight Imaging
ONR, 2016-2019
**Co-PIs: Shree Nayar (Columbia University)**
*Total Funding: $650K; Gupta's Share: $450K*

Time-of-Flight Cameras
Sony Corp. (Research Gift), 2017-2018
**Co-PIs: None**
*Total Funding: $70K*

Hierarchical Visual Codes
Snap Research (Research Gift), 2020
**Co-PIs: None**
*Total Funding: $20K*

Practical Time-of-Flight Imaging
Draper Technology Innovation Fund (UW Internal) Award, 2020-2021
**Co-PIs: None**
*Total Funding: $50K*

Weak 3D Cameras
UW Internal Fall Competition, 2021-2022
**Co-PIs: None**
*Total Funding: $40K*

Single-Photon 3D Imaging
UW Internal Fall Competition, 2019-2020
**Co-PIs: None**
*Total Funding: $40K*

From One Photon to a Billion: Extreme Dynamic Range Imaging with Single Photon Sensors
Draper Technology Innovation Fund (UW Internal) Award, 2018-2019
**Co-PIs: Andreas Velten (U. Wisconsin)**
*Total Funding: $50K; Gupta's Share: $25K*

Extreme Motion Cameras
UW Internal Fall Competition, 2018-2019
**Co-PIs: None**
*Total Funding: $40K*

## As Co-PI:

Scene Recovery Using an Extended Plenoptic Function
DARPA, 2016-2020
**PIs: Srinivasa Narasimhan (CMU) and Andreas Velten (U. Wisconsin)**
*Total funding: ∼ $5.5 million; Gupta's share: ∼$850K*

Characterization, Mitigation, and Management of Active 3D Camera Interference
NSF, 2021-2025
**PI: Suman Banerjee (U. Wisconsin)**
*Total funding: $1 million; Gupta's share: ∼$350K*

Supporting Distributed Machine Learning Applications for the Nomadic Edge
NSF and Intel Research, 2020-2023
**PI: Suman Banerjee (U. Wisconsin)**
*Total funding: $900K; Gupta's share: ∼$150K*

## Teaching

A summary of end-of-semester teaching evaluations, based on the following questions:

- **Q1: Did the instructor create a positive, engaging learning environment?**
  Range of Available Responses (1–7); 1 - Not at all; 4 - Neutral; 7 - Completely

- **Q2: Would you recommend this instructor to your fellow students?**
  Range of Available Responses (1–7); 1 - Not at all; 4 - Neutral; 7 - Completely

Table 1: Summary of teaching evaluations at U. Wisconsin-Madison. The numerical values in the Q1 and Q2 columns indicate the mean values aggregated over the student responses to the corresponding survey question.

| Semester | Course | Number of Students | Q1 | Q2 |
|---|---|---|---|---|
| Spring 2021 | Graduate Computer Vision | 70 | 6.22 | 6.12 |
| Fall 2020 | Ugrad. Computer Vision | 50 | 6.48 | 6.26 |
| Spring 2020 | Graduate Computer Vision | 64 | 5.91 | 5.64 |
| Spring 2019 | Graduate Computer Vision | 65 | 6.33 | 5.75 |
| Fall 2018 | Computational Photography | 142 | 5.65 | 4.48 |
| Spring 2018 | Graduate Computer Vision | 82 | 6.16 | 6.04 |
| Spring 2017 | Graduate Computer Vision | 58 | 6.20 | 5.85 |
| Spring 2016 | Graduate Computer Vision | 53 | 6.45 | 6.42 |

## Talks

**Shedding Light on 3D Cameras**

VASC Seminar, Carnegie Mellon University, Robotics Institute (April 2024)

Keynote Talk, Workshop on Visual Odometry and Applications, IEEE CVPR (June 2023)

NYU Courant CS Colloquium (October 2022)

Magic Leap Seminar (September 2022)

Cruise Seminar (March 2022)

University of California Berkeley (September 2021)

Georgia Tech. (September 2021)

Cornell University (October 2021)

Google Research (October 2021)

**A Coding Theory of 3D Cameras**

Invited Talk, Mathematics of Computer Vision, Joint Mathematics Meetings (January 2024)

**Computational Imaging, One Photon at a Time**

    Disney Research (August 2024)

    Snap Labs (July 2024)

    Meta Reality Labs (June 2024)

    Keynote Talk, Workshop on Computational Cameras and Displays, IEEE CVPR (June 2022)

    Keynote Talk, Workshop on Mobile Intelligent Photography and Imaging, ECCV (October 2022)

    SONY Distinguished Engineer Professor Lecture Series (February 2022)

    University of Florida (April 2021)

    Stanford University SCIEN Seminar Series (October 2020)

**Towards Next Generation 3D Cameras**

    Omron R&D Center, Kyoto, Japan (May 2017)

    SONY R&D Center, Atsugi, Tokyo, Japan (May 2017)

    Oculus Research, Seattle (March 2016)

    University of Washington, Seattle (June 2015)

    Amazon, Seattle (June 2015)

    Microsoft Research Labs, Seattle (June 2015)

    Robotics Institute, Carnegie Mellon University (April 2015)

    University of Wisconsin-Madison (December 2014)

**Time-of-Flight Revolution**

    Dagstuhl Seminar on Computational Imaging (May 2015)

    Workshop on Computational Photography and Intelligent Cameras, UCLA (February 2015)

    MIT Media Labs (November 2014)

    Keynote talk, CCD Workshop at IEEE CVPR (June 2014)

**Measuring 3D Shape When Light Misbehaves**

    University of Toronto (June 2011)

    Harvard University (June 2011)

**Probing Scenes with Programmable Illumination**

    Intel Research Labs, Seattle (April 2010)

    University of California, Berkeley (June 2010)

    Columbia University (June 2010)

**Scene Recovery in the presence of Global Light Transport**

    Stony Brook University (July 2009)

    Columbia University (July 2009)

# EXHIBIT B

**From:** Li, Benjamin (US) <benjamin.li@us.kwm.com>
**Sent:** Monday, November 18, 2024 11:18 AM
**To:** Richard de Bodo <rdebodo@rimonlaw.com>
**Cc:** John Handy <john.handy@rimonlaw.com>; Creality <creality@us.kwm.com>; DeVincenzo, Michael (US) <michael.deVincenzo@us.kwm.com>; Artec <Artec@rimonlaw.com>
**Subject:** Artec-Creality/ Disclosure of Confidential Information

Hi Richard,

Please find attached the CVs and signed protective orders for Adam Falconer and Mohit Gupta, designating them to receive Protected Material pursuant to 5(e) of the protective order. Similarly pursuant to the protective order, please let us know if Artec has any objections to the disclosure of Protected Material to Mr. Falconer or Mr. Gupta within the next 10 days.

Regards,
Ben

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

ARTEC EUROPE S.À.R.L.,

              Plaintiff,

      v.

SHENZHEN CREALITY 3D
TECHNOLOGY CO., LTD.,

              Defendant,

      v.

KICKSTARTER PBC,

              Cross-Claimant.

**Case No. 1:22-1676 (WFK)(VMS)**

**APPENDIX A
UNDERTAKING OF EXPERTS OR
CONSULTANTS REGARDING
PROTECTIVE ORDER**

I, _____Mohit Gupta_____, declare that:

1.    My address is ___910 Cornell Ct., Madison  WI 53705, USA___. My current employer is ___University of Wisconsin-Madison___. My current occupation is ___Associate Professor, Computer Sciences___.

2.    I have received a copy of the Protective Order in this action. I have carefully read and understand the provisions of the Protective Order.

3.    I will comply with all of the provisions of the Protective Order. I will hold in confidence, will not disclose to anyone not qualified under the Protective Order, and will use only for purposes of this action any information designated as "CONFIDENTIAL," "RESTRICTED – ATTORNEYS' EYES ONLY," or "RESTRICTED CONFIDENTIAL SOURCE CODE" that is disclosed to me.

1

4.    Promptly upon termination of these actions, I will return all documents and things designated as "CONFIDENTIAL," "RESTRICTED – ATTORNEYS' EYES ONLY," or "RESTRICTED CONFIDENTIAL SOURCE CODE" that came into my possession, and all documents and things that I have prepared relating thereto, to the outside counsel for the party by whom I am employed.

5.    I hereby submit to the jurisdiction of this Court for the purpose of enforcement of the Protective Order in this action.


I declare under penalty of perjury that the foregoing is true and correct.

Signature _____

Date  November 11, 2024 _____

# EXHIBIT C

**From:** Richard de Bodo <rdebodo@rimonlaw.com>
**Sent:** Friday, November 29, 2024 1:51 PM
**To:** Wizenfeld, Charles (US) <charles.wizenfeld@us.kwm.com>; DeVincenzo, Michael (US) <michael.deVincenzo@us.kwm.com>
**Cc:** Li, Benjamin (US) <benjamin.li@us.kwm.com>; Creality <creality@us.kwm.com>; Artec <Artec@rimonlaw.com>; John Handy <john.handy@rimonlaw.com>
**Subject:** Artec-Creality/ Disclosure of Confidential Information

Charles, my colleague John is unfortunately traveling today and this weekend, and our office (like yours) has been closed yesterday and today.  We are available to meet and confer Monday at 2pm ET or after. Your statements about the Protective Order and the obligations it purportedly imposes are not accurate. As a courtesy, Artec responds that its concerns relating to Mr. Gupta include, among other matters, his work as co-founder and scientific advisor of Ubicept Inc., his work as a research scientist of Cruise LLC, and his work with the WISIONLab.  In an effort to resolve these concerns, Artec requests that Defendants please provide as soon as possible additional detail about Mr. Gupta's work on these matters and any other similar work he is doing.  Thank you.

Regards,

Rich

---

**Richard de Bodo** | Partner
RIMÔN
o +1 310.943.7301 | m +1 310.251.3096 | rdebodo@rimonlaw.com
Los Angeles Office:   2029 Century Park East, Suite 400N, Los Angeles, CA 90067
DC Office: 1050 Connecticut Ave NW, Suite 500, Washington, D.C.
www.rimonlaw.com | See Our International Offices | Read Our Insights
Connect on **LinkedIn** | Like us on **Facebook**
*This e-mail is sent by a law firm and contains information that may be confidential or privileged.  If you have received this communication in error, please reply to the sender (only) and then please delete this message from your inbox as well as any copies. Thank you.*

---

**From:** Wizenfeld, Charles (US) <charles.wizenfeld@us.kwm.com>
**Sent:** Friday, November 29, 2024 9:32 AM
**To:** DeVincenzo, Michael (US) <michael.deVincenzo@us.kwm.com>; Richard de Bodo <rdebodo@rimonlaw.com>
**Cc:** Li, Benjamin (US) <benjamin.li@us.kwm.com>; Creality <creality@us.kwm.com>; Artec <Artec@rimonlaw.com>; John Handy <john.handy@rimonlaw.com>
**Subject:** RE: Artec-Creality/ Disclosure of Confidential Information

Rich, we have not heard back regarding Mike's below email.  As Artec provided no alleged reason for objecting to Mr. Gupta's receipt of confidential information under the Protective Order, this appears to be yet another effort by Artec to delay.  While the deadline has already passed for Artec to state an objection, as a courtesy we are available to discuss this issue Monday as long as Artec discloses the specific basis for objecting by COB today.  Otherwise, we will understand Defendants are free to disclose Artec confidential information to Mr. Gupta.

Regards,
Charles

**Charles Wizenfeld | Partner**
**King & Wood Mallesons**

**D** +1 347 926 7577
**M** +1 646 765 0261
**F** +1 917 591 8167
**E** charles.wizenfeld@us.kwm.com
PROFILE

500 Fifth Avenue, 50th Floor, New York, NY 10110
kwm.com

---

**From:** DeVincenzo, Michael (US) <michael.deVincenzo@us.kwm.com>
**Sent:** Thursday, November 28, 2024 4:10 PM
**To:** Richard de Bodo <rdebodo@rimonlaw.com>
**Cc:** Li, Benjamin (US) <benjamin.li@us.kwm.com>; Creality <creality@us.kwm.com>; Artec <Artec@rimonlaw.com>; John Handy <john.handy@rimonlaw.com>
**Subject:** Re: Artec-Creality/ Disclosure of Confidential Information

We are available Friday please let us know a time you are available and basis for objection.
Mike
Sent from my iPhone


> On Nov 28, 2024, at 3:56 PM, Richard de Bodo <rdebodo@rimonlaw.com> wrote:
>
> Hi Benjamin,
>
> Based on its current understanding of the facts, Artec objects to the disclosure of its Protected Material to Mohit Gupta pursuant to the Protective Order, including Paragraph 5(e). Artec requests to confer with Defendants to explore possible ways of resolving its objection.  Please let us know when Defendants are available to confer. Thank you.
>
> Regards,
>
> Rich