**RIMÔN LAW**
*www.rimonlaw.com*

December 20, 2024

Hon. Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 10007

    Re:    **Artec Europe S.À R.L., v. Shenzhen Creality 3D Tech Co., Ltd, et al. Case No. 1:22-1676 (OEM)(VMS)**

Dear Judge Scanlon:

Plaintiff Artec Europe S.à.r.l ("Artec") submits this response to the motion to compel filed by Defendants Shenzhen Creality 3D Tech. Co., Ltd. and Shenzhen Jimuyida Technology Co., Ltd. (collectively "Defendants") on December 17, 2024 ("Motion").

The parties have met and conferred in detail in an effort to resolve the issues raised in Defendants' Motion, various other issues Artec has raised with Defendants, and other issues relating to the final stages of fact discovery, and each side has gained a better understanding of the other side's positions. The parties were able to resolve some issues in their discussion thus far and have also identified further issues that they need to address. The parties have agreed to confer again next week in an effort to resolve the remaining issues.

More specifically, with respect to scheduling of depositions, Artec has already offered witnesses and dates for all 61 topics of Defendants' 30(b)(b) requests to Artec Europe and Artec Group. Both sides have additional issues to address relating to individual witnesses. The parties will continue to work to agree upon a mutually acceptable schedule.

With respect to sales and financial information, the parties have previously produced these categories of documents and have agreed to supplement their productions.

With respect to source code, Artec's counsel has agreed to discuss certain issues with their clients and report back to Defendants. Artec has also raised concerns about Defendants' source code production, which the parties have agreed to discuss. Each party has agreed to review the issues raised by the other and work toward resolving them.

Based on the parties' discussions, the parties appear to have made progress in advance of the January 2 joint status report.

RIMÔN LAW
www.rimonlaw.com

Respectfully,

*/s/ John E. Handy*
John E. Handy
1765 Greensboro Station Place Tower I
Suite 900
McLean, VA 22102
Tel/Fax: (703) 559-7360
john.handy@rimonlaw.com

Richard de Bodo (*pro hac vice*)
CA State Bar No. 128199
2029 Century Park East, Suite 400n
Los Angeles, CA 90067
Tel: (310) 943-7301
richard.debodo@rimonlaw.com

*Attorneys for Plaintiff Artec Europe S.à.r.l.*

cc:     All counsel of record via ECF