UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ARTEC EUROPE S.À.R.L.,

                Plaintiff(s),

v.

SHENZHEN CREALITY 3D TECHI

                Defendant(s).

Case No. 1:22-1676 (WFK)(VMS)

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

---

I, J Benjamin Bai, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of King & Wood Mallesons LLP
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Texas.
4. There are no pending disciplinary proceedings against me in any state or federal court.
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: 24001675
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case Case No. 1:22-1676 (WFK)(VMS) for Defendants Shenzhen Creality 3D Technology Co. Ltd. and Shenzhen Jingxada Co., Ltd.

Date 2/11/25
Shanghai China

Signature of Movant: Benjamin Bai
Firm Name: King & Wood Mallesons LLP
Address: 500 5th Ave #50
New York, NY 10036

**NOTARIZED**

Email: benjamin.bai@cn.kwm.com
Phone: 212-319-4755