AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

| | | |
|---|---|---|
| ARTEC EUROPE S.À R.L., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:22-cv-01676 |
| SHENZHEN CREALITY 3D TECHNOLOGY et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Shenzhen Creality 3D Technology Co, LTD. and Shenzhen Jimuyida Technology Co. LTD                    .

Date:     02/25/2025                              /s/ Andrea Pacelli
                                                    *Attorney's signature*

                                        Andrea Pacelli (4655585)
                                        *Printed name and bar number*
                                        King & Wood Mallesons LLP
                                        500 Fifth Avenue, 50th Floor
                                        New York, NY 10110

                                                    *Address*

                                        andrea.pacelli@us.kwm.com
                                                    *E-mail address*

                                        (347) 926-7576
                                                    *Telephone number*

                                        (917) 591-8167
                                                    *FAX number*