**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARTEC EUROPE S.À.R.L.,<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN CREALITY 3D TECHNOLOGY CO., LTD., and SHENZHEN JIMUYIDA TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No. 1:22-cv-01676-OEM-VMS |

**STIPULATION REGARDING DEADLINE EXTENSION FOR EXPERT DISCOVERY**

WHEREAS, the parties are currently deposing expert witnesses on both sides and desire to extend expert discovery briefly to accommodate the availability of certain expert witnesses and all requested expert depositions,

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the close of expert discovery be extended up to and including **June 6, 2025.**

Respectfully submitted,

Date: May 28, 2025

*/s/ Ricard de Bodo*

RIMON P.C.
Richard de Bodo (*pro hac vice*)
CA State Bar No. 128199
2029 Century Park East, Suite 400N
Los Angeles, CA 90067
Tel: (310) 943-7301
richard.debodo@rimonlaw.com

John E. Handy
1765 Greensboro Station Place Tower I
Suite 900

McLean, VA 22102
Tel/Fax: (703) 559-7360
john.handy@rimonlaw.com

*Attorneys for Plaintiff Artec Europe S.à.r.l.*

*/s/ Michael DeVincenzo*

KING & WOOD MALLESONS LLP
Michael DeVincenzo
Charles Wizenfeld
500 5th Avenue, 50th Floor
New York, NY 10110
Tel: (212) 319-4755
michael.devincenzo@us.kwm.com
charles.wizenfeld@us.kwm.com

*Attorneys for Defendants*
*Shenzhen Creality 3D Tech. Co., Ltd. and*
*Shenzhen Jimuyida Technology Co., Ltd.*