

500 Fifth Avenue
50th Floor
New York, New York 10110
U.S.A.

T +1 212 319 4755
F +1 917 591 8167

www.kwm.com

June 5, 2025

**By ECF**

Hon. Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 10007

**Re:** *Artec Europe S.A.R.L. v. Shenzhen Creality 3D Tech. Co., Ltd., et al.*, **No.: 1:22-1676**
**Motion to Compel Discovery**

Dear Judge Scanlon:

Pursuant to the Court's order dated June 3, 2025, Plaintiff Artec Europe S.A.R.L. ("Plaintiff") and Defendants Shenzhen Creality 3D Tech. Co. Ltd. and Shenzhen Jimuyida Tech. Co. Ltd. ("Jimuyida") (collectively, "Defendants") hereby submit this joint letter informing the Court as to the status of the discovery disputes outlined in ECF Nos. 130, 131, and 135.

At bottom, the discovery disputes outlined in ECF Nos. 130, 131, and 135 have been resolved.

Yours sincerely

**King & Wood Mallesons LLP**

  /s/ Charles Wizenfeld

King & Wood Mallesons LLP is a New York registered limited liability partnership.
Member firm of the King & Wood Mallesons network.  See www.kwm.com for more information.
Asia Pacific  |  Europe  |  North America  |  Middle East



Michael DeVincenzo
Charles Wizenfeld
Andrea Pacelli
500 Fifth Avenue, 50th Floor
New York, NY 10110
212 319 4755
347 926 7570
michael.devincenzo@us.kwm.com
charles.wizenfeld@us.kwm.com
andrea.pacelli@us.kwm.com