RIMÔN LAW
www.rimonlaw.com

June 6, 2025

Hon. Vera M. Scanlon
United States Chief Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 10007

Re: **Artec Europe S.À R.L., v. Shenzhen Creality 3D Tech Co., Ltd, et al.**
**Case No. 1:22-1676 (OEM)(VMS)**

Dear Judge Scanlon:

Pursuant to the Court's May 29, 2025 Order, Plaintiff Artec Europe S.à.r.l. "Artec") and Defendants Shenzhen Creality 3D Tech. Co., Ltd. and Shenzhen Jimuyida Technology Co., Ltd. (collectively, the "Parties") hereby file this joint letter certifying that today, June 6, 2025 is the close of discovery. The Parties have also agreed to meet and confer regarding a briefing schedule for Daubert motions and letter requests for pre-motion conferences to file summary judgment motions and will provide a proposal to the Court shortly.

Respectfully,

RIMON, P.C.

*/s/ Richard de Bodo*
Richard de Bodo (*pro hac vice*)
CA State Bar No. 128199
2029 Century Park East, Suite 400N
Los Angeles, CA 90067
Tel: (310) 943-7301
richard.debodo@rimonlaw.com

John E. Handy
1765 Greensboro Station Place Tower I
Suite 900
McLean, VA 22102
Tel/Fax: (703) 559-7360
john.handy@rimonlaw.com

cc: All counsel of record via ECF