

500 Fifth Avenue
50th Floor
New York, New York 10110
U.S.A.

T +1 212 319 4755
F +1 917 591 8167

**www.kwm.com**

July 9, 2025

**By E-Mail**

Richard De Bodo
RIMON P.C.
2029 Century Park East, Suite 400N
Los Angeles, CA 90067

Re:   Artec Europe S.A.R.L. v. Shenzhen Creality 3D Tech. Co., Ltd., et al.,
Case No.: 1:22-1676

Counsel,

Attached for service, please find the following documents in connection with the motion by Defendants Shenzhen Creality 3D Technology Co., Ltd. ("Creality") and Shenzhen Jimuyida 3D Technology Co., Ltd. ("Jimuyida") (collectively, "Defendants") to exclude the opinions and testimony of Plaintiff Artec Europe S.A.R.L.'s ("Artec") damages expert, Mr. Christopher DeBaere concerning the reasonable royalty for U.S. Patent Nos. 7,768,656 and 10,962,357:

(1) Defendants' Notice of Motion and Motion to Exclude the Opinions and Testimony of Christoper DeBaere;

(2) Memorandum of Law in Support of Defendants' Motion to Exclude the Opinions and Testimony of Christoper DeBaere;

(3) Declaration of Charles Wizenfeld in Support of Defendants' Motion to Exclude the Opinions and Testimony of Christoper DeBaere ("Wizenfeld Declaration"); and

(4) Exhibits A–H to the Wizenfeld Declaration.

Yours sincerely,

*/s/ Charles Wizenfeld*

King & Wood Mallesons LLP is a New York registered liability partnership.
Member firm of the King & Wood Mallesons network.  See **www.kwm.com** for more information.
Asia Pacific  |  Europe  |  North America  |  Middle East



                    Michael DeVincenzo
                    Charles Wizenfeld
                    Andrea Pacelli
                    **King & Wood Mallesons LLP**
                    500 Fifth Avenue, 50th Floor
                    New York, NY 10110
                    212 319 4755
                    347 926 7570
                    michael.devincenzo@us.kwm.com
                    charles.wizenfeld@us.kwm.com
                    andrea.pacelli@us.kwm.com