

Michael S. DeVincenzo
500 Fifth Avenue
50th Floor
New York, New York 10110
U.S.A.

T +1 917 345 5431
F +1 917 591 8167

**www.kwm.com**

July 16, 2025

Hon. Orelia E. Merchant
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Artec Europe S.À.R.L. v. Shenzhen Creality 3D Tech. Co., Ltd, et al.*
Case No.: 1:22-01676 (OEM)(VMS)

Dear Judge Merchant,

We represent Defendants Shenzhen Creality 3D Technology Co., Ltd. ("Creality") and Shenzhen Jimuyida Technology Co., Ltd., ("Jimuyida") (collectively, "Defendants") in the above-captioned matter. Pursuant to the Court's Order dated July 14, 2025 directing the parties to file an agreed briefing schedule in connection with the Defendants' *Daubert* motion served on Plaintiff Artec Europe S.A.R.L. ("Artec") July 9, 2025 (*see* D.I. 146), we propose the following briefing schedule:

(1) Deadline for serving Artec's opposition: August 21, 2025
(2) Deadline for serving Defendants' reply and filing of fully-briefed motion: September 26, 2025.

We have conferred with Artec and Artec agrees to this proposed briefing schedule.

Yours sincerely,

**King & Wood Mallesons LLP**

/s/ Michael DeVincenzo

Michael DeVincenzo
Charles Wizenfeld
Andrea Pacelli
500 Fifth Avenue, 50th Floor
New York, NY 10110
212 319 4755
347 926 7570

King & Wood Mallesons LLP is a New York registered limited liability partnership.
Member firm of the King & Wood Mallesons network.  See www.kwm.com for more information.
Asia Pacific | Europe | North America | Middle East



michael.devincenzo@us.kwm.com
charles.wizenfeld@us.kwm.com
andrea.pacelli@us.kwm.com