**RIMÔN LAW**
*www.rimonlaw.com*

July 16, 2025

Hon. Orelia E. Merchant
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 10007

Re:   **Artec Europe S.À R.L., v. Shenzhen Creality 3D Tech Co., Ltd, et al.
Case No. 1:22-1676 (OEM)(VMS)
Plaintiff's Motion to Preclude Testimony of Steven Gortler**

Dear Judge Merchant:

This firm represents Plaintiff Artec Europe S.à.r.l ("Artec") in the above-captioned matter.  We write to inform the Court that Artec served motion papers on Defendants Shenzhen Creality 3D Tech. Co., Ltd. and Shenzhen Jimuyida Technology Co., Ltd. (collectively, "Defendants") relating to Artec's Motion to Preclude Testimony of Steven Gortler on July 9, 2025 via email.  Artec's motion papers include:

1) Notice of Motion to Preclude the Testimony of Steven Gortler
2) Memorandum in Support of Motion to Preclude the Testimony of Steven Gortler
3) Declaration of Richard de Bodo in Support of Motion to Preclude the Testimony of Steven Gortler
4) Exhibits 1-4 to the de Bodo Declaration in Support of the Motion to Preclude Testimony

The parties have agreed on the following briefing schedule:

- August 21, 2025 for opposition to the Motion to be served by Defendants
- September 26, 2025 for reply in support of the Motion to be served by Artec and all motion papers to be filed by the parties.

Due to a misunderstanding of your Honor's Individual Practices and Rules, Artec identified the papers to Defendants via email but did not serve a separate cover letter. Artec apologizes for this omission and any inconvenience.

                Respectfully submitted,

                */s/ Michael O. Cummings*

                Michael O. Cummings
                **RIMON PC**
                400 Madison Ave, Suite 11D
                New York, NY 10017
                Tel/Fax: (973) 494-2020
                michael.cummings@rimonlaw.com

                Richard de Bodo
                **RIMON PC**
                2029 Century Park East, Suite 400N
                Los Angeles, CA 90067
                Telephone: (310) 943-7301
                richard.debodo@rimonlaw.com

cc:       All counsel of record via ECF