# KING&WOOD MALLESONS

200 Fifth Avenue
50th Floor
New York, New York 10110
U.S.A.

T +1 212 319 4755
F +1 917 591 8167

www.kwm.com

August 6, 2025

**By ECF**

Hon. Orelia E. Merchant
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Artec Europe S.A.R.L. v. Shenzhen Creality 3D Tech. Co., Ltd., et al.*, No.: 1:22-1676
      Request for Waiver of Page Limit for Summary Judgment Briefing

Dear Judge Merchant:

Defendants Shenzhen Creality 3D Tech. Co. Ltd. ("Creality") and Shenzhen Jimuyida Tech. Co. Ltd. ("Jimuyida") (collectively, "Defendants") respectfully request a waiver from the 25-page limit in Your Honor's Individual Practices and Rules (Section III.F) for the forthcoming summary judgment briefing.

On July 9, 2025, pursuant to Section III.B.2 of Your Honor's Individual Practices and Rules and the Court's Order dated June 9, 2025, Defendants filed a motion for pre-motion conference regarding the filing of a motion for summary judgment on the issues of patent infringement and invalidity.  ECF 144.  The motion included a request for a waiver from the 25-page limit.  *Id.* at 3.  On July 14, 2025, the Court denied the motion for conference, approved the filing of the summary judgment motion, and set a briefing schedule, with moving papers being due on August 13, 2025.  However, the minute order did not specifically address Defendants' request for a waiver from the page limit.

Defendants respectfully renew their request for a waiver from the 25-page limit.  Artec is asserting in this litigation three patents, each involving different facts and different legal issues.  This will require a discussion of the technology involved in each patent, an exposition of the undisputed facts, and argument on multiple issues of infringement and validity.  *See* ECF 144.  Accordingly, Defendants respectfully request the Court to apply a limit of **10,000 words** instead of the usual 25-page limit.  Assuming a standard density of about 300 words per page, this would amount to about 33 pages of text, which is a modest increase in view of the complexity of this dispositive motion.  Further, limiting the word count instead of the page count will allow the inclusion of figures which will greatly facilitate the presentation of Defendants' arguments by visual means, but do not count toward the word limit.

Defendants of course would not object to the same limit being applied to Plaintiff's opposition brief.  No additional page count is requested with respect to Defendants' reply brief.

Defendants have attempted to confer with Plaintiff regarding this request but despite multiple requests, Plaintiff has not provided its position or stated whether it will oppose.

King & Wood Mallesons LLP is a New York registered limited liability partnership.
Member firm of the King & Wood Mallesons network.  See www.kwm.com for more information.
Asia Pacific  |  Europe  |  North America  |  Middle East



Yours sincerely

**King & Wood Mallesons LLP**

 /s/ Michael DeVincenzo

Michael DeVincenzo
Charles Wizenfeld
Andrea Pacelli
500 Fifth Avenue, 50th Floor
New York, NY 10110
212 319 4755
347 926 7570
michael.devincenzo@us.kwm.com
charles.wizenfeld@us.kwm.com
andrea.pacelli@us.kwm.com

2