

500 Fifth Avenue
50th Floor
New York, New York 10110
U.S.A.

T +1 212 319 4755
F +1 917 591 8167

**www.kwm.com**

August 13, 2025

**By E-Mail**

Richard De Bodo
RIMON P.C.
2029 Century Park East, Suite 400N
Los Angeles, CA 90067

Re:   *Artec Europe S.A.R.L. v. Shenzhen Creality 3D Tech. Co., Ltd., et al.*,
   Case No.: 1:22-1676- OEM-CHK

Counsel,

Attached for service, please find the following documents in connection with Defendants' Shenzhen Creality 3D Technology Co., Ltd. ("Creality") and Shenzhen Jimuyida 3D Technology Co., Ltd. ("Jimuyida") for summary judgment of no infringement and invalidity of U.S. Patent Nos. 7,768,656 and 8,488,129, and summary judgment of no infringement of U.S. Patent No. 10,962,357:

(1) Defendants' Notice of Motion and Motion for Summary Judgment;

(2) Memorandum of Law in Support of Defendants' Motion for Summary Judgment;

(3) Defendants' Statement of Material Facts Under Local Civil Rule 56.1;

(4) Declaration of Andrea Pacelli in Support of Defendants' Statement of Material Facts Under Local Civil Rule 56.1 ("Pacelli Declaration"); and

(5) Exhibits 1–14 to the Pacelli Declaration.

Yours sincerely,

*/s/ Andrea Pacelli*

King & Wood Mallesons LLP is a New York registered limited liability partnership.
Member firm of the King & Wood Mallesons network.  See **www.kwm.com** for more information.
Asia Pacific  |  Europe  |  North America  |  Middle East



                        Michael DeVincenzo
                        Charles Wizenfeld
                        Andrea Pacelli
                        **King & Wood Mallesons LLP**
                        500 Fifth Avenue, 50th Floor
                        New York, NY 10110
                        212 319 4755
                        347 926 7570
                        michael.devincenzo@us.kwm.com
                        charles.wizenfeld@us.kwm.com
                        andrea.pacelli@us.kwm.com