

500 Fifth Avenue
50th Floor
New York, New York 10110
U.S.A.

**T** +1 212 319 4755
**F** +1 917 591 8167

**www.kwm.com**

August 21, 2025

**By E-Mail**

Richard De Bodo
RIMON P.C.
2029 Century Park East, Suite 400N
Los Angeles, CA 90067

**Re:    Artec Europe S.A.R.L. v. Shenzhen Creality 3D Tech. Co., Ltd., et al.,
Case No.: 1:22-1676**

Counsel,

Attached for service, please find a copy of Defendants' Opposition to Plaintiff's Motion to Preclude the Testimony of Defendants' Technical Expert Steven J. Gortler.

Yours sincerely,

*/s/ Andrea Pacelli*

Michael DeVincenzo
Charles Wizenfeld
Andrea Pacelli
**King & Wood Mallesons LLP**
500 Fifth Avenue, 50th Floor
New York, NY 10110
212 319 4755
347 926 7570
michael.devincenzo@us.kwm.com
charles.wizenfeld@us.kwm.com
andrea.pacelli@us.kwm.com

King & Wood Mallesons LLP is a New York registered limited liability partnership.
Member firm of the King & Wood Mallesons network.  See **www.kwm.com** for more information.
Asia Pacific  |  Europe  |  North America  |  Middle East