**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARTEC EUROPE S.À.R.L., <br><br> Plaintiff, <br><br> v. <br><br> SHENZHEN CREALITY 3D TECHNOLOGY CO., LTD., and SHENZHEN JIMUYIDA TECHNOLOGY CO., LTD., <br><br> Defendants. | Case No. 1:22-cv-01676-OEM-CHK |

**DEFENDANTS' NOTICE OF MOTION AND**
**<u>MOTION FOR SUMMARY JUDGMENT</u>**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, in the above-titled court, in the courtroom of Judge Orelia E. Merchant, at a date to be determined:

DEFENDANTS SHENZHEN CREALITY 3D TECHNOLOGY CO., LTD. and SHENZHEN JIMUYIDA 3D TECHNOLOGY CO., LTD. WILL AND HEREBY DO MOVE, pursuant to Fed. R. Civ. P. 56, for summary judgment of no infringement and invalidity of U.S. Patent Nos. 7,768,656 and 8,488,129, and summary judgment of no infringement of U.S. Patent No. 10,962,357. This motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Law in Support of Defendants' Motion for Summary Judgment, Defendants' Statement of Material Facts Under Local Civil Rule 56.1, the Declaration of Andrea Pacelli and exhibits attached thereto, and such other evidence and argument as the Court may consider.

Defendants hereby respectfully request the opportunity to present oral argument concerning this motion, should the Court determine that such argument would be helpful.

Dated: August 13, 2025

/s/ Michael DeVincenzo
Michael DeVincenzo
Charles Wizenfeld
Andrea Pacelli
KING & WOOD MALLESONS LLP
500 5th Avenue, 50th Floor
New York, New York 10110
(212) 319-4755
michael.devincenzo@us.kwm.com
charles.wizenfeld@us.kwm.com
andrea.pacelli@us.kwm.com

*Counsel for Defendants Shenzhen Creality 3D Technology Co., Ltd. and Shenzhen Jimuyida Technology Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2025, the foregoing document was served by electronic mail upon opposing counsel of record pursuant to the Court's Individual Practices and Rules.

Dated: August 13, 2025               */s/ Michael DeVincenzo*
                                                        Michael DeVincenzo