UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTEC EUROPE S.À.R.L.,<br><br>      Plaintiff,<br><br>v.<br><br>SHENZHEN CREALITY 3D TECHNOLOGY CO., LTD., and SHENZHEN JIMUYIDA TECHNOLOGY CO., LTD.,<br><br>      Defendants. | Case No. 1:22-cv-01676-OEM-VMS |

**DECLARATION OF ANDREA PACELLI IN SUPPORT OF DEFENDANTS'
STATEMENT OF MATERIAL FACTS
<u>UNDER LOCAL CIVIL RULE 56.1</u>**

I, Andrea Pacelli, declare as follows:

    1.    I am an attorney at the law firm of King & Wood Mallesons LLP ("KWM"), admitted to practice in the state of New York. KWM is counsel for Defendants Shenzhen Creality 3D Technology Co., Ltd., and Shenzhen Jimuyida Co., Ltd. (collectively, "Defendants") in this case. I make this declaration based upon my personal knowledge and am competent to testify as to the matters stated herein.

    2.    Attached as Exhibit 1 is a true and correct copy of U.S. Patent No. 7,768,656 ("the '656 Patent").

    3.    Attached as Exhibit 2 is a true and correct copy of U.S. Patent No. 8,488,129 ("the '129 Patent").

1

4. Attached as Exhibit 3 is a true and correct copy of U.S. Patent No. 10,962,357 ("the '357 Patent").

5. Attached as Exhibit 4 is a true and correct copy of excerpts from the opening Expert Report of Steven J. Gortler on Invalidity of U.S. Patent Nos. 7,768,656, 8,488,129, and 10,962,357.

6. Attached as Exhibit 5 is a true and correct copy of excerpts from the rebuttal Expert Report of Steven J. Gortler on Non-Infringement of U.S. Patent Nos. 7,768,656, 8,488,129, and 10,962,357.

7. Attached as Exhibit 6 is a true and correct copy of excerpts from the Expert Report of Iman Sadeghi, Ph.D.

8. Attached as Exhibit 7 is a true and correct copy of excerpts from the Rebuttal Expert Report of Iman Sadeghi, Ph.D.

9. Attached as Exhibit 8 is a true and correct copy of excerpts from the Transcript of Deposition of Steven J. Gortler, dated June 2, 2025.

10. Attached as Exhibit 9 is a true and correct copy of excerpts from the Transcript of Deposition of Iman Sadeghi, dated June 6, 2025.

11. Attached as Exhibit 10 is a true and correct copy of excerpts from the prosecution history of U.S. Patent No. 8,488,129, Amendment After Final, dated June 26, 2012.

12. Attached as Exhibit 11 is a true and correct copy of U.S. Patent Appl. Publ. No. 2008/0106746 A1 to Shpunt et al.

13. Attached as Exhibit 12 is a true and correct copy of excerpts from the Transcript of Deposition of Wei Luo, dated Feb. 18, 2025.

14. Attached as Exhibit 13 is a true and correct copy of excerpts from the Transcript of Deposition of Gleb Gusev, dated Feb. 27, 2025.

15. Attached as Exhibit 14 is a true and correct copy of excerpts from the prosecution history of U.S. Patent No. 7,768,656, Amendment, dated January 4, 2010.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and accurate.

Dated August 13, 2025                                    /s/ *Andrea Pacelli*
                                                                               Andrea Pacelli

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2025 I caused the foregoing document to be served by electronic mail upon opposing counsel of record pursuant to the Court's Individual Practices and Rules.

Dated: August 13, 2025

/s/ *Andrea Pacelli*
Andrea Pacelli
KING & WOOD MALLESONS LLP
500 5th Avenue, 50th Floor
New York, New York 10110
(212) 319-4755
michael.devincenzo@us.kwm.com
*Counsel for Defendants Shenzhen Creality 3D Technology Co., Ltd. and Shenzhen Jimuyida Technology Co. Ltd.*