# Exhibit 5 - Non-Infringement Expert Report Excerpts