FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER

# Exhibit 6 - Expert Report of Dr. Iman Sadeghi Excerpts