**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

# Exhibit 9 - Sadeghi 6/6/25 Transcript Excerpts