# Exhibit 11 - Pub. No.: US 2008/0106746A1

Case 1:22-cv-01676-OEM-CHK Document 155-14 Filed 09/26/25 Page 2 of 17 PageID #: 2824



US 20080106746A1

(19) **United States**

(12) **Patent Application Publication**
**Shpunt et al.**

(10) **Pub. No.: US 2008/0106746 A1**

(43) **Pub. Date: May 8, 2008**

(54) **DEPTH-VARYING LIGHT FIELDS FOR THREE DIMENSIONAL SENSING**

(76) Inventors: **Alexander Shpunt**, Petah Tikva (IL); **Zeev Zalevsky**, Rosh Ha'ayin (IL)

Correspondence Address:
**ABELMAN, FRAYNE & SCHWAB**
**666 THIRD AVENUE, 10TH FLOOR**
**NEW YORK, NY 10017**

(21) Appl. No.: **11/724,068**

(22) Filed: **Mar. 13, 2007**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. PCT/IL2006/000335, filed on Mar. 14, 2006.

(60) Provisional application No. 60/785,187, filed on Mar. 24, 2006, provisional application No. 60/852,436, filed on Oct. 16, 2006, provisional application No. 60/724,903, filed on Oct. 11, 2005.

**Publication Classification**

(51) **Int. Cl.**
***G01B 11/25*** (2006.01)
***G02B 27/10*** (2006.01)

(52) **U.S. Cl.** ........................................ **356/610**; 359/618

(57) **ABSTRACT**

A method for mapping includes projecting onto an object a pattern of multiple spots having respective positions and shapes, such that the positions of the spots in the pattern are uncorrelated, while the shapes share a common characteristic. An image of the spots on the object is captured and processed so as to derive a three-dimensional (3D) map of the object.






FIG. 1


FIG. 2
X
Y
Z
22
30
32
34
36
38
40
42
44
28
28
46
$Z_1$
$Z_A$
$Z_2$
$Z_B$
$Z_3$
$Z_4$




FIG. 3B

FIG. 3D




FIG. 3A

FIG. 3C

FIG. 4


CAPTURE TEST IMAGE OF PATTERN ON OBJECT
60
FIND RANGE BASED ON PATTERN ORIENTATION
62
CONSTRUCT 3D MAP BASED ON LOCAL OFFSETS BETWEEN TEST AND REFERENCE PATTERN
64


FIG. 5A
FIG. 5B
70
FIG. 5C
70
FIG. 5D
FIG. 5E
FIG. 5F
FIG. 5G
FIG. 5H
FIG. 5I
FIG. 5J
FIG. 5K
FIG. 5L
FIG. 5M
FIG. 5N
FIG. 5O
FIG. 5P
FIG. 5Q
72
74




FIG.6B

FIG. 6D

FIG. 6A

FIG. 6C

# DEPTH-VARYING LIGHT FIELDS FOR THREE DIMENSIONAL SENSING

## CROSS-REFERENCE TO RELATED APPLICATIONS

**[0001]** This application claims the benefit of U.S. Provisional Patent Application 60/785,187, filed Mar. 24, 2006 and of U.S. Provisional Patent Application 60/852,436, filed Oct. 16, 2006. This application is a continuation-in-part of PCT Patent Application PCT/IL2006/000335, filed Mar. 14, 2006, which claims the benefit of U.S. Provisional Patent Application 60/724,903, filed Oct. 11, 2005. All of these related applications are assigned to the assignee of the present patent application, and their disclosures are incorporated herein by reference.

## FIELD OF THE INVENTION

**[0002]** The present invention relates generally to methods and systems for mapping of three-dimensional (3D) objects, and specifically to 3D optical ranging and mapping.

## BACKGROUND OF THE INVENTION

**[0003]** When a coherent beam of light passes through a diffuser and is projected onto a surface, a primary speckle pattern can be observed on the surface. The primary speckle is caused by interference among different components of the diffused beam. The term "primary speckle" is used in this sense in the present patent application, in distinction to secondary speckle, which is caused by diffuse reflection of coherent light from the rough surface of an object

**[0004]** Hart describes the use of a speckle pattern in a high-speed 3D imaging system, in Taiwanese Patent TW 527528 B and in U.S. patent application Ser. No. 09/616,606, whose disclosures are incorporated herein by reference. The system includes a single-lens camera subsystem with an active imaging element and CCD element, and a correlation processing subsystem. The active imaging element can be a rotating aperture which allows adjustable non-equilateral spacing between defocused images to achieve greater depth of field and higher sub-pixel displacement accuracy. A speckle pattern is projected onto an object, and images of the resulting pattern are acquired from multiple angles. The images are locally cross-correlated using an image correlation technique, and the surface is resolved by using relative camera position information to calculate the three-dimensional coordinates of each locally-correlated region.

**[0005]** Another speckle-based 3D imaging technique is described by Hunter et al., in U.S. Pat. No. 6,101,269, whose disclosure is incorporated herein by reference. A random speckle pattern is projected upon a 3D surface and is imaged by a plurality of cameras to obtain a plurality of two-dimensional digital images. The two-dimensional images are processed to obtain a three-dimensional characterization of the surface.

**[0006]** Other methods for 3D mapping and ranging use structured or coded illumination. For example, Sazbon et al. describe a method of this sort for range estimation in "Qualitative Real-Time Range Extraction for Preplanned Scene Partitioning Using Laser Beam Coding," *Pattern Recognition Letters* 26 (2005), pages 1772-1781, which is incorporated herein by reference. A phase-only filter codes the laser beam into M different diffraction patterns, corresponding to M different range segments in the workspace. Thus, each plane in the illuminated scene is irradiated with the pattern corresponding to the range of the plane from the light source. A common camera can be used to capture images of the scene, which may be processed to determine the ranges of objects in the scene. The authors describe an iterative procedure for designing the phase-only filter based on the Gerchberg-Saxton algorithm.

## SUMMARY OF THE INVENTION

**[0007]** Embodiments of the present invention that are described hereinbelow provide methods and systems for 3D mapping and ranging using shaped spot illumination patterns. Such patterns comprise an array of bright spots having a controlled, identifiable shape. In some embodiments, the relative positions of the spots are uncorrelated (for example, in a random or pseudo-random pattern, such as a speckle pattern), but the spots in any case share a similar, predefined shape characteristic. In certain embodiments, the spots are elongated in a certain direction, which is common to all the spots in a given plane transverse to the illumination beam, but other spot shapes may alternatively be used.

**[0008]** In some embodiments, the spot shape characteristic changes with distance from the illumination source. This distance-varying shape characteristic may be achieved by passing the illumination beam through one or more optical elements that are designed to superpose two optical constraints: one to split the beam into multiple spots, and another to create the distance-varying shape. This superposition approach permits a rich variety of distance-varying patterns to be created simply and flexibly. As a result of the distance-varying shape characteristic, the shapes of the spots appearing on parts of the surface of an object that is illuminated by the pattern may be used to determine the range of those parts from the source.

**[0009]** In some embodiments, transverse shifts of parts of the pattern on the surface, relative to a reference pattern at a known range, are used to reconstruct a 3D map of the surface. The combination of shape-based ranging and shift-based mapping can be used to create an accurate 3D map covering a large range of distance from the illumination source.

**[0010]** There is therefore provided, in accordance with an embodiment of the present invention, a method for mapping, including:

**[0011]** projecting onto an object a pattern of multiple spots having respective positions and shapes, such that the positions of the spots in the pattern are uncorrelated, while the shapes share a common characteristic;

**[0012]** capturing an image of the spots on the object; and

**[0013]** processing the image so as to derive a three-dimensional (3D) map of the object.

**[0014]** In one embodiment, the pattern of spots includes a random speckle pattern.

**[0015]** In some embodiments, the common characteristic of the shapes varies as a function of distance from a source of the pattern, and processing the image includes analyzing the characteristic of the spots on a surface of the object in the image so as to determine the distance of the surface from the source. In one embodiment, the spots share an elongate shape, which rotates as a function of distance from a source of the pattern, and analyzing the characteristic includes determining a direction of the spots on the surface of the object. Additionally or alternatively, processing the image includes finding respective offsets between the pattern on multiple areas of the object in the image and the pattern in a reference image, and

using the offsets together with the distance to derive the 3D map. Finding the respective offsets may include choosing the reference image from among a plurality of reference images responsively to the distance of the surface from the source.

**[0016]** In another embodiment, the spots in the pattern have an elongate shape, which is aligned in a first direction, and processing the image includes finding respective offsets in a second direction, perpendicular to the first direction, between the pattern on multiple areas of the object in the image and the pattern in a reference image so as to derive the 3D map. Projecting the pattern of spots may include passing a beam of coherent light through a diffuser, wherein the beam has a profile at the diffuser that is elongated in the second direction.

**[0017]** In a disclosed embodiment, capturing the image includes capturing a succession of images while the object is moving, and processing the image includes tracking a movement of the object by processing the succession of the images. In one embodiment, the object is a part of a human body, and tracking the movement includes identifying a gesture made by the part of the human body and providing an input to a computer application responsively to the gesture.

**[0018]** There is also provided, in accordance with an embodiment of the present invention, a method for imaging, including:

**[0019]** defining a first optical constraint such that application of the first optical constraint to a beam of light splits the beam into a pattern of multiple spots;

**[0020]** defining a second optical constraint such that application of the second optical constraint to the beam of light causes the beam to form a spot having a shape characteristic that changes in a predefined manner as a function of a distance along an axis of the beam;

**[0021]** designing at least one optical element so as to superpose the first and second optical constraints; and

**[0022]** directing a beam of light through the at least one optical element so as to project the pattern onto a surface such that the multiple spots in the pattern have the shape characteristic.

**[0023]** In some embodiments, the at least one optical element includes a first optical element for splitting the beam into the pattern and a second optical element for applying the shape characteristic. In one embodiment, the pattern includes a speckle pattern, and the first optical element includes a diffuser.

**[0024]** Alternatively or additionally, the at least one optical element includes a diffractive optical element (DOE). In one embodiment, the DOE includes at least one zone plate for imparting an elongate shape to the spots. The at least one zone plate may include a plurality of superposed zone plates, having different, respective periods and angular orientations so as to cause the elongate shape of the spots to rotate as a function of the distance.

**[0025]** Further alternatively or additionally, the at least one optical element includes a refractive optical element.

**[0026]** Typically, the pattern defined by the first optical constraint has a duty cycle that is no greater than ¼.

**[0027]** In some embodiments, the pattern defines respective positions of the spots such that the positions are uncorrelated.

**[0028]** In a disclosed embodiment, the second optical constraint causes the spot to have an elongate shape, which rotates as a function of the distance. In another embodiment, the second optical constraint causes the spot to have an annular shape.

**[0029]** In some embodiments, the method includes capturing an image of the spots on the surface, and processing the image so as to determine the distance of the surface from the at least one optical element.

**[0030]** There is additionally provided, in accordance with an embodiment of the present invention, apparatus for mapping, including:

**[0031]** an illumination assembly, which is configured to project onto an object a pattern of multiple spots having respective positions and shapes, such that the positions of the spots in the pattern are uncorrelated, while the shapes share a common characteristic;

**[0032]** an imaging assembly, which is configured to capture an image of the spots on the object; and

**[0033]** an image processor, which is coupled to process the image so as to derive a three-dimensional (3D) map of the object.

**[0034]** There is further provided, in accordance with an embodiment of the present invention, apparatus for imaging, including:

**[0035]** at least one optical element, which is designed so as to superpose first and second optical constraints, such that application of the first optical constraint to a beam of light splits the beam into a pattern of multiple spots, and application of the second optical constraint to the beam of light causes the beam to form a spot having a shape characteristic that changes in a predefined manner as a function of a distance along an axis of the beam; and

**[0036]** a light source, which is configured to direct a beam of light through the at least one optical element so as to project the pattern onto a surface such that the multiple spots in the pattern have the shape characteristic.

**[0037]** The present invention will be more fully understood from the following detailed description of the embodiments thereof, taken together with the drawings in which:

## BRIEF DESCRIPTION OF THE DRAWINGS

**[0038]** FIG. **1** is a schematic, pictorial illustration of a system for 3D ranging and mapping, in accordance with an embodiment of the present invention;

**[0039]** FIG. **2** is a schematic top view of a speckle imaging device, in accordance with an embodiment of the present invention;

**[0040]** FIG. **3**A is a schematic representation of a speckle pattern created by projection of a laser beam through a randomizing optical element, in accordance with an embodiment of the present invention;

**[0041]** FIG. **3**B is a schematic representation of a light pattern created by a diffractive optical element (DOE), in accordance with an embodiment of the present invention;

**[0042]** FIGS. **3**C and **3**D are schematic representations of speckle patterns created by projection of a laser beam through the optical elements of FIGS. **3**A and **3**B, in accordance with an embodiment of the present invention;

**[0043]** FIG. **4** is a flow chart that schematically illustrates a method for 3D ranging and mapping, in accordance with an embodiment of the present invention;

**[0044]** FIGS. **5**A-**5**P are schematic representations of a set of zone plates at different rotation angles, which are used in creating a DOE, in accordance with an embodiment of the present invention;

**[0045]** FIG. **5**Q is a schematic, frontal view of a DOE created by superposing the zone plates of FIGS. **5**A-**5**P, in accordance with an embodiment of the present invention;

[0046] FIG. **6**A is a schematic representation of a speckle pattern created by projection of a laser beam through a randomizing optical element, in accordance with an embodiment of the present invention;

[0047] FIG. **6**B is a schematic representation of a light pattern created by a diffractive optical element (DOE), in accordance with an embodiment of the present invention; and

[0048] FIGS. **6**C and **6**D are schematic representations of speckle patterns created by projection of a laser beam through the optical elements of FIGS. **6**A and **6**B, in accordance with an embodiment of the present invention.

## DETAILED DESCRIPTION OF EMBODIMENTS

### System Overview

[0049] FIG. **1** is a schematic, pictorial illustration of a system **20** for 3D ranging and mapping, in accordance with an embodiment of the present invention. System **20** comprises an imaging device **22**, which generates and projects a pattern of spots onto an object **28** and captures an image of the spot pattern appearing on the object. Details of the design and operation of device **22** are shown in the figures that follow and are described hereinbelow with reference thereto.

[0050] In some embodiments, the pattern of spots that is projected by imaging device **22** comprises a speckle pattern. In the context of the present patent application and in the claims, the term "speckle pattern" refers to a projected pattern of bright spots whose positions are uncorrelated in planes transverse to the projection beam axis. The positions are uncorrelated in the sense that the auto-correlation of the positions of the speckles in the pattern as a function of transverse shift is insignificant for any shift larger than the spot size. Random patterns, such as those created by primary laser speckle (as described above), are uncorrelated in this sense. Patterns created by human or computer design, such as pseudo-random and quasi-random patterns, may also be uncorrelated. Other aspects of the theory and operation of speckle-based 3D mapping, which may be implemented in system **20**, are described in PCT Patent Application PCT/IL2006/000335, filed Mar. 14, 2006, and in a PCT patent application entitled, "Three-Dimensional Sensing Using Speckle Patterns," filed Mar. 8, 2007. Both of these applications are assigned to the assignee of the present patent application, and their disclosures are incorporated herein by reference.

[0051] In other embodiments, the spots may be arranged in a regular, non-random pattern, such as the type of pattern that may be created by passing the illumination beam through a Damman grating or a suitable lenslet array.

[0052] For good performance in the ranging and mapping applications that are described below, it is advantageous that the spot pattern have a low duty cycle, i.e., that the fraction of the area of the pattern with above-average brightness be no greater than 1/e, and desirably less than ¼ or even 1⁄10. The low duty cycle is advantageous in enhancing the signal/noise ratio of spot shift detection for 3D mapping. It also helps to avoid interference effects that may result when neighboring spots overlap.

[0053] Even when the positions of the spots (speckles) are uncorrelated, the shapes of the spots in the patterns that are used in embodiments of the present invention are not entirely random, as in conventional laser speckle patterns, but rather have a common shape characteristic. For example, in some embodiments, as described hereinbelow, the spots are elongated along a certain axis. Additionally or alternatively, the spots may have other common shape characteristics, so long as the shapes are controlled, and changes in the shapes as a function of distance along the axis of the illumination beam are identifiable. The term "changes of shape" in this context means changes other than the simple linear increase in spot size that normally occurs with distance from the illumination source.

[0054] An image processor **24** processes image data generated by device **22** in order to perform depth ranging and, optionally, 3D mapping of object **28**. The term "ranging," as used in the present patent application and in the claims, refers to finding a coarse measure of distance from the imaging device to the object, while the term "3D map" refers to a set of 3D coordinates representing the surface of the object. The derivation of such a map based on image data is referred to as "3D mapping" or equivalently, "3D reconstruction." Both ranging and mapping may be used together, as coarse and fine phases, in the process of 3D reconstruction, as described hereinbelow. Therefore, ranging may also be considered to be a sort of rough 3D mapping.

[0055] Image processor **24**, which performs such ranging and mapping, may comprise a general-purpose computer processor, which is programmed in software to carry out the functions described hereinbelow. The software may be downloaded to processor **24** in electronic form, over a network, for example, or it may alternatively be provided on tangible media, such as optical, magnetic, or electronic memory media. Alternatively or additionally, some or all of the functions of the image processor may be implemented in dedicated hardware, such as a custom or semi-custom integrated circuit or a programmable digital signal processor (DSP). Although processor **24** is shown in FIG. **1**, by way of example, as a separate unit from imaging device **22**, some or all of the processing functions of processor **24** may be performed by suitable dedicated circuitry within the housing of the imaging device or otherwise associated with the imaging device.

[0056] The 3D map that is generated by processor **24** may be used for a wide range of different purposes. For example, the map may be sent to an output device, such as a display **26**, which shows a pseudo-3D image of the object. In the example shown in FIG. **1**, object **28** comprises all or a part (such as a hand) of the body of a subject. In this case, system **20** may be used to provide a gesture-based user interface, in which user movements detected by means of device **22** control an interactive computer application, such as a game, in place of tactile interface elements such as a mouse, joystick or other accessory. Alternatively, system **20** may be used to create 3D maps of objects of other types, for substantially any application in which 3D coordinate profiles are needed.

[0057] FIG. **2** is a schematic top view of device **22**, in accordance with an embodiment of the present invention. An illumination assembly **30** in device **22** comprises a coherent light source **34**, typically a laser, and one or more optical elements **36**, **38**, which are typically used in combination to create a speckle pattern or other pattern of spots, as described hereinbelow. (The term "light" in the context of the present patent application refers to any sort of optical radiation, including infrared and ultraviolet, as well as visible light.) The beam of light emitted by source **34** passes through optical elements **36** and **38** and illuminates a target region **46** in which object **28** is located. An image capture assembly **32** captures an image of the pattern that is projected onto object **28**.

Assembly **32** comprises objective optics **40**, which focus the image onto an image sensor **42**. Typically, sensor **40** comprises a rectilinear array of detector elements **44**, such as a CCD or CMOS-based image sensor array.

**[0058]** In the embodiment shown in FIG. **2**, illumination assembly **30** and image capture assembly **32** are held in a fixed spatial relation. This configuration and the processing techniques described hereinbelow make it possible to perform 3D mapping using the single image capture assembly, without relative movement between the illumination and image capture assemblies and without moving parts. Alternatively, the techniques of illumination, ranging and mapping that are described hereinbelow may be used in conjunction with other sorts of image capture assemblies, in various different configurations, such as those described in the Background section above. For example, the image capture assembly may be movable relative to the illumination assembly. Additionally or alternatively, two or more image capture assemblies may be used to capture images of object **28** from different angles.

**[0059]** To simplify the computation of the 3D map and of changes in the map due to motion of object **28** in the configuration of FIG. **2**, assemblies **30** and **32** may be mounted so that an axis passing through the centers of the entrance pupil of image capture assembly **32** and the spot formed by light source **34** on optical element **36** is parallel to one of the axes of sensor **40** (taken for convenience to be the X-axis, while the Z-axis corresponds to distance from device **22**). The advantages of this arrangement are explained further in the above-mentioned PCT patent application entitled, "Three-Dimensional Sensing Using Speckle Patterns."

**[0060]** Specifically, by triangulation in this arrangement, a Z-direction shift of a point on the object, $\delta Z$, will engender a concomitant transverse shift $\delta X$ in the spot pattern observed in the image. Z-coordinates of points on the object, as well as shifts in the Z-coordinates over time, may thus be determined by measuring shifts in the X-coordinates of the spots in the image captured by assembly **32** relative to a reference image taken at a known distance Z. Y-direction shifts may be disregarded. This sort of triangulation approach is appropriate particularly in 3D mapping using speckle patterns, although aspects of the approach may be adapted for use with other types of spot patterns, as well.

**[0061]** In other words, the group of spots in each area of the captured image is compared to the reference image to find the most closely-matching group of spots in the reference image. The relative shift between the matching groups of spots in the image gives the Z-direction shift of the area of the captured image relative to the reference image. The shift in the spot pattern may be measured using image correlation or other image matching computation methods that are known in the art. Some exemplary methods are described in the above-mentioned PCT patent applications.

## Generation of Speckle Patterns With Common Shape Characteristics

**[0062]** Patterns of spots with a common shape characteristics can be used to enhance the operation of system **20** in a number of ways. For example, in the above-mentioned configuration of device **22**, in which only X-direction shifts are significant in 3D reconstruction of the object, it may be advantageous to use a pattern of speckles that are elongated in the Y-direction. As a result, when processor **24** computes the correlation between images for the purpose of detecting Z-direction shifts, the computation will be insensitive to small shifts of the speckles in the Y-direction. This feature improves the robustness of the X-direction shift computation (and may make it possible to use a smaller correlation window in the computation).

**[0063]** A number of methods may be used to generate this sort of pattern of speckles, which are elongated in the Y-direction and whose positions in the X-direction are uncorrelated. One possibility is to configure optical element **36** as a diffuser, with a randomly-arranged array of grains that are elongated in the X-direction. (Element **38** may not be required in this case.) The grains may be opaque, for example, or they may alternatively be of different thickness so as to cause phase changes in the transmitted light. As another alternative, element **36** may comprise a conventional, isotropic diffuser, while the beam from light source **34** is elongated in the X-direction. A cylindrical lens (not shown) between the source and diffuser may be used for this purpose, for example.

**[0064]** Yet another option is that element **36** comprise a diffuser (which may be isotropic) and element **38** comprise a diffractive optical element (DOE). To generate the desired speckles with elongation along the Y-axis, element **38** may simply comprise a suitable grating or zone plate with lines oriented parallel to the X-axis.

**[0065]** Although elements **36** and **38** are shown in FIG. **2**, for the sake of conceptual clarity, as separate components, the diffuser and DOE are typically in contact with one another and may be glued together. Alternatively, elements **36** and **38** may be made as a single piece, by forming the DOE on one side of an optical blank and grinding the other side to create the diffuser. Further alternatively, the optical constraints imposed by the diffuser and grating or zone plate may be combined in a single DOE, in which the X-oriented lines and a pseudo-random diffusing pattern are superposed, for example. In all of these cases, the pattern of speckles in the far field will be a convolution of the random position distribution provided by the diffuser with the shape defined by the Fourier transform of the DOE.

**[0066]** A similar superposition approach may be used in generating DOEs that create more complex patterns, which vary with distance Z. In some embodiments, the DOE may be designed to create a pattern of spots having different shapes in different distance ranges. Referring to FIG. **2**, the spots may have one shape at distance $Z_1$, another at $Z_2$, and so forth. For example, the elongated shape of the spots may be rotated by 45° from range to range. As a result, when object **28** is located at $Z_A$, the spots will have the orientation of the range of $Z_2$, whereas when the object is at $Z_B$, the spots will have the orientation of the range of $Z_3$. By detecting the orientation of the spots, processor **24** (FIG. **1**) may then determine the distance range of the object, independently of the 3D reconstruction process based on spot position correlation. Ranging and mapping may be used in combination to generate 3D maps with enhanced range and/or resolution, as described further hereinbelow.

**[0067]** Various methods may be used to design a single optical element that creates a pattern of spots with the desired Z-dependence. One method that may be used to design optical element **38** so as to give this sort of range-dependent speckle shaping is to use the iterative Gerchberg-Saxton method, as described in the above-mentioned article by Sazbon et al. The approach, however, is computationally costly and is not guaranteed to converge.

**[0068]** Alternatively, a set of one or more optical elements for such purposes may be designed based on a superposition of constraints. For example, such an element or elements for generating speckles with four different orientations in different, respective ranges may be produced by superposing a splitter (which generates a pattern of spots with low duty cycle and uncorrelated positions) with an element that, taken on its own, implements a single Z-varying pattern at four orientations in four predefined ranges. The element creating the single pattern may be, for instance, a superposition of four zone plates, each of which focuses light to a line in the proper, respective direction in one of the ranges.

**[0069]** Alternatively or additionally, the superposition may be computed and then implemented in a suitable computer-generated hologram (CGH) or other DOE. Given a set of constraints $R_i$, i=1, 2, . . . , K that are to be imposed on the light intensity (or equivalently, amplitude) at distances $Z_i$, i=1, 2, . . . , K, respectively, the optical elements that are to implement these constraints can be decomposed into a convolution of two patterns, $R_i=S\otimes P_i$, wherein S is the same for $R_1$, $R_2$, . . . , $R_K$, while $P_i$ is allowed to vary arbitrarily with i as i=1, 2, . . . , K. The constraints can be implemented using two filters $F_S$, $F_v$, corresponding to optical elements **36** and **38**, as follows:

**[0070]** Filter $F_S$ creates intensity pattern S in the far field, meaning it is an appropriate inverse Fourier transform of S (which can be computed using techniques of DOE design that are known in the art).

**[0071]** Filter $F_v$ creates intensity patterns $P_i$, i=1, 2, . . . , K at distances $Z_i$, i=1, 2, . . . , K, respectively. Intensity patterns of this sort are generally much simpler to compute than the above-mentioned patterns $R_i$, i=1, 2, . . . , K, and may generally be created individually using methods known in the art.

The combined filter $F=F_S \cdot F_v$ (wherein the multiplication is performed pointwise in the filter plane) will implement intensity patterns $R_i$, i=1, 2, . . . , K at distances $Z_i$, i=1, 2, . . . , K, respectively.

**[0072]** One shortcoming of this approach is that it is valid only for sets of constraints that can be represented as the sort of convolution $R_i=S\otimes P_i$. This shortcoming can be alleviated by using the linearity of the Fresnel-Sommerfeld equations to decompose any set of constraints into a sum of convolutions. A filter for each such convolution can then be created by the technique described above, and the filters superposed to give the desired result.

**[0073]** FIGS. **3A-3D** are schematic representations of images created by projecting a laser beam through DOEs **36** and **38** that are designed in accordance with an embodiment of the present invention. The object of this design is to create a pattern of elongated speckles whose axis of elongation varies over 180° as a function of Z over a given range from $Z_0$ to $Z_0+\Delta Z$. FIGS. **3**A and **3**B show the patterns created by $F_S$ and $F_v$, respectively, which are defined as follows:

**[0074]** $F_S$ creates a far-field pattern of random speckles, which need not vary in Z. For example, $F_S$ may be designed to create a pattern of 1000×1000 pixels, comprising 200×200 bright speckles **50**, randomly distributed, with the rest of the field dark. Depending on the sizes of the spots, the duty cycle is typically roughly between 4% and 25%. Optical element **36** to implement this pattern may comprise a phase-only DOE, created using techniques that are known in the art.

**[0075]** $F_v$ creates N light intensity patterns in the near-field volume between the planes $Z_0$ and $Z_0+\Delta Z$. FIG. **3**B shows one such pattern at a given

$$Z = Z_0 + \frac{p}{N}\Delta Z.$$

The pattern comprises V×W pixels, wherein V and W are typically small—in this case V=W=5. For each p, p=1, . . . , N, the pattern is rotated by an angle θ=180*p/N relative to the vertical. Optical element **38** implementing this pattern may be designed using the Gerchberg-Saxton method described above, by superposing multiple zone plates as described below, or using any other suitable method of DOE design that is known in the art. Because the pattern is small, the computation required to generate the DOE is relatively simple in any case.

**[0076]** FIGS. **3**C and **3**D show the pattern of speckles that is created by superposing elements **36** and **38**, corresponding to $F_S$ and $F_v$, at two different values of Z. The patterns comprise 200×200 elongated speckles **52** and **54**, respectively, oriented at different angles depending on Z. As the distance increases from $Z_0$ to $Z_0+\Delta Z$, the speckles rotate by 180°. By detecting the angle θ of the speckles that are projected onto a surface of object **28**, processor **24** is thus able to determine p=Nθ/180, giving

$$Z = Z_0 + \frac{p}{N}\Delta Z$$

as the range of the surface from device **22**.

**[0077]** FIG. **4** is a flow chart that schematically illustrates a method for 3D ranging and mapping, in accordance with an embodiment of the present invention. The method is described hereinbelow, for the sake of clarity, with reference to system **20**, as illustrated in FIGS. **1** and **2**, using the speckle pattern shown in FIGS. **3**C and **3**D. This method may similarly be applied, however, in speckle-based imaging systems of other sorts, such as those described in the references cited above. Furthermore, other sorts of spot patterns and of Z-varying spot shape characteristics may alternatively be created and used in place of the rotating linear shape of the speckles shown in FIGS. **3**C and **3**D.

**[0078]** In preparation for ranging and imaging of an object, imaging device **22** is operated to capture one or more reference speckle images. For this purpose, for example, a planar surface may be placed at one or more known fiducial distances from the origin along the Z-axis, such as at $Z_1$, $Z_2$, $Z_3$, . . . . Imaging assembly **32** captures a reference image of the speckle pattern that is projected onto the surface by illumination assembly **30** at each distance. Alternatively, since the speckle pattern is essentially a convolution of the small Z-varying pattern of $F_v$ and the far-field spot pattern of $F_S$, respective reference patterns can be determined separately for the two filters and then convolved to give the combined pattern at each distance Z. This approach can reduce the amount of memory required for storing the reference patterns. Further alternatively, the design of the entire pattern can be standardized, thus rendering the capture of the reference unnecessary.

**[0079]** Object **28** is introduced into target region **46**, and device **22** captures a test image of the speckle pattern that is projected onto the surface of the object, at a test capture step

**60**. Processor **24** then computes the orientation angle of the speckles, at a ranging step **62**. For this purpose, the processor may, for example, perform a spectral analysis of the test image. The shape of the spectrum (for example, the directions of the major and minor axes) will correspond to the orientation angle of the speckles, which will in turn indicate the range of the object. Alternatively or additionally, the processor may compute the cross-correlation between the speckle shape and a number of different reference shapes. Of course, if the object is sufficiently deep, the speckle angle may vary over the surface, so that different parts of the object will have different ranges. Processor **24** may identify the loci of any abrupt changes in speckle angle as edges of the object.

**[0080]** Processor **24** may use the shape-based range measurement of step **62** by itself in generating a rough 3D map of object **28**. In the embodiment shown in FIG. **4**, however, the processor uses this range measurement in conjunction with spot position triangulation in reconstructing the 3D map of object **28**, at a reconstruction step **64**. For this purpose, the processor typically measures local offsets between the speckle pattern at different points on the object surface in the test image and corresponding areas of the speckle pattern in the appropriate reference image. The processor then uses triangulation, based on the offsets, to determine the Z-coordinates of these object points. Methods that may be used for these purposes are described in the above-mentioned PCT patent applications and in the other references cited above.

**[0081]** The combination of ranging at step **62** with 3D reconstruction at step **64** enables system **20** to perform 3D reconstruction with greater precision and/or lower computational cost than can generally be achieved by speckle-based triangulation alone, and may also be used to increase the range in the Z-direction over which the measurement is made. For example, if multiple reference images were captured at different fiducial distances, as mentioned above, the processor can measure the local offsets relative to the reference image whose fiducial distance is closest to the range found at step **62**. Even if only a single reference image is used, the triangulation accuracy and/or speed at step **64** can be enhanced since processor **24** can use the ranging result to limit the number of different local offset values that it has to check or to compute the offset with greater precision.

**[0082]** Steps **60-64** may be repeated continually in order to track motion of object **28** within target region **46**. For this purpose, device **22** captures a succession of test images while the object is moving, and processor **24** repeats steps **62** and **64** in order to track the 3D movement of the object. It may be possible to skip step **62** in some iterations by assuming that the object has not moved too far since the previous iteration.

**[0083]** In an alternative embodiment (not shown in the figures), triangulation based on shifts of the speckle pattern is used for coarse range measurement, and changes in the speckle shape characteristic are used for accurate 3D mapping. The accuracy of triangulation depends, inter alia, on the separation along the X-axis between illumination assembly **30** and image capture assembly **32**. If only coarse triangulation is required, assemblies **30** and **32** can be positioned close together, thus permitting a more compact design of device **22**.

**[0084]** Enhanced accuracy of the shape-based Z-direction measurement may be achieved, for example, by replicating the Z-varying pattern of the speckle shape over several cycles within target region **46**. In other words, taking the example of the rotating linear speckle shape described above and the arrangement shown in FIG. **2**, the speckle orientation may vary over 180° between $Z_1$ and $Z_2$, and then again between $Z_2$ and $Z_3$, and again between $Z_3$ and $Z_4$. Processor **24** uses the speckle triangulation result to decide in which of these three ranges object **28** is located, and then uses the speckle orientations to construct the precise 3D map of the object within this range. Alternatively, as noted earlier, other Z-varying spot shape characteristics may be used in this context in place of the directional variation illustrated in FIGS. **3**C and **3**D.

**[0085]** Various methods may be used to replicate the Z-varying shape over multiple cycles in Z. For example, the pattern may be focused onto target region **46** using a suitable multifocal lens (not shown) . Such a lens may comprise, for example, a superposition of several Fresnel zone plates with different respective focal lengths. Alternatively, a suitable multifocal lens may be designed using techniques described by Ben Eliezer, et al., in "All Optical Extended Depth of Field Imaging System," *Journal of Optica and Pure Physics—A,* 5 (2003), pages S164-S169, which is incorporated herein by reference. Further alternatively, optical element **38** may be designed ab initio, using the superposition techniques described above, to give a speckle shape that repeats over multiple cycles.

**[0086]** FIGS. **5**A-**5**Q schematically illustrate a method for producing optical element **38** so as to create a pattern of shaped spots, in accordance with an embodiment of the present invention. FIGS. **5**A-**5**P are schematic, frontal views of a set of zone plates **70**, while FIG. **5**Q is a schematic frontal view of a DOE **72** created by superposing the zone plates of FIGS. **5**A-**5**P. DOE **72** can serve as the filter $F_V$, for use together with a suitable diffuser or other beam splitting filter $F_S$, in order to produce the sort of rotating, linear spots that are shown above in FIGS. **3**C and **3**D.

**[0087]** Each of zone plates **70** is a Fresnel zone plate of focal length $f_n$, n=1, . . . , N (wherein N=16 in this example), designed for wavelength λ. The transmission function of such a zone plate is given by:

$$f(x, y) = \begin{cases} 1 & \text{if } \cos\left(\frac{\pi x^2}{\lambda f}\right) > 0 \\ 0 & \text{otherwise} \end{cases}$$

wherein the X-Y axes in each zone plate are rotated by (n−1) π/N. Alternatively, zone plates **70** may be designed as transparent, phase-only zone plates. DOE **72** comprises a superposition **74** of these N zone plates. This superposition will produce a line which rotates as a function of Z at a rate of $\pi/N(f_n - f_{n-1})$ rad/m.

**[0088]** Various methods may be used to superpose zone plates **70**. For example, the superposition may be produced, as shown in FIG. **5**Q, as an assemblage of "pie slices" cut from the sixteen component zone plates. Alternatively, pieces of the different zone plates may be extracted at random and assembled to create the superposition. Further alternatively, the component zone plates may be summed at each point in DOE **72** to create a single pattern, with appropriate quantization of the summed transmittance or phase shift at each point.

**[0089]** Alternatively, optical element **38** may comprise an array of refractive lenses instead of the zone plates described above. In this case, a superposition of cylindrical lenses (such as micro-lenses) at different orientations, in pie-slice or random distribution, may be used to create the desired Z-varying pattern.

**[0090]** FIGS. **6**A-**6**D are schematic representations of images created by projecting a laser beam through DOEs that are designed in accordance with another embodiment of the present invention. Although the examples shown in the preceding embodiments relate specifically to patterns of speckles with rotating linear shapes, the principles of the present invention may similarly be applied in creating Z-varying patterns of other types and in optical ranging using such patterns. FIGS. **6**A-**6**D show one example, in which speckles **80** and **82** have a common morphological characteristic, in the form of a circular or elliptical shape. The radius of the shape of each spot varies with distance from the illumination assembly at a different rate from the linear magnification of the pattern as a whole, thereby providing information on the distance. Other sorts of shapes and patterns will be apparent to those skilled in the art and are considered to be within the scope of the present invention.

**[0091]** FIGS. **6**A and **6**B show the patterns created by $F_S$ and $F_v$, respectively. As in the preceding examples, $F_S$ creates a pattern of random speckles **50**, which need not vary in Z. $F_v$ creates an annular light intensity pattern in the target region. The radius of the annulus varies with Z in such a fashion as to enable ranging based on the radii of the spots that are observed in the image captured by image capture assembly **32**. As explained above, an optical element implementing this pattern may be designed using the Gerchberg-Saxton method, or by superposing multiple diffractive optical elements that create simple circular or elliptical patterns with different size characteristics, or using any other suitable method of DOE design that is known in the art.

**[0092]** FIGS. **6**C and **6**D show images of the pattern of speckles that is projected onto a surface by passing coherent light through elements **36** and **38** (corresponding to $F_S$ and $F_v$), with the surface at two different values of Z. The images are shown as they would be captured by image capture assembly **32**. The patterns comprise elliptical speckles **80** and **82**, respectively, with different radii depending on Z. As the distance increases from $Z_0$ to $Z_0+\Delta Z$, the radii of the speckles that are projected onto the surface of object **28** and imaged onto sensor **42** increase or decrease at a known rate. By measuring the radii of the speckles, processor **24** is thus able to determine the range of the surface from device **22**. Furthermore, the processor may detect and analyze changes in the shapes of the speckles in order to determine the angular skew of the surface relative to the X-Y plane.

**[0093]** Although the embodiments described above relate specifically to superposition of two types of patterns, which are typically implemented using two optical elements **36** and **38**, the design approach that is used in this embodiments may be extended to superposition of three or more patterns. The approach is applicable, as noted above, to a constraint i on the projected light pattern that can be presented as a convolution of L patterns $R_i=P_{1i}\otimes P_{2i}\otimes \ldots \otimes P_{Li}$ In this case, L filters $F_1$, 1=1, 2, . . . , L are designed such that filter $F_1$ implements patterns $P_{1i}$, i=1, 2, . . . , K at $Z_i$, i=1, 2, . . . , K respectively. The combined filter

$$F = \prod_{l=1,2,\ldots,L} F_l$$

implements $R_i=P_{1i}\otimes P_{2i}\otimes \ldots \otimes P_{Li}$ on a Z-scale that is reduced by a factor L. Therefore, at the design stage, the filters are scaled up by a factor L. It can be shown, using general scalar diffraction theory, that the field distribution at z, U(x, y, z), will be given by

$$U(x, y, z) = \bigotimes_{l=1}^{L} U_l(x, y, z),$$

wherein $U_1(x, y, z)$ is the pattern filter **1** would create at distance z, and



$$\bigotimes_{l=1}^{L}$$

denotes convolution.

**[0094]** Furthermore, although the embodiments described above relate to specifically to speckle shaping and speckle-based 3D ranging and mapping, the methods described above for designing multi-constraint filters and other optical elements—and particularly elements that create Z-varying patterns—may also be used to create optical elements in other applications in which complex light patterns are needed.

**[0095]** It will thus be appreciated that the embodiments described above are cited by way of example, and that the present invention is not limited to what has been particularly shown and described hereinabove. Rather, the scope of the present invention includes both combinations and subcombinations of the various features described hereinabove, as well as variations and modifications thereof which would occur to persons skilled in the art upon reading the foregoing description and which are not disclosed in the prior art.

**1**. A method for mapping, comprising:

projecting onto an object a pattern of multiple spots having respective positions and shapes, such that the positions of the spots in the pattern are uncorrelated, while the shapes share a common characteristic;

capturing an image of the spots on the object; and

processing the image so as to derive a three-dimensional (3D) map of the object.

**2**. The method according to claim **1**, wherein the pattern of spots comprises a random speckle pattern.

**3**. The method according to claim **1**, wherein projecting the pattern comprises passing a beam of coherent light through at least one optical element, which is designed to superpose a first optical constraint that splits the beam into the multiple spots, and a second optical constraint for applying the common characteristic of the shapes to at least one spot.

**4**. The method according to claim **3**, wherein the at least one optical element comprises a first optical element for creating the pattern and a second optical element for applying the common characteristic.

**5**. The method according to claim **1**, wherein the common characteristic of the shapes varies as a function of distance from a source of the pattern, and wherein processing the image comprises analyzing the characteristic of the spots on a surface of the object in the image so as to determine the distance of the surface from the source.

**6**. The method according to claim **5**, wherein the spots share an elongate shape, which rotates as a function of distance from a source of the pattern, and wherein analyzing the characteristic comprises determining a direction of the spots on the surface of the object.

**7**. The method according to claim **5**, wherein processing the image comprises finding respective offsets between the pattern on multiple areas of the object in the image and the pattern in a reference image, and using the offsets together with the distance to derive the 3D map.

**8**. The method according to claim **7**, wherein finding the respective offsets comprises choosing the reference image from among a plurality of reference images responsively to the distance of the surface from the source.

**9**. The method according to claim **1**, wherein the spots in the pattern have an elongate shape, which is aligned in a first direction, and wherein processing the image comprises finding respective offsets in a second direction, perpendicular to the first direction, between the pattern on multiple areas of the object in the image and the pattern in a reference image so as to derive the 3D map.

**10**. The method according to claim **9**, wherein projecting the pattern of spots comprises passing a beam of coherent light through a diffuser, wherein the beam has a profile at the diffuser that is elongated in the second direction.

**11**. The method according to claim **1**, wherein capturing the image comprises capturing a succession of images while the object is moving, and wherein processing the image comprises tracking a movement of the object by processing the succession of the images.

**12**. The method according to claim **11**, wherein the object is a part of a human body, and wherein tracking the movement comprises identifying a gesture made by the part of the human body and providing an input to a computer application responsively to the gesture.

**13**. A method for imaging, comprising:

defining a first optical constraint such that application of the first optical constraint to a beam of light splits the beam into a pattern of multiple spots;

defining a second optical constraint such that application of the second optical constraint to the beam of light causes the beam to form a spot having a shape characteristic that changes in a predefined manner as a function of a distance along an axis of the beam;

designing at least one optical element so as to superpose the first and second optical constraints; and

directing a beam of light through the at least one optical element so as to project the pattern onto a surface such that the multiple spots in the pattern have the shape characteristic.

**14**. The method according to claim **13**, wherein the at least one optical element comprises a first optical element for splitting the beam into the pattern and a second optical element for applying the shape characteristic.

**15**. The method according to claim **14**, wherein the pattern comprises a speckle pattern.

**16**. The method according to claim **15**, wherein the first optical element comprises a diffuser.

**17**. The method according to claim **13**, wherein the at least one optical element comprises a diffractive optical element (DOE).

**18**. The method according to claim **17**, wherein the DOE comprises at least one zone plate for imparting an elongate shape to the spots.

**19**. The method according to claim **18**, wherein the at least one zone plate comprises a plurality of superposed zone plates, having different, respective periods and angular orientations so as to cause the elongate shape of the spots to rotate as a function of the distance.

**20**. The method according to claim **13**, wherein the at least one optical element comprises a refractive optical element.

**21**. The method according to claim **13**, wherein the pattern defined by the first optical constraint has a duty cycle that is no greater than ¼.

**22**. The method according to claim **13**, wherein the pattern defines respective positions of the spots such that the positions are uncorrelated.

**23**. The method according to claim **13**, wherein the second optical constraint causes the spot to have an elongate shape, which rotates as a function of the distance.

**24**. The method according to claim **13**, wherein the second optical constraint causes the spot to have an annular shape.

**25**. The method according to claim **13**, and comprising capturing an image of the spots on the surface, and processing the image so as to determine the distance of the surface from the at least one optical element.

**26**. Apparatus for mapping, comprising:

an illumination assembly, which is configured to project onto an object a pattern of multiple spots having respective positions and shapes, such that the positions of the spots in the pattern are uncorrelated, while the shapes share a common characteristic;

an imaging assembly, which is configured to capture an image of the spots on the object; and

an image processor, which is coupled to process the image so as to derive a three-dimensional (3D) map of the object.

**27**. The apparatus according to claim **26**, wherein the pattern of spots comprises a random speckle pattern.

**28**. The apparatus according to claim **26**, wherein the illumination assembly comprises:

at least one optical element, which is designed to superpose a first optical constraint that splits the beam into the multiple spots, and a second optical constraint for applying the common characteristic of the shapes to at least one spot; and

a light source, which is configured to direct a beam of coherent light through the at least one optical element.

**29**. The apparatus according to claim **28**, wherein the at least one optical element comprises a first optical element for creating the pattern and a second optical element for applying the common characteristic to the shapes.

**30**. The apparatus according to claim **26**, wherein the common characteristic of the shapes varies as a function of distance from a source of the pattern, and wherein the image processor is configured to analyze the characteristic of the spots on a surface of the object in the image so as to determine the distance of the surface from the source.

**31**. The apparatus according to claim **30**, wherein the spots share an elongate shape, which rotates as a function of distance from a source of the pattern, and wherein the image processor is configured to determine a direction of the spots on the surface of the object.

**32**. The apparatus according to claim **30**, wherein the image processor is configured to find respective offsets between the pattern on multiple areas of the object in the image and the pattern in a reference image, and to use the offsets together with the distance to derive the 3D map.

**33**. The apparatus according to claim **32**, wherein the image processor is configured to choose the reference image from among a plurality of reference images responsively to the distance of the surface from the source.

**34**. The apparatus according to claim **26**, wherein the spots in the pattern have an elongate shape, which is aligned in a first direction, and wherein the image processor is configured to find respective offsets in a second direction, perpendicular to the first direction, between the pattern on multiple areas of the object in the image and the pattern in a reference image so as to derive the 3D map.

**35**. The apparatus according to claim **34**, wherein the illumination assembly comprises a diffuser and a light source, which is configured to direct a beam of coherent light through the diffuser, wherein the beam has a profile at the diffuser that is elongated in the second direction.

**36**. The apparatus according to claim **26**, wherein the imaging assembly is configured to capture a succession of images while the object is moving, and wherein the image processor is configured to track a movement of the object by processing the succession of the images.

**37**. The apparatus according to claim **36**, wherein the object is a part of a human body, and wherein the image processor is configured to identify a gesture made by the part of the human body and to provide an input to a computer application responsively to the gesture.

**38**. Apparatus for imaging, comprising:

at least one optical element, which is designed so as to superpose first and second optical constraints, such that application of the first optical constraint to a beam of light splits the beam into a pattern of multiple spots, and application of the second optical constraint to the beam of light causes the beam to form a spot having a shape characteristic that changes in a predefined manner as a function of a distance along an axis of the beam; and

a light source, which is configured to direct a beam of light through the at least one optical element so as to project the pattern onto a surface such that the multiple spots in the pattern have the shape characteristic.

**39**. The apparatus according to claim **38**, wherein the at least one optical element comprises a first optical element for splitting the beam into the pattern and a second optical element for applying the shape characteristic.

**40**. The apparatus according to claim **39**, wherein the pattern comprises a speckle pattern.

**41**. The apparatus according to claim **40**, wherein the first optical element comprises a diffuser.

**42**. The apparatus according to claim **38**, wherein the at least one optical element comprises a diffractive optical element (DOE).

**43**. The apparatus according to claim **42**, wherein the DOE comprises at least one zone plate for imparting an elongate shape to the spots.

**44**. The apparatus according to claim **43**, wherein the at least one zone plate comprises a plurality of superposed zone plates, having different, respective periods and angular orientations so as to cause the elongate shape of the spots to rotate as a function of the distance.

**45**. The apparatus according to claim **38**, wherein the at least one optical element comprises a refractive optical element.

**46**. The apparatus according to claim **38**, wherein the pattern defined by the first optical constraint has a duty cycle that is no greater than ¼.

**47**. The apparatus according to claim **38**, wherein the pattern defines respective positions of the spots such that the positions are uncorrelated.

**48**. The apparatus according to claim **38**, wherein the second optical constraint causes the spot to have an elongate shape, which rotates as a function of the distance.

**49**. The apparatus according to claim **38**, wherein the second optical constraint causes the spot to have an annular shape.

**50**. The apparatus according to claim **38**, and comprising an imaging assembly, which is configured to capture an image of the spots on the surface, and an image processor, which is coupled to process the image so as to determine the distance of the surface from the at least one optical element.

* * * * *