**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

# Exhibit 12 - Wei Luo 2/18/25 Transcript Excerpts