**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

# Exhibit 13 - Gusev 2/27/25 Transcript Excerpts

Page 1

```
         IN THE UNITED STATES DISTRICT COURT

            EASTERN DISTRICT OF NEW YORK


ARTEC EUROPE S.A.R.L.,

        Plaintiff,
                                CASE NO.:
v.                              1:22-1676(WFK)(VMS)

SHENZHEN CREALITY 3D
TECHNOLOGY CO., LTD.,
and SHENZHEN JIMUYIDA
TECHNOLOGY CO., LTD.,

        Defendants.




           VIDEOTAPED REMOTE DEPOSITION OF

                     GLEB GUSEV

              Thursday, February 27, 2025

          1:25 p.m. Eastern European Time




Reported By:

GRETA H. DUCKETT, CCR, RPR, CRR, CVR-S, RVR-M-S

JOB NO.: 10271
```

d0543a82-8578-4582-99bf-7e025cbd2f94

Page 90

1  Q. Now, if we go to the next page,
2  page 5 of Exhibit A, you are mentioning groups.
3  And this part of the claim chart relates to
4  groups. So you can see that there are two
5  groups of coded elements, one in blue and one
6  is in red on each of these two images.
7       Do you see that?
8       MR. DE BODO: Objection,
9       form. Objection, lack of
10      foundation. You may answer.
11 A. Yes, I see.
12 Q. What defines a group of coded
13 elements? Let me ask a different question.
14      How did you group these coded
15 elements into groups? Did you use any
16 particular criteria?
17      MR. DE BODO: Objection,
18      form. Calls for legal and expert
19      opinion. You may answer.
20 A. As far as I can tell, based on
21 what's written on the left, which is the
22 information from the patent, it says that a
23 group consists of any two coded elements. And
24 that's enough to determine a group.
25 Q. So take the top image. There are

Page 91

1  two groups, one in blue and one in red.
2       Do you see that?
3       MR. DE BODO: Objection as to
4       form. You may answer.
5  A. Yes, I see two groups of elements,
6  one in blue and one in red.
7  Q. If you take the top element of
8  group 1 and the top element of group 2, is that
9  also a group?
10      MR. DE BODO: Objection.
11      Lack of foundation. Calls for a
12      legal conclusion. Calls for expert
13      opinion. You may answer.
14 A. I don't know.
15 Q. What information do you need in
16 order to answer that question?
17      MR. DE BODO: Objection to
18      the form. Also it calls for a
19      legal conclusion and an expert
20      opinion. You may answer.
21 A. I think I would need to consult
22 with a patent expert who would help me to
23 understand the text in the patent. Simply
24 because, as far as I know, patents are created
25 based on certain logical principles which I am

Page 92

1  not aware of, and therefore, I'm unable to
2  interpret them.
3  Q. Let's move on to page 7 of
4  Exhibit A. And we're still in deposition
5  Exhibit 5. And there are two images on page 7.
6       Do you see that?
7  A. Yes, I can see two images on
8  page 7.
9  Q. The image on the left shows the
10 structured light pattern as it's actually
11 projected by the CR-Scan 01 scanner; is that
12 right?
13      MR. DE BODO: Objection,
14      calls for a legal conclusion, calls
15      for an expert conclusion. You may
16      answer.
17 A. Yes, I also think that's an image
18 which was obtained with use of CR-Scan 01
19 scanner with a structured light.
20 Q. The image on the right adds some
21 vertical white lines.
22      Do you see that?
23      MR. DE BODO: Objection to
24      form. Calls for a legal conclusion
25      and expert conclusion. You may

Page 93

1       answer.
2  A. Yes, I can see the image very well
3  with the vertical white lines.
4  Q. And the text at the top says that
5  those white lines are imposed on the image.
6  What does "imposed" mean here?
7       MR. DE BODO: Objection.
8       Calls for expert opinion and calls
9       for a legal conclusion. You may
10      answer.
11 A. It means that those lines are drawn
12 onto this image. They are virtual lines, and
13 they are put on top of that image. So that's
14 the same image, and the white lines are drawn
15 on it.
16 Q. So you added those white lines; is
17 that right?
18 A. Yes, I added those white lines, but
19 I didn't just add them, I got them from the
20 calibration file for CR-Scan 01 scanner.
21 Q. Okay. How did you add them? Did
22 you use Photoshop or some other software
23 program?
24 A. Python coding language and I also
25 used certain libraries, such as NumPy and maybe

24 (Pages 90 to 93)

Page 94

1   some others, to read the contents of that
2   calibration file. And then I reflected the
3   coefficients for those lines from the file to
4   draw straight lines on that image.
5       Q.  All right. So you used some
6   software to calculate those lines and
7   superimpose them on the image of the structured
8   light pattern that's projected by the
9   CR-Scan 01; is that fair?
10              MR. DE BODO: Objection to
11          form. Objection, calls for a legal
12          opinion and an expert opinion. You
13          may answer.
14      A.  I just drew the straight lines, the
15  coefficients for which I got from the scanner's
16  calibration file, onto the image produced by
17  the scanner.
18      Q.  So those lines -- strike that.
19          So you took those lines from the
20  calibration file and not from the actual
21  structured light pattern projected by the
22  CR-Scan 01; is that correct?
23              MR. DE BODO: Objection to
24          form. Objection, calls for a legal
25          conclusion and expert conclusion.

Page 95

1           You may answer.
2       A.  Yes. I took those lines from the
3   calibration file. And if you take a look, you
4   will see that those lines match the position of
5   coded elements perfectly. And if you read
6   below, you will see that there was an
7   experiment done to see what will happen if we
8   change the position of those lines to see if
9   the scanner will be able to reconstruct the
10  surface. And as the experiment showed, any
11  changes to the position of those lines affected
12  the quality of reconstruction.
13      Q.  Without the calibration file, you
14  would not know where those virtual lines are on
15  the image; is that right?
16              MR. DE BODO: Objection as to
17          form. Calls for a legal opinion
18          and expert opinion and misstates
19          testimony. You may answer.
20      A.  Purely theoretically speaking --
21  well, not only theoretically but practically
22  speaking, during the calibration, the location
23  of those lines is unknown. But it is possible
24  to write some algorithm which will be able to
25  find the location of those virtual lines. I

Page 96

1   did not do that, because it was not necessary.
2       Q.  Those white lines or virtual lines,
3   they're not part of the structured light
4   pattern that is projected by the CR-Scan 01,
5   correct?
6               MR. DE BODO: Object to form.
7           Object, lack of foundation. Calls
8           for expert opinion. You may
9           answer.
10      A.  Yes, that's correct. The pattern
11  that's projected by the scanner is located on
12  the left. And on the right is the same image
13  on which I drew the white lines. So the white
14  lines are not part of the structured light.
15      Q.  And the reason is that those white
16  lines are not physically formed on the slide
17  that's used to project the structured light,
18  correct?
19              MR. DE BODO: Objection as to
20          form. Lacks foundation. Calls for
21          legal and expert conclusions. You
22          may answer.
23      A.  As far as I understand, that's
24  exactly why they call them "virtual lines" in
25  the patent.

Page 97

1       Q.  Can you explain?
2       A.  Explain what?
3       Q.  You said that is exactly why they
4   call them virtual lines. Why do they call them
5   virtual lines?
6               MR. DE BODO: Object. Calls
7           for expert opinion and legal
8           opinion. You may answer.
9       A.  Because it's a mathematical
10  abstract notion that does not exist in reality.
11  And that helps decode a slide.
12      Q.  I will drop into the chat
13  Exhibit 6.
14          (Exhibit 6 was marked for
15           identification.)
16              MR. PACELLI: I'll ask the
17          court reporter to mark as Exhibit 6
18          the next document.
19  BY MR. PACELLI:
20      Q.  Mr. Gusev, let me know when you see
21  it. Meanwhile, for the record, Exhibit 6 is
22  U.S. Patent number 10,962,357, which I will
23  refer to as the '357 patent.
24      A.  Yes, I can see this document.
25      Q.  Mr. Gusev, have you seen this

25 (Pages 94 to 97)