# Exhibit 14 - Excerpts from '656 File History

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | NIKOLAY L. LAPA ET AL | Examiner: | MICHAEL LAPAGE |
| Serial No. | 11/846,494 | Group Art Unit: | 2886 |
| Filed: | AUGUST 28, 2007 | Docket No. | 104098.010300 |
| Title: | SYSTEM AND METHOD FOR THREE-DIMENSIONAL MEASUREMENT OF THE SHAPE OF MATERIAL OBJECTS | | |
| Customer No.: | 33717 | Confirmation No. | 1491 |

---

**CERTIFICATE OF TRANSMISSION**

I hereby certify that this document is being transmitted electronically to the United States Patent and Trademark Office via the EFS Web e-Filing system on January 4, 2010.

Name: Angela Williams

## AMENDMENT

MAIL STOP: AMENDMENT
Commissioner for Patents
Post Office Box 1450
Alexandria, Virginia 22313-1450

Dear Sir/Madam:

In response to the Office Action mailed on July 1, 2009 in the above-identified application, please amend the application as follows:

**Amendments to the Specification** begin on page 2 of this paper.

**Amendments to the Claims** begin on page 3 of this paper.

**Remarks** begin on page 9 of this paper.

**Conclusion** begins on page 11 of this paper.

1

## AMENDMENTS TO THE SPECIFICATION

Please make the following amendments in the specification to correct inadvertent typographical errors:

In the fourth sentence of paragraph [0003], replace the words "that pass" with the word "pass."

In the first sentence of paragraph [0022], delete the words "a" and "one of," and replace the word "wavelength" with the word "wavelengths."

In the last sentence of paragraph [0024], delete the word "to."

In the first sentence of paragraph [0024], replace the reference to "optical unit 100" with a reference to "optical unit 102."

In the last sentence of paragraph [0028], replace the word "illustrates" with the word "illustrate."

In the first sentence of paragraph [0031], please replace the word "each" with the word "any."

In the first sentence of paragraph [0031], delete the word "the" before the words "one camera."

In the first sentence of paragraph [0032], replace the word "assumption" with the word "principle."

In the first sentence of paragraph [0032], replace the words "each point" with the words "any point."

In the first sentence of paragraph [034], replace the word "relationship" with the word "relationships."

Delete the last sentence of paragraph [0039] and replace it with the following sentence: "The number of possible directions of deformations is restricted to the ones along the meridians."

In the first sentence of paragraph [0042], insert the word "the" after the words "any of."

In the fourth sentence of paragraph [0040], delete the word "with."

2

**AMENDMENTS TO THE CLAIMS**

The following listing of claims will replace all prior versions, and listings, of claims in the application.

**Listings of Claims:**

**CLAIMS**

1.      (Currently Amended) A system for the 3D measurement of the shape of a material object, comprising:

a light projector for projecting a structured light pattern onto a surface of ~~an~~ said object, wherein ~~the~~ said light projector ~~includes~~ comprises a light source, a slide with a slide pattern located on a slide surface, and a projector lens characterized by a projector lens vertex; ~~for the projected structured light pattern;~~

~~an image detecting~~ a device for capturing an image of ~~the~~ said structured light pattern ~~acting~~ reflected on ~~the surface of the~~ said object, wherein ~~the image capturing~~ said device for capturing an image ~~includes~~ comprises a device lens characterized by a device lens vertex; ~~for a field of view of the image detecting device;~~ and

a computing device for determining a measurement relating to the ~~surface~~ shape of ~~the~~ said object using a triangulation algorithm based on a correspondence between points in said slide pattern and said image, ~~the projected structured light pattern and the captured image,~~ and

~~wherein the structured light pattern includes at least two coded elements that lie within a plane passing through the vertices of the light projector and the image detecting device and a portion of the object being measured.~~

wherein said slide pattern comprises a plurality of coded elements, where each of said coded elements is characterized by at least one parameter having one of at least two values, and

wherein said coded elements are assigned to one of at least first group or second group, each of which first group and second group comprising at least two of said coded elements, and

wherein at least first slide virtual line and second slide virtual line are defined on said slide surface, where said first slide virtual line is defined by an intersection between said slide

surface and a first plane passing through said projector lens vertex and through said device lens vertex, and said second slide virtual line is defined by an intersection between said slide surface and a second plane passing through said projector lens vertex and through said device lens vertex, and

wherein said coded elements of said first group are located along said first virtual line and said coded elements of said second group are located along said second virtual line.

2. (Currently Amended) The system of claim 1, wherein ~~the structured light pattern includes a plurality of different groups of coded elements, wherein all of the coded elements in at least one group of coded elements lie within the same respective plane passing through the vertices of the light projector and the image detecting device and a portion of the object being measured.~~ each of said coded elements having at least three points that do not lie on a straight line.

3. (Currently Amended) The system of claim 1~~2, wherein each group of coded elements lies within a different respective plane passing through the vertices of the light projector and the image detecting device and a portion of the object being measured.~~, wherein at least first object virtual line and second object virtual line are defined on the surface of said object, where said first object virtual line is defined by an intersection between said surface of said object and said first plane and where said second object virtual line is defined by an intersection between said surface of said object and said second plane.

4. (Currently Amended) The system of claim 1~~3~~, wherein the light projector is further characterized by ~~includes~~ a central optical axis, further wherein the light projector and the ~~image detecting~~ device for capturing an image are arranged such that a line extending between the projector vertex ~~of the light projector~~ and the device vertex ~~of the image detecting device~~ is perpendicular to the central optical axis of the light projector.

5. (Currently Amended) The system of claim 1~~3~~, wherein the ~~image detecting~~ device for capturing an image is ~~further includes~~ is characterized by a central optical axis, further wherein the light projector and the ~~image detecting~~ device for capturing an image are arranged such that a line extending between the projector vertex ~~of the light projector~~ and the device vertex ~~of the image detecting device~~ is perpendicular to the central optical axis of the ~~image detecting~~ device for capturing an image.

4

6. (Currently Amended) The system of claim 1<s>3</s>, wherein the <u>light</u> projector <u>is characterized by</u> <s>further includes</s> a <u>projector</u> central optical axis and <u>wherein</u> the <s>image detecting</s> device <u>for capturing an image is characterized by</u> <s>further includes</s> a <u>device</u> central optical axis, further wherein the light projector and the <s>image detecting</s> device <u>for capturing an image</u> are arranged such that a line extending between the <u>projector</u> vertex <s>of the light projector</s> and the <u>device</u> vertex <s>of the image detecting device</s> is not perpendicular to either <u>the projector</u> optical axis <s>of the projector</s> <u>or the</u> <s>and</s> <u>device optical axis.</u> <s>of the image detecting device</s>.

7. (Currently Amended) The system of claim 1<s>3</s>, wherein the light projector projects structured light in <s>a</s> wavelength<u>s</u> selected from <s>one of</s> optical, visible and infrared wavelengths.

8. (Currently Amended) The system of claim 1<s>3</s>, wherein the light projector is a <s>continuous light</s> <u>flashlight</u> source.

9. (Currently Amended) The system of claim 1<s>3</s>, wherein the structured light pattern <s>includes</s> <u>comprises</u> a plurality of coded elements that can be variably grouped together <s>such that all of the coded elements in each group lie in a respective plane passing through the vertices of the light projector and the image detecting device and a portion of the object being measured</s> <u>and</u> such that all of the coded elements in each group form a unique sequence relative to the sequences of coded elements in <s>other</s> adjacent groups of coded elements.

10. (Currently Amended) The system of claim 1<s>3</s>, wherein the computing device determines a three-dimensional shape of the surface <u>of said object</u>.

11. (Currently Amended) A method for the 3D measurement of the shape of a material object, comprising:

projecting a structured light pattern from a light projector onto a surface of an object, wherein the light projector <s>includes</s> <u>comprises a light source, a slide with a slide pattern located on a slide surface, and a projector lens characterized by a projector lens vertex;</u> <s>a vertex for the projected structured light pattern;</s>

capturing an image of the structured light pattern <s>acting</s> <u>reflected</u> on the surface of the object with <s>an image detecting</s> <u>a</u> device <u>for capturing an image</u>, wherein <s>the image detecting</s> <u>said</u>

device <u>for capturing an image comprises a device lens characterized by a device lens vertex;</u> ~~includes a vertex for a field of view for the image-detecting device~~; and

determining a measurement relating to the surface of the object using a triangulation algorithm based on a correspondence between ~~the~~ <u>points in said slide</u> ~~projected structured light~~ pattern and ~~the captured~~ <u>said</u> image, <u>and</u>

~~wherein the structured light pattern includes at least two coded elements that lie within a plane passing through the vertices of the light projector and the image-detecting device and a portion of the object being measured.~~

<u>wherein said slide pattern comprises a plurality of coded elements, where each of said coded elements is characterized by at least one parameter having one of at least two values, and</u>

<u>wherein said coded elements are assigned to one of at least first group or second group, each of which first group and second group comprising at least two of said coded elements, and</u>

<u>wherein at least first slide virtual line and second slide virtual line are defined on said slide surface, where said first slide virtual line is defined by an intersection between said slide surface and a first plane passing through said projector lens vertex and through said device lens vertex, and said second slide virtual line is defined by an intersection between said slide surface and a second plane passing through said projector lens vertex and through said device lens vertex, and</u>

<u>wherein said coded elements of said first group are located along said first virtual line and said coded elements of said second group are located along said second virtual line.</u>

12. (Currently Amended) The method of claim 11, wherein ~~the structured light pattern includes a plurality of different groups of coded elements such that all of the coded elements in at least one group of coded elements is projected to lie within the same respective plane passing through the vertices of the light projector and the image-detecting device and a portion of the object being measured.~~ <u>each of said coded elements having at least three points that do not lie on a straight line.</u>

13. (Currently Amended) The method of claim 12, wherein ~~each group of coded elements lies within a different respective plane passing through the vertices of the light projector and the image-detecting device and a portion of the object being measured.~~ <u>at least first object virtual line and second object virtual line are defined on said surface of said object, where said first</u>

object virtual line is defined by an intersection between said surface of said object and said first plane and where said second object virtual line is defined by an intersection between said surface of said object and said second plane.

14. (Currently Amended) The method of claim 11 ~~13~~, wherein the light projector is further ~~includes~~ characterized by a central optical axis, further comprising arranging the light projector and the ~~image detecting~~ device for capturing an image such that a line extending between the light projector vertex ~~of the light projector~~ and the device vertex ~~of the image detecting device~~ is perpendicular to the central optical axis of the light projector.

15. (Currently Amended) The method of claim 11 ~~13~~, wherein the ~~image detecting~~ device for capturing an image is characterized by ~~further includes~~ a central optical axis, further comprising arranging the light projector and the ~~image detecting~~ device for capturing an image such that a line extending between the light projector vertex ~~of the light projector~~ and the device vertex ~~of the image detecting device~~ is perpendicular to the central optical axis of the ~~image detecting~~ device for capturing an image.

16. (Currently Amended) The method of claim 11 ~~13~~, wherein the light projector is characterized by ~~further includes~~ a projector central optical axis and wherein the ~~image detecting~~ device for capturing an image is characterized by ~~further includes~~ a device central optical axis, further comprising arranging the light projector and the ~~image detecting~~ device for capturing an image such that a line extending between the projector vertex ~~of the light projector~~ and the device vertex ~~of the image detecting device~~ is not perpendicular to either the projector central optical axis ~~of the projector and~~ or the device central optical axis. ~~image detecting device.~~

17. (Currently Amended) The method of claim 11 ~~13~~, further comprising projecting structured light in ~~a~~ wavelengths selected from ~~one of~~ optical, visible and infrared wavelengths.

18. (Currently Amended) The method of claim 11 ~~13~~, further comprising projecting the structured light from a ~~continuous light~~ flashlight source.

19. (Currently Amended) The method of claim 11 ~~13~~, wherein the structured light pattern ~~includes~~ comprises a plurality of coded elements that can be variably grouped together ~~such that all of the coded elements in each group lie in a respective plane passing through the vertices of~~

7

Serial No. 11/846,494 PATENT
Docket No. 104098.010300

~~the light projector and the image detecting device and a portion of the object being measured and~~ such that all of the coded elements in each group form a unique sequence relative to the sequences of coded elements in ~~other~~ adjacent groups of coded elements.

20. (Currently Amended) The method of claim <u>11</u> ~~13~~, further comprising determining a three-dimensional shape of the surface of said object.

8

Serial No. 11/846,494                                               PATENT
                                                      Docket No. 104098.010300

## REMARKS

This amendment responds to the Office Action mailed on July 1, 2009 (the "Office Action"). The statutory period for response expires on January 1, 2010, a public holiday. Accordingly, Applicants respectfully submit that this response is being timely filed.

Claims 1-20 were pending in the present application. Claims 1-20 were rejected in the Office Action. By the instant amendment, Claims 1-20 are being amended and submitted for examination on their merits. Accordingly, Claims 1-20 are now pending in the present application, and Applicants believe these claims are in proper condition for allowance for the reasons set forth below.

In the pages that follow below, Applicants will set forth in detail that:

1) the cited prior art fails to teach or suggest a system or method for 3D measurement of a material object where coded elements in the structured light pattern are located along virtual lines that are defined by the intersections of the slide surface with a plurality of planes passing through the vertices of the light projector and the camera; and

2) the cited prior art fails to teach or suggest a system or method for 3D measurement of a material object where coded elements are always found in the image along virtual lines that are defined by the same virtual planes that define the virtual lines along which the coded elements are located in the structured light pattern, *i.e.*, on the surface of the slide.

### Claim Rejections Under 35 U.S.C. § 102

The Office Action rejected claims 1-3, 6-13 and 16-20 under 35 U.S.C. § 102(b) as being anticipated by *Geng* (U.S. Patent No. 6,937,348). Applicants respectfully traverse this rejection and reconsideration is requested in view of the above claim amendments and based on the following remarks.

The *Geng* patent cited by the Examiner fails to disclose a system and method for 3D measurement of the shape of an object based on the principles disclosed by Applicants. Specifically, Applicants disclose a system and method where groups of coded elements of the structured light are located along virtual lines that are defined on the surface of the projector slide by a plurality of virtual planes. Each of such virtual planes must pass through both the vertex of the projector lens and the vertex of the camera lens. Furthermore, when the structured light is reflected on the object and the image is captured by the camera, the coded elements are found in the image only along virtual lines that are defined by the same exact virtual planes on the surface of the object and in the camera regardless of the shape of the surface. Thus, although the relative location of the coded elements from the same group of elements may change in the image reflected on the object and captured by the camera, all coded elements from the same group of elements will nevertheless be found along one virtual line defined as stated above, regardless of the shape of the object. Therefore, the foregoing principles make it easier to establish a direct correspondence between coded elements in the structured light pattern and the images of the coded elements as they are reflected on the surface of the object and captured by the camera and, thereby, establish a direct correspondence between points in the structured light pattern and the images. Once such direct correspondence is established, the shape of the object may be calculated using a triangulation method and the information regarding how the relative locations of the points are affected by the shape of the object.

Applicants note that *Geng* fails to teach the above principles. Thus, Applicants respectfully believe that the pending claims, as amended, are not anticipated by *Geng*.

## Claim Rejections Under 35 U.S.C. § 103

The Office Action rejected claims 4-5 and 14-15 under 35 U.S.C. § 103 as being unpatentable over *Geng*. Applicants respectfully traverse this rejection and reconsideration is requested in view of the above claim amendments and based on the following remarks.

Claims 4-5 and 14-15, as amended, depend from Claims 1 and 10 respectively. As discussed above, *Geng* fails to teach the system of Claim 1 and method of Claim 10. Thus, also as respectfully stated above, Claims 1 and 10 are not anticipated by *Geng*, and, therefore, are not unpatentable. Inasmuch as Claims 4-5 and 14-15 depend from patentable independent claims

Serial No. 11/846,494 PATENT
Docket No. 104098.010300

and inasmuch as *Geng* fails to teach the systems of Claims 4-5 (as amended) and the methods of Claims 14-15 (as amended), Claims 4-5 and Claims 14-15 are not unpatentable over *Geng* under 35 U.S.C. §103.

## **CONCLUSION**

In each case, the pending rejections should be reconsidered in view of the amendments and remarks herein. Applicants believe that this case is in good condition for allowance, and a Notice of Allowance is earnestly solicited. If a telephone or further personal conference would be helpful, the Examiner is invited to call the undersigned, who will cooperate in any appropriate manner to advance prosecution. The Commissioner is directed and authorized to charge all additional required fees, except for the Issue Fee and the Publication Fee, to **Deposit Account Number 50-2638**. Please also credit any overpayments to said Deposit Account. Please ensure that Attorney Docket Number 104098.010300 is referred to when charging any payments or credits for this case.

Respectfully submitted,

Date: January 4, 2010

Allan Z. Litovsky
Reg. No. 40,249

Customer Number 33717
GREENBERG TRAURIG, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
Phone: (714) 708-6500
Fax:    (310) 586-7800
E-mail: laipmail@gtlaw.com