UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTEC EUROPE S.À.R.L.,<br><br>          Plaintiff,<br><br>v.<br><br>SHENZHEN CREALITY 3D TECHNOLOGY CO., LTD., and SHENZHEN JIMUYIDA TECHNOLOGY CO., LTD.,<br><br>          Defendants. | Case No. 1:22-cv-01676-OEM-VMS |

**DECLARATION OF ANDREA PACELLI IN SUPPORT OF REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Andrea Pacelli, declare as follows:

      1.      I am an attorney at the law firm of King & Wood Mallesons LLP ("KWM"), admitted to practice in the state of New York. KWM is counsel for Defendants Shenzhen Creality 3D Technology Co., Ltd., and Shenzhen Jimuyida Co., Ltd. (collectively, "Defendants") in this case. I make this declaration based upon my personal knowledge and am competent to testify as to the matters stated herein.

      2.      Attached as Exhibit 15 is a true and correct copy of excerpts from the Transcript of Deposition of Steven J. Gortler, dated June 2, 2025.

      I declare under penalty of perjury under the law of the United States of America that the foregoing is true and accurate.

Dated September 26, 2025                            */s/ Andrea Pacelli*
                                                            Andrea Pacelli

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2025 I caused the foregoing document to be served by electronic mail upon opposing counsel of record pursuant to the Court's Individual Practices and Rules.

| | |
|---|---|
| Dated: September 26, 2025 | */s/ Andrea Pacelli* <br> Andrea Pacelli <br> KING & WOOD MALLESONS LLP <br> 500 5th Avenue, 50th Floor <br> New York, New York 10110 <br> (212) 319-4755 <br> michael.devincenzo@us.kwm.com <br> *Counsel for Defendants Shenzhen Creality 3D Technology Co., Ltd. and Shenzhen Jimuyida Technology Co. Ltd.* |