**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARTEC EUROPE S.À.R.L., | Case No. 1:22-cv-1676 (OEM)(VMS) |
| Plaintiff, | NOTICE OF MOTION TO PRECLUDE TESTIMONY STEVEN J. GORLTER |
| v. | |
| SHENZHEN CREALITY 3D TECHNOLOGY CO., LTD., and SHENZHEN JIMUYIDA TECHNOLOGY CO., LTD., | |
| Defendants. | |

PLEASE TAKE NOTICE that, upon this Notice of Motion, the accompanying Memorandum of Law in Support of Plaintiff Artec Europe's *Daubert* Motion to Preclude Adam Falconer's Expert Testimony, the Declaration of Richard de Bodo and the exhibits attached thereto, and such other written or oral argument as may be presented, Plaintiff hereby moves this Court before the Honorable Orelia E. Merchant, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, NY 11201, for an order precluding Steven J. Gortler, the technical expert of Defendants Shenzhen Creality 3D Technology Co., Ltd., and Shenzhen Jimuyida Technology Co., Ltd., from testifying at trial and for such other and further relief as the Court may find just and proper.

Dated: Los Angeles, CA
July 9, 2025

          Respectfully submitted,

          RIMON PC
          By: /s/ Richard de Bodo
          Richard de Bodo
          2029 Century Park East, Suite 400N
          Los Angeles, CA 90067
          Telephone: (310) 943-7301
          richard.debodo@rimonlaw.com
          Attorneys for Plaintiff Artec Europe S.a.r.l.