UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTEC EUROPE S.À.R.L., <br><br> Plaintiff, <br><br> v. <br><br> SHENZHEN CREALITY 3D TECHNOLOGY CO., LTD., and SHENZHEN JIMUYIDA TECHNOLOGY CO., LTD., <br><br> Defendants. | Case No. 1:22-cv-01676-OEM-CHK |

**STIPULATION AND [PROPOSED] ORDER REQUESTING PERMISSION TO BRING ELECTRONICS TO MARKMAN HEARING**

WHEREAS, the Court will hear argument on the parties' summary judgment and *Daubert* motions on October 29, 2025;

WHEREAS, the parties believe it would be beneficial for the Court and counsel if counsel and their teams have access to their computers and other electronic devices in order to assist with the effective presentation of the issues to be addressed;

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the undersigned counsel and their teams may bring (i) laptops, iPads, and similar computing devices; (ii) cell phones; and/or (iii) power and connection cords, extension cords, cables, mice, and wireless pointers/presenters for the above to the October 29, 2025 motions hearing.

        Respectfully submitted,

Date:  October 22, 2025

/s/      Michael DeVincenzo
KING & WOOD MALLESONS LLP
Michael DeVincenzo
Charles Wizenfeld
Andrea Pacelli
500 5th Avenue, 50th Floor
New York, NY 10110
Tel: (212) 319-4755
michael.devincenzo@us.kwm.com
charles.wizenfeld@us.kwm.com
andrea.pacelli@us.kwm.com

*Attorney for Defendants
Shenzhen Creality 3D Tech. Co., Ltd. and
Shenzhen Jimuyida Technology Co., Ltd.*

/s/      Michael Cummings
RIMON P.C.
Michael Cummings (*pro hac vice*)
400 Madison Ave, Suite 11D
New York, NY 10017
Tel/Fax: (973) 494-2020
michael.cummings@rimonlaw.com

Richard de Bodo (*pro hac vice*)
CA State Bar No. 128199

Tel: (310) 943-7301
richard.debodo@rimonlaw.com

John E. Handy
1765 Greensboro Station Place Tower I
Suite 900
McLean, VA 22102
Tel/Fax: (703) 559-7360
john.handy@rimonlaw.com

*Attorneys for Plaintiff Artec Europe S.à.r.l.*

SO ORDERED, this _____ day of October, 2025:

_____
UNITED STATES DISTRICT JUDGE