**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARTEC EUROPE S.À.R.L.,<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN CREALITY 3D TECHNOLOGY CO., LTD., and SHENZHEN JIMUYIDA TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No. 1:22-cv-01676-OEM-CHK |

**DECLARATION OF RICHARD DE BODO IN SUPPORT OF PLAINTIFF ARTEC EUROPE'S *DAUBERT* MOTION TO PRECLUDE STEVEN GORTLER'S EXPERT TESTIMONY**

I, Richard de Bodo, declare as follows:

1. I am a partner at the law firm of Rimon PC, counsel of record for Plaintiff Artec Europe S.À.R.L ("Artec"). I make this Supplemental Declaration in support of Plaintiff Artec Europe's *Daubert* Motion to Exclude Steve Gortler's Expert Testimony. I make this Declaration based on my personal knowledge, unless stated on information and belief, and if called upon to testify to those facts, I could and would competently do so.

2. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 7,768,656.

3. Attached hereto as Exhibit 2 are true and correct copies of excerpts of the April 7, 2025 Expert Report of Steven Gortler

4. Attached hereto as Exhibit 3 are true and correct copies of excerpts of the transcript for the June 2, 2025 Deposition of Steven Gortler.

5. Attached hereto as Exhibit 4 are true and correct copies of excerpts of the May 7, 2025 Rebuttal Expert Report of Steven Gortler

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of July, 2025, at Los Angeles, California.

Dated: July 9, 2025

*/s/ Richard de Bodo*
Richard de Bodo