UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

ARTEC EUROPE S.À.R.L.,

    *Plaintiff,*

        -against-                       **SCHEDULING ORDER**
                                          22-CV-1676-OEM-CHK

SHENZHEN CREALITY 3D TECHNOLOGY
CO., LTD., and SHENZHEN JIMUYIDA
TECHNOLOGY CO., LTD,

    *Defendant.*
---------------------------------------------------------------X

ORELIA E. MERCHANT, United States District Judge:

| Event | Deadline |
|---|---|
| *Daubert* Motions | November 27, 2026 |
| *Daubert* Responses | December 11, 2026 |
| Motions *in limine* | December 11, 2026 |
| Motions *in limine* Responses | December 28, 2026 |
| Parties' Exhibit Exchange | December 28, 2026 |
| Damages Statements; Proposed Verdict Sheets, Jury Instructions, and Voir Dire Questions | December 28, 2026 |
| Court Receives Physical Exhibits | January 4, 2026 |
| Court Receives PDF Exhibits to Merchant Chambers Email | January 4, 2026 |
| Initial Pretrial Conference | June 2, 2026, at 2:00 p.m. |
| Final Pretrial Conference | January 6, 2027. at 11:00 a.m. |
| **TRIAL STARTS** | January 11, 2027, at 9:00 a.m. |

SO ORDERED.

                                                */s/* Orelia E. Merchant
                                                ORELIA E. MERCHANT
                                                United States District Judge

April 28, 2026
Brooklyn, New York