**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

ARTEC EUROPE S.À.R.L.,

      Plaintiff,

v.

SHENZHEN CREALITY 3D
TECHNOLOGY CO., LTD., and
SHENZHEN JIMUYIDA TECHNOLOGY
CO., LTD.,

      Defendants.

Case No. 1:22-cv-01676-OEM-VMS

## MOTION TO WITHDRAW AS COUNSEL

Plaintiff ARTEC EUROPE S.À.R.L. ("Plaintiff" or "Artec") hereby moves the court for

an order to withdraw John Handy as counsel of record for Artec in this action. RIMON P.C. no

longer represents Artec; attorney Richard de Bodo has left RIMON P.C. and remains attorney of

record for Artec at his current law firm.

DATE: May 12, 2026

Respectfully submitted,

*/s/ John Handy*
John Handy
**RIMON PC**
1765 Greensboro Station Place Tower I, Suite 900
McLean, VA 22102
Telephone: (703) 559-7360
john.handy@rimonlaw.com

*Attorney for Plaintiff*