**RIMÔN LAW**
*www.rimonlaw.com*

May 24, 2026

VIA ECF

Hon. Orelia E. Merchant
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re**:    **Artec Europe S.À R.L., v. Shenzhen Creality 3D Tech Co., Ltd, et al.**
**Case No. 1:22-01676 -OEM-CHK**
**Joint Letter Motion for Extension of Joint Pretrial Order Deadline and**
**Rescheduling of Initial Pretrial Conference**

Dear Judge Merchant:

Plaintiff Artec Europe S.à r.l. ("Artec"), with the consent and joinder of Defendants Shenzhen Creality 3D Technology Co., Ltd. and Shenzhen Jimuyida Technology Co., Ltd. (collectively, "Defendants"), respectfully submits this joint letter motion pursuant to Section II.G of Your Honor's Individual Practices and Rules to request: (i) an extension of the parties' deadline to submit the proposed Joint Pretrial Order from May 26, 2026 to July 10, 2026; and (ii) a corresponding rescheduling of the Initial Pretrial Conference, currently scheduled for June 2, 2026 at 2:00 p.m., to a date and time convenient to the Court during the week of July 20, 2026 (the parties are jointly available on Wednesday, July 22, 2026).

In accordance with Section II.G.1 of the Individual Practices, the parties state as follows:

(a) Original Date(s). The Court's Scheduling Order entered April 28, 2026 (ECF No. 182) directed the parties to file a proposed joint pretrial order by May 26, 2026, and set the Initial Pretrial Conference for June 2, 2026 at 2:00 p.m. before Your Honor in Courtroom 6C South.

(b) Reason for the Request. An extension is warranted to permit the parties to complete the substantial work and coordination required to prepare a Joint Pretrial Order that fully complies with Section V.B.4 of the Individual Practices, including the exchange of jurisdictional statements, summaries of remaining claims and defenses, witness lists with narrative descriptions, deposition designations and cross-designations, exhibit schedules with objections and responses, motions in limine, and stipulations of fact.  Lead counsel for Plaintiff recently

RIMÔN LAW

*www.rimonlaw.com*

changed law firms, which led to a delay in the parties' ability to coordinate the preparation of the Joint Pretrial Order, necessitating the extension requested herein. The parties have met and conferred and have agreed upon a schedule for internal coordination between the parties to complete the tasks required for the orderly and complete preparation of a Joint Pretrial Order conforming to Your Honor's Individual Practices within the timeframe of the July 10, 2026 Joint Pretrial Order filing deadline requested herein.

(c) Number of Previous Requests. This is the parties' first request for an extension of the Joint Pretrial Order deadline and the first request to reschedule the Initial Pretrial Conference.

(d) Disposition of Previous Requests. Not applicable; no prior requests have been made.

(e) Consent of All Parties. All parties consent to and join in this request. Counsel for Defendants has authorized Plaintiff's counsel to so represent and to sign this joint letter motion on Defendants' behalf.

Pursuant to Section II.G.2, the parties propose the following revised dates for the items affected by this request:

- Joint Pretrial Order: Friday, July 10, 2026 (with a clean Microsoft Word copy of the proposed joint pretrial order emailed to *Merchant_Chambers@nyed.uscourts.gov* concurrently with the ECF filing, as directed in the April 28, 2026 Scheduling Order and Section V.B.2 of the Individual Practices).

- Initial Pretrial Conference: A date and time convenient to the Court during the week of July 20, 2026. The parties are jointly available on Wednesday, July 22, 2026.

No other deadlines set forth in the Court's April 28, 2026 Scheduling Order (ECF No. 182) — including the deadlines for *Daubert* motions and responses[1], motions *in limine* and responses, the parties' exhibit exchange, damages statements, proposed verdict sheets, jury instructions and *voir dire* questions, the Court's receipt of physical and PDF exhibits, the January 6, 2027 Final Pretrial Conference, and the January 11, 2027 trial date — are affected by this request, and the parties do not seek to disturb those dates.

The parties thank the Court for its consideration of this request.

---

[1] The parties note that they previously submitted *Daubert* motions (ECF Nos. 157, 162, 165) which were fully briefed and were the subject of oral argument at the October 29, 2025 summary judgment hearing. (ECF No. 171, and Oct. 29, 2025 Minute Entry).

**RIMÔN LAW**
*www.rimonlaw.com*

Respectfully submitted,

*s/ Charles Wizenfeld*
Charles Wizenfeld, Esq.
KING AND WOOD LLP
600 Fifth Avenue, 27th Floor
New York, New York 10020
Tel: (347) 926-7577
charles.wizenfeld@us.kingandwood

*Counsel for Defendants*
*Shenzhen Creality 3D Technology Co., Ltd.*
*and Shenzhen Jimuyida Technology Co.,Ltd*

*/s/ Michael O. Cummings*
Michael O. Cummings
RIMON PC
400 Madison Ave, Suite 11D
New York, NY 10017
Tel/Fax: (973) 494-2020
michael.cummings@rimonlaw.com

Douglas G. Bridges, Esq.
ADAMS IP, LLC
453 Dauphin Street
Mobile, AL 36602
Tel: (251) 206-0379
doug@adamsiplaw.com

*Counsel for Plaintiff*
*Artec Europe S.à r.l.*