June 1, 2026

VIA ECF

Honorable Orelia E. Merchant
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *Artec Europe S.à r.l. v. Shenzhen Creality 3D Technology Co., Ltd., et al.*
Case No. 1:22-cv-01676-OEM-CHK
Defendants' Letter Motion for Rescheduling of Initial Pretrial Conference

Dear Judge Merchant:

Defendants Shenzhen Creality 3D Technology Co., Ltd. and Shenzhen Jimuyida Technology Co., Ltd. (collectively, "Defendants"), respectfully submit this letter motion pursuant to Section II.G of Your Honor's Individual Practices and Rules to request a rescheduling of the Initial Pretrial Conference, currently scheduled for July 28, 2026 at 10:30 a.m., to a date and time convenient to the Court during the month of August 2026.

In accordance with Section II.G.1 of the Individual Practices, the parties state as follows:

(a) Original Date(s). By Order dated May 26, 2026, the Court rescheduled the Initial Pretrial Conference from its original date of June 2, 2026 at 2:00 p.m. to July 28, 2026 at 10:30 a.m.

(b) Reason for the Request. The reason for the request is that lead counsel for Defendants, Michael DeVincenzo, is unavailable on July 28, 2026 due to prescheduled and paid family vacation the week of July 28, 2026. He will be available the rest of the Summer and into the Fall.

(c) Number of Previous Requests. This is the second request to reschedule the Initial Pretrial Conference.

(d) Disposition of Previous Requests. The Court granted the parties' prior request.

(e) Consent of All Parties. All parties consent to this request.

Pursuant to Section II.G.2, the requested adjournment will not impact any other scheduled dates. Additionally, Defendants do not have any dates they are unavailable in August 2026. Plaintiff advised Defendants that it likewise does not have any dates it is unavailable in August 2026.

Defendants thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Charles Wizenfeld
Michael DeVincenzo
Charles Wizenfeld, Esq.
Andrea Pacelli
KING AND WOOD LLP
600 Fifth Avenue, 27th Floor
New York, New York 10020
Tel: (347) 926-7577
michael.devincenzo@us.kingandwood.com
charles.wizenfeld@us.kingandwood.com
andrea.pacelli@us.kingandwood.com

*Counsel for Defendants
Shenzhen Creality 3D Technology Co., Ltd.
and Shenzhen Jimuyida Technology Co., Ltd*

cc: All counsel of record (via ECF)