# EXHIBIT A

## Deposition Designations, Counter-Designations, and Objections

Artec Europe S.à r.l. v. Shenzhen Creality 3D Technology Co., Ltd., et al.
Case No. 1:22-cv-01676-OEM-CHK

**Part 1 — Plaintiff's Deposition Designations, with Defendants' Objections and Counter-Designations**
**Part 2 — Defendants' Deposition Designations, with Plaintiff's Objections and Counter-Designations**

# PART 1 — PLAINTIFF'S DEPOSITION DESIGNATIONS, WITH DEFENDANTS' OBJECTIONS AND COUNTER-DESIGNATIONS

**Deposition of Wei Luo, Feb. 17, 2025**

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter-Designations | Plaintiff's Objections |
|---|---|---|---|
| 10:15–14:13 | 402/403/I/NT | 10:10–14 | |
| 23:13–25:8 | 402/403/I | | |
| 27:9–34:20 | 402/403/I/NT | | |
| 43:18–47:25 | 402/403/I | | |
| 55:9–56:5 | 402/403 | | |
| 133:12–134:6 | 402/403/O/I | | |
| 134:22–135:21 | 402/403/O/I | | |
| 136:14–138:3 | 402/403/I | | |
| 138:4–139:5 | 402/403/I | | |

**Deposition of Wei Luo, Feb. 18, 2025**

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter-Designations | Plaintiff's Objections |
|---|---|---|---|
| 153:14–156:2 | 402/403/I | 156:3–157:11 | |
| 173:23–177:14 | 402/403 | | |
| 178:7–182:10 | 402/403/I | 183:13–184:4, 227:10–230:19, 234:16–235:1 | |
| 184:5–188:22 | 402/403/I/NT | | |
| 196:25–199:5 | 402/403/I/NT | | |

**Deposition of Xun Luo, Feb. 19, 2025**

| Plaintiff's Designations | Defendants' Objections | Defendants' Counter-Designations | Plaintiff's Objections |
|---|---|---|---|
| 20:24–22:14 | 402/403/I/NT | 20:18-23 | |
| 32:18–33:25 | 402/403/I | 32:16-17, 34:1-2 | |
| 34:25–36:5 | 402/403/I | 34:20-24 | |
| 91:18–92:5 | 402/403/I | 92:12-17 | |

**Deposition of Xun Luo, Feb. 20, 2025**

| **Plaintiff's Designations** | **Defendants' Objections** | **Defendants' Counter-Designations** | **Plaintiff's Objections** |
|---|---|---|---|
| 131:3–135:6 | 402/403/I | 130:2-4, 131:2, 135:7-12 | |
| 137:23–138:6 | I/NT | 137:5-14, 137:18-22, 138:7-8 | |
| 171:10–172:4 | I | 170:17-22, 171:5-9, 172:5-8 | |
| 189:11–189:23 | 402/403/BS | 190:11-15, 190:19-20 | |

# PART 2 — DEFENDANTS' DEPOSITION DESIGNATIONS, WITH PLAINTIFF'S OBJECTIONS AND COUNTER-DESIGNATIONS

## Exhibit A

## Defendants' Deposition Designations — with Plaintiff's Objections and Counter-Designations

*Plaintiff Artec's objections and FRE 106 / Rule 32(a)(6) completeness counter-designations are set forth in the marked columns. Counter-designation ranges are by deponent/date; the Sukhovey and Xun Luo volumes use continuous pagination across days, and all citations are to the full-size transcripts and should be confirmed against the certified transcripts before trial.*

### Deposition of Wei Luo, Feb. 17, 2025

| Defendants' Designations | Plaintiff's Objections | Plaintiff's Counter-Designations (FRE 106) | Defendants' Objections |
|---|---|---|---|
| 10:11–18 | No objection. | 10:10–10:10 | NONE |
| 12:2–13:3 | No objection. | — | |
| 17:5–17 | No objection. | 17:1–17:4 | NONE |
| 18:20–25 | No objection. | 18:17–18:19 | I |
| 48:2–6 | No objection. | 48:1–48:1 | NT/I |
| 48:18–50:25 | No objection. | — | |
| 53:25–54:16 | No objection. | 53:17–53:24 | NONE |
| 72:10–73:12 | No objection. | 72:6–72:9 | I |
| 81:1–7 | No objection. | 80:22–80:25 | I |
| 134:22–135:17 | Improper lay opinion (FRE 701/702); lack of foundation (FRE 602). | — | |

### Deposition of Wei Luo, Feb. 18, 2025

| Defendants' Designations | Plaintiff's Objections | Plaintiff's Counter-Designations (FRE 106) | Defendants' Objections |
|---|---|---|---|
| 153:7–16 | No objection. | 153:3–153:6 | NONE |
| 154:6–23 | Improper lay opinion (FRE 701/702); lack of foundation (FRE 602). | 153:23–154:5; 154:24–154:24 | NT |
| 155:19–157:11 | No objection. | 155:14–155:18 | I |
| 158:13–160:13 | Improper lay opinion (FRE 701/702); lack of foundation (FRE 602). | 158:6–158:12 | NONE |
| 199:9–200:6 | Relevance (FRE 401/402); undue prejudice/confusion (FRE 403); hearsay as to foreign proceeding (FRE 802). | 199:7–199:8 | I/402/403 |
| 207:6–18 | No objection. | 206:17–207:5 | 403/NT |
| 213:25–214:21 | No objection. | 213:17–213:24 | I |
| 219:23–220:24 | Improper lay opinion (FRE 701/702); lack of foundation (FRE 602). | 219:19–219:22 | NONE |

### Deposition of Xun Luo, Feb. 19, 2025

| Defendants' Designations | Plaintiff's Objections | Plaintiff's Counter-Designations (FRE 106) | Defendants' Objections |
|---|---|---|---|
| 9:5–7 | No objection. | — | — |
| 9:11–14 | No objection. | 9:8–9:10; 9:15–9:25 | NT |
| 15:9–16:11 | No objection. | 15:5–15:8 | NT |
| 17:13–18:3 | No objection. | 16:25–17:12 | 402/403/I/NT |
| 21:5–21 | No objection. | 21:1–21:4 | NONE |
| 23:3–6 | No objection. | 22:20–23:2 | NONE |

| | | | |
|---|---|---|---|
| 23:11–24:1 | No objection. | 23:7–23:10 | NT |
| 24:15–25 | Speculation; lack of personal knowledge (FRE 602). | 24:12–24:14; 25:1–25:5 | NONE |
| 25:6–17 | No objection. | 24:25–25:5; 25:18–25:18 | NONE |
| 25:19–24 | No objection. | 25:6–25:18; 25:25–26:1 | NT |
| 26:2–5 | No objection. | 25:24–26:1; 26:6–26:19 | NT |
| 26:20–27:16 | No objection. | — | — |
| 28:4–8 | No objection. | 27:24–28:3 | NONE |
| 36:13–21 | No objection. | 36:7–36:12 | 402/403/I |
| 37:8–16 | Speculation; lack of personal knowledge (FRE 602). | 36:22–37:7 | NONE |
| 38:4–39:6 | Relevance (FRE 401/402); undue prejudice/confusion (FRE 403); hearsay as to foreign proceeding (FRE 802). | 37:22–38:3 | 402/403/I |
| 40:16–41:1 | No objection. | 40:6–40:15 | NONE |
| 41:15–16 | No objection. | 41:7–41:14; 41:17–41:21 | 402/403/I/NT |
| 41:19–42:12 | Lack of foundation/personal knowledge (FRE 602); hearsay (FRE 802); best evidence — document speaks for itself (FRE 1002); FRE 403. | 41:15–41:18 | NT |
| 43:14–48:3 | Speculation; lack of personal knowledge (FRE 602). | 43:10–43:13 | NONE |
| 49:2–4 | No objection. | 48:23–49:1 | NONE |
| 51:8–11 | No objection. | 50:24–51:7 | 402/403 |
| 51:20–52:9 | No objection. | 51:12–51:19 | NONE |
| 52:19–21 | No objection. | 52:16–52:18 | 402/403/I |
| 53:2–54:19 | Lack of foundation/personal knowledge (FRE 602); hearsay (FRE 802); best evidence — document speaks for itself (FRE 1002); FRE 403. | 52:22–53:1 | 402/403/NT |
| 56:16–58:11 | Lack of foundation/personal knowledge (FRE 602); hearsay (FRE 802); best evidence — document speaks for itself (FRE 1002); FRE 403. | — | — |
| 58:21–25 | Speculation; lack of personal knowledge (FRE 602). | 58:17–58:20 | 402/403/Speculation |
| 59:15–20 | Relevance (FRE 401/402); undue prejudice/confusion (FRE 403); hearsay as to foreign proceeding (FRE 802). | 59:10–59:14 | 402/403/I |
| 60:16–23 | Relevance (FRE 401/402); undue prejudice/confusion (FRE 403); hearsay as to foreign proceeding (FRE 802). | 60:13–60:15 | 402/403 |
| 61:15–19 | Relevance (FRE 401/402); undue prejudice/confusion (FRE 403); hearsay as to foreign proceeding (FRE 802). | 61:10–61:14 | NONE |
| 62:5–64:4 | Relevance (FRE 401/402); undue prejudice/confusion (FRE 403); hearsay as to foreign proceeding (FRE 802). | 61:20–62:4 | Vague/NT |
| 64:25–65:20 | Speculation; lack of personal knowledge (FRE 602). | 64:16–64:24 | NONE |
| 71:25–72:16 | Lack of foundation/personal knowledge (FRE 602); hearsay (FRE 802); best evidence — document speaks for itself (FRE 1002); FRE 403. | 71:18–71:24 | 402/403/Vague/NT |
| 77:7–24 | No objection. | — | — |
| 79:22–80:7 | No objection. | 79:12–79:21 | NONE |
| 80:21–81:23 | Lack of foundation/personal knowledge (FRE 602); hearsay (FRE 802); best evidence — document speaks for itself (FRE 1002); FRE 403. | 80:15–80:20 | NONE |
| 83:6–84:18 | Lack of foundation/personal knowledge | 82:22–83:5 | NONE |

| | | | |
|---|---|---|---|
| | (FRE 602); hearsay (FRE 802); best evidence — document speaks for itself (FRE 1002); FRE 403. | | |
| 89:14–20 | No objection. | 89:13–89:13; 89:21–90:1 | NT |
| 90:2–92:5 | No objection. | 89:13–90:1 | NT |
| 92:13–23 | Lack of foundation/personal knowledge (FRE 602); hearsay (FRE 802); best evidence — document speaks for itself (FRE 1002); FRE 403. | 92:9–92:12 | NT |
| 93:11–94:8 | Lack of foundation/personal knowledge (FRE 602); hearsay (FRE 802); best evidence — document speaks for itself (FRE 1002); FRE 403. | 93:7–93:10 | NT |
| 94:12–16 | No objection. | 94:9–94:11 | NT |
| 94:25–96:15 | Lack of foundation/personal knowledge (FRE 602); hearsay (FRE 802); best evidence — document speaks for itself (FRE 1002); FRE 403. | 94:17–94:24 | NONE |
| 96:19–24 | Lack of foundation/personal knowledge (FRE 602); hearsay (FRE 802); best evidence — document speaks for itself (FRE 1002); FRE 403. | 96:16–96:18; 96:25–97:5 | NONE |
| 97:1–4 | Lack of foundation/personal knowledge (FRE 602); hearsay (FRE 802); best evidence — document speaks for itself (FRE 1002); FRE 403. | 96:16–96:25; 97:5–97:5 | NONE |
| 97:13–99:1 | Lack of foundation/personal knowledge (FRE 602); hearsay (FRE 802); best evidence — document speaks for itself (FRE 1002); FRE 403. | 97:6–97:12 | NONE |
| 99:6–25 | Lack of foundation/personal knowledge (FRE 602); hearsay (FRE 802); best evidence — document speaks for itself (FRE 1002); FRE 403. | 99:2–99:5 | 402/403 |
| 100:15–102:5 | Lack of foundation/personal knowledge (FRE 602); hearsay (FRE 802); best evidence — document speaks for itself (FRE 1002); FRE 403. | 100:7–100:14 | I/NT |
| 102:15–24 | Lack of foundation/personal knowledge (FRE 602); hearsay (FRE 802); best evidence — document speaks for itself (FRE 1002); FRE 403. | 102:14–102:14 | NONE |
| 108:22–109:2 | No objection. | 109:3–109:8 | NT |
| 109:7–19 | No objection. | 109:20–110:4 | NONE |
| 110:5–112:19 | Lack of foundation/personal knowledge (FRE 602); hearsay (FRE 802); best evidence — document speaks for itself (FRE 1002); FRE 403. | — | — |
| 113:3–114:15 | Lack of foundation/personal knowledge (FRE 602); hearsay (FRE 802); best evidence — document speaks for itself (FRE 1002); FRE 403. | 113:2–113:2 | NONE |
| 115:2–17 | Lack of foundation/personal knowledge (FRE 602); hearsay (FRE 802); best evidence — document speaks for itself (FRE 1002); FRE 403. | 114:25–115:1 | NONE |
| 115:23–117:20 | Lack of foundation/personal knowledge (FRE 602); hearsay (FRE 802); best evidence — document speaks for itself (FRE 1002); FRE 403. | 115:18–115:22 | NONE |

## Deposition of Xun Luo, Feb. 20, 2025

| Defendants' Designations | Plaintiff's Objections | Plaintiff's Counter-Designations (FRE 106) | Defendants' Objections |
|---|---|---|---|
| 137:5–14 | No objection. | 136:19–137:4; 137:15–137:17 | 402/403/I |
| 137:17–138:23 | Lack of foundation/personal knowledge (FRE 602); hearsay (FRE 802); best evidence — document speaks for itself (FRE 1002); FRE 403. | 137:5–137:16 | NONE |
| 151:12–154:19 | Lack of foundation/personal knowledge (FRE 602); hearsay (FRE 802); best evidence — document speaks for itself (FRE 1002); FRE 403. | 151:7–151:11; 154:20–155:8 | NT |
| 157:21–158:1 | Lack of foundation/personal knowledge (FRE 602); hearsay (FRE 802); best evidence — document speaks for itself (FRE 1002); FRE 403. | 157:18–157:20 | 402/403/I |
| 158:10–13 | No objection. | 158:9–158:9 | NONE |
| 158:24–159:3 | No objection. | 158:14–158:23 | NONE |
| 159:11–160:15 | No objection. | 159:4–159:10 | NONE |
| 160:20–163:22 | Lack of foundation/personal knowledge (FRE 602); hearsay (FRE 802); best evidence — document speaks for itself (FRE 1002); FRE 403. | 160:16–160:19 | NONE |
| 163:24–164:11 | Speculation; lack of personal knowledge (FRE 602). | 163:23–163:23 | NONE |
| 164:22–165:13 | Lack of foundation/personal knowledge (FRE 602); hearsay (FRE 802); best evidence — document speaks for itself (FRE 1002); FRE 403. | 164:22–164:22 | NONE (164:22 added to Defendants' Designation) |
| 165:22–166:2 | Lack of foundation/personal knowledge (FRE 602); hearsay (FRE 802); best evidence — document speaks for itself (FRE 1002); FRE 403. | 165:14–165:21 | NONE |
| 167:8–12 | Lack of foundation/personal knowledge (FRE 602); hearsay (FRE 802); best evidence — document speaks for itself (FRE 1002); FRE 403. | 167:5–167:7 | NONE |
| 168:4–170:14 | Lack of foundation/personal knowledge (FRE 602); hearsay (FRE 802); best evidence — document speaks for itself (FRE 1002); FRE 403. | — | — |
| 170:17–22 | No objection. | 170:15–170:16; 170:23–171:4 | NT |
| 171:11–22 | Lack of foundation/personal knowledge (FRE 602); hearsay (FRE 802); best evidence — document speaks for itself (FRE 1002); FRE 403. | 171:8–171:10 | NONE |
| 171:24–172:8 | Lack of foundation/personal knowledge (FRE 602); hearsay (FRE 802); best evidence — document speaks for itself (FRE 1002); FRE 403. | 171:23–171:23 | NONE |
| 173:11–18 | Lack of foundation/personal knowledge (FRE 602); hearsay (FRE 802); best evidence — document speaks for itself (FRE 1002); FRE 403. | 173:5–173:10 | NONE |
| 174:13–175:2 | Lack of foundation/personal knowledge (FRE 602); hearsay (FRE 802); best evidence — document speaks for itself (FRE 1002); FRE 403. | 174:9–174:12 | NONE |
| 176:15–23 | No objection. | 176:7–176:14 | NONE |
| 177:16–22 | No objection. | 177:23–178:3 | NT |

| | | | |
|---|---|---|---|
| 178:16–21 | No objection. | 178:14–178:15; 178:22–178:22 | I/NT |
| 184:17–185:23 | Lack of foundation/personal knowledge (FRE 602); hearsay (FRE 802); best evidence — document speaks for itself (FRE 1002); FRE 403. | 184:7–184:16 | NT |
| 186:2–187:2 | Lack of foundation/personal knowledge (FRE 602); hearsay (FRE 802); best evidence — document speaks for itself (FRE 1002); FRE 403. | 185:24–186:1 | NONE |
| 188:21–189:10 | No objection. | 188:12–188:20 | 402/403 |
| 220:20–221:13 | No objection. | 220:15–220:19; 221:14–221:20 | I/NT |
| 221:16–19 | No objection. | 221:10–221:15; 221:20–221:20 | NT |
| 221:21–222:1 | No objection. | 221:10–221:20; 222:2–222:8 | NT |
| 222:4–7 | No objection. | 221:21–222:3; 222:8–222:8 | NT |
| 222:9–223:3 | Lack of foundation/personal knowledge (FRE 602); hearsay (FRE 802); best evidence — document speaks for itself (FRE 1002); FRE 403. | 221:21–222:8 | NT |

## Deposition of Alexander Vitalyevich Osipov, Feb. 24, 2025

| Defendants' Designations | Plaintiff's Objections | Plaintiff's Counter-Designations (FRE 106) | Defendants' Objections |
|---|---|---|---|
| 9:3–13 | No objection. | — | |
| 11:25–12:3 | No objection. | 11:23–11:24 | NT, IA |
| 12:12–12:19 | No objection. | 12:4–12:11 | NONE |
| 13:18–14:2 | No objection. | 13:12–13:17 | NONE |
| 14:7–15:2 | No objection. | 14:3–14:6 | NONE |
| 15:13–16:25 | No objection. | 15:13–15:13; 17:1–17:1 | 15:13 (added to Defendants' Designation) 17:1 (NT) |
| 18:4–10 | No objection. | 17:22–18:3 | NONE |
| 18:18–18:25 | No objection. | 18:11–18:17 | NONE |
| 19:19–20:8 | No objection. | 19:15–19:18 | S, IA, NT |
| 21:4–17 | No objection. | 21:18–22:1 | 21:18-21 (NT), 21:19-22:1 (CT) |
| 21:22–22:1 | No objection. | 21:9–21:21 | 21:9-17 (CT), 21:18-21 (NT), 21:19-21 (CT, IA) |
| 26:13–16 | No objection. | 26:11–26:12 | NT, IA |
| 32:13–20 | No objection. | 32:11–32:12 | NT, IA, |
| 33:4–11 | No objection. | 32:21–33:3 | NT, IA, |
| 39:16–23 | No objection. | 39:14–39:15 | NT, IA, |
| 40:14–17 | No objection. | 40:4–40:13 | NONE |
| 41:25–42:10 | No objection. | 42:11–42:16 | NT, CT |
| 42:13–16 | No objection. | 42:8–42:12 | NT, CT |
| 46:5–23 | No objection. | 45:24–46:4 | 46:1-4 (NT) |
| 48:12–15 | No objection. | 48:6–48:11; 48:16–48:20 | NT, CT |
| 48:18–20 | No objection. | 48:12–48:17 | CT, NT |
| 49:8–50:14 | Lack of foundation/personal knowledge (FRE 602); hearsay (FRE 802); best evidence — document speaks for itself (FRE 1002); FRE 403. | 49:1–49:7 | NONE |
| 61:12–19 | Lack of foundation/personal knowledge (FRE 602); hearsay (FRE 802); best evidence — document speaks for itself (FRE 1002); FRE 403. | 61:6–61:11 | NONE |

| | | | |
|---|---|---|---|
| 62:20-22; 62:25-63:8 | No objection. | 62:9–62:19; 63:9–63:23 | NT |
| 81:22–82:11 | No objection. | 81:11–81:21; 82:11–82:11 | 81:11–81:21 (NT) |
| 83:4–83:13 | No objection. | 82:25–83:3 | NT, IA |
| 93:6–8 | No objection. | 92:23–93:5; 93:9–93:17 | NT, 401, 403, CT |
| 93:13–17 | No objection. | 93:6–93:12 | NT, CT |
| 94:25–95:17 | No objection. | 94:22–94:24 | NT, IA |
| 96:6–96:13 | No objection. | 95:23–96:5; 96:14–96:25 | NT, IA, CT |
| 96:19–97:7 | No objection. | 96:12–96:18; 97:8–97:15 | NT, IA, CT |
| 97:12–97:18 | No objection. | 97:6–97:11 | NT, IA, CT |
| 99:4–9 | No objection. | 99:10–99:14 | NT, IA, CT |
| 99:12–17 | No objection. | 99:8–99:11; 99:18–100:1 | NT, IA, CT |
| 99:20–100:12 | Speculation; lack of personal knowledge (FRE 602). | 99:15–99:19; 100:13–101:2 | NT, IA, CT |
| 100:22–101:4 | No objection. | 100:9–100:21; 101:5–101:12 | NT, CT |
| 101:7–101:15 | No objection. | 101:3–101:6; 101:16–102:3 | NT, CT |
| 101:24–102:6 | No objection. | 101:13–101:23; 102:7–102:18 | NT, CT |
| 102:17–19 | No objection. | 102:4–102:16 | NT, CT |
| 103:8–18 | No objection. | 102:19–103:7 | NT, CT |
| 104:3–15 | No objection. | 103:16–104:2; 104:16–104:22 | NT, CT |
| 104:19–25 | No objection. | 104:13–104:18 | NT, CT |
| 105:13–22 | No objection. | 105:23–106:6 | NT, CT |
| 106:2–6 | No objection. | 105:21–106:1 | NT, CT |
| 108:4–18 | No objection. | 108:2–108:3; 108:19–109:5 | NT, IA, CT |
| 108:24–109:7 | No objection. | 108:15–108:23; 109:8–109:16 | NT, IA, CT |
| 109:12–16 | No objection. | 109:6–109:11 | NT, IA, CT |
| 113:14–16 | No objection. | 113:9–113:13 | NT, IA, CT |
| 114:4–12 | Speculation; lack of personal knowledge (FRE 602). | 114:13–114:21 | NT, IA, CT |
| 114:17–21 | No objection. | 114:9–114:16 | NT, IA, CT |
| 116:7–12 | No objection. | 116:13–116:21 | NT, IA, CT |
| 116:17–117:18 | No objection. | 116:10–116:16; 117:19–117:24 | NT, IA, CT |
| 117:22–118:1 | No objection. | 117:17–117:21 | NT, IA, CT |
| 118:23–25 | No objection. | 119:1–119:12 | NT, IA, CT |
| 65:1-4 | | | |
| 65:10-66:7 | | | |
| 129:4-6 | | | |
| 129:11-20 | | | |
| 129:25-130:7 | | | |
| 130:11-130:20 | | | |
| 135:18-21 | | | |
| 136:2-6 | | | |
| 141:20-22 | | | |
| 142:1-9 | | | |
| 142:20-22 | | | |
| 143:23-24 | | | |
| 144:3-7 | | | |
| 144:19-21 | | | |
| 144:25-145:5 | | | |
| 145:11-12 | | | |
| 145:16-22 | | | |
| 146:1-3 | | | |
| 148:18-21 | | | |
| 148:25-149:10 | | | |
| 149:14-150:6 | | | |
| 159:15-17 | | | |

**Deposition of Sergey Sukhovey, Feb. 25, 2025**

| **Defendants' Designations** | **Plaintiff's Objections** | **Plaintiff's Counter-Designations (FRE 106)** | **Defendants' Objections** |
|---|---|---|---|
| 8:8–10 | No objection. | 8:7–8:7 | NONE |
| 8:17–19 | No objection. | 8:13–8:16 | NONE |
| 11:24-25 | | | |
| 12:19-13:8 | | | |
| 13:16-20 | | | |
| 14:2-15:18 | | | |
| 15:20-17:6 | | | |
| 17:13-18:22 | | | |
| 19:2-20:2 | | | |
| 20:15-17 | | | |
| 21:9-10 | | | |
| 25:16–19 | Authentication (FRE 901); hearsay (FRE 802); relevance (FRE 401/402). | 25:10–25:15; 25:20–25:24 | NT |
| 25:25–26:2 | Authentication (FRE 901); hearsay (FRE 802); relevance (FRE 401/402). | 25:16–25:24; 26:3–26:6 | NT |
| 26:5–6 | Authentication (FRE 901); hearsay (FRE 802); relevance (FRE 401/402). | 25:25–26:4 | NT |
| 30:10–31:8 | No objection. | 30:8–30:9 | 402/403/I |
| 33:22–34:2 | Improper lay opinion (FRE 701/702); lack of foundation (FRE 602). | — | — |
| 34:13–23 | No objection. | 34:6–34:12 | 402/403/NT/357 |
| 38:14–16 | Improper lay opinion (FRE 701/702); lack of foundation (FRE 602). | 38:10–38:13; 38:17–38:24 | 402/403/I/NT |
| 38:20–39:2 | Improper lay opinion (FRE 701/702); lack of foundation (FRE 602). | 38:14–38:19; 39:3–39:10 | 402/403/NT |
| 39:6–10 | No objection. | 38:25–39:5 | NT |
| 40:14–21 | No objection. | 40:7–40:13 | 402/403/I/NT |
| 41:1–18 | Improper lay opinion (FRE 701/702); lack of foundation (FRE 602). | 40:19–40:25; 41:19–41:25 | NT |
| 41:22–25 | No objection. | 41:15–41:21 | NT |
| 60:16–61:7 | No objection. | 60:14–60:15; 61:8–61:17 | 402/403/I/NT |
| 61:10–21 | Speculation; lack of personal knowledge (FRE 602). | 61:6–61:9; 61:22–62:1 | 402/403/NT |
| 62:2–62:21 | Calls for a legal conclusion; lack of foundation (FRE 602); improper opinion (FRE 701/702). | 61:18–62:1 | 402/403/NT |
| 62:25–63:3 | Calls for a legal conclusion; lack of foundation (FRE 602); improper opinion (FRE 701/702). | 62:18–62:24; 63:4–63:14 | 402/403/NT |
| 74:20-23 | | | |
| 75:1-3 | | | |
| 75:6-13 | | | |
| 75:16-76:3 | | | |
| 76:10-21 | | | |
| 77:1-10 | | | |
| 92:22-93:2 | | | |

| | | | |
|---|---|---|---|
| 93:6-14 | | | |
| 93:19-94:7 | | | |
| 94:11-95:5 | | | |
| 123:5-21 | | | |
| 149:14-16 | | | |
| 149:20-23 | | | |
| 150:5-19 | | | |
| 151:2-15 | | | |
| 151:19-23 | | | |
| 152:1-8 | | | |
| 152:10 | | | |
| 152:18-153:4 | | | |
| 153:8-16 | | | |
| 153:20-154:16 | | | |
| 154:22-155:6 | | | |
| 155:17-21 | | | |
| 156:1-8 | | | |
| 156:13-25 | | | |
| 157:6-25 | | | |
| 158:1-4 | | | |
| 158:13-18 | | | |
| 158:21-25 | | | |
| 159:4-10 | | | |
| 159:14-25 | | | |
| 160:8-11 | | | |
| 160:6-23 | | | |
| 161:3-8 | | | |

**Deposition of Sergey Sukhovey, Feb. 26, 2025**

| Defendants' Designations | Plaintiff's Objections | Plaintiff's Counter-Designations (FRE 106) | Defendants' Objections |
|---|---|---|---|
| 172:7-9 | | | |
| 172:12-173:22 | | | |
| 174:1-23 | | | |
| 175:3-13 | | | |
| 175:18-176:5 | | | |
| 176:15-25 | | | |
| 177:4-8 | | | |
| 178:13-21 | | | |
| 178:25-179:17 | | | |
| 182:4-183:6 | | | |
| 183:10-15 | | | |
| 193:6–9 | Hearsay (FRE 802); attorney-drafted discovery response; document speaks for itself; FRE 403. | 193:1–193:5; 193:10–193:18 | 402/403/I/NT |
| 193:17–18 | No objection. | 193:6–193:16 | 402/403/NT |

| | | | |
|---|---|---|---|
| 211:19–213:7 | Hearsay (FRE 802); attorney-drafted discovery response; document speaks for itself; FRE 403. | — | — |
| 213:18–214:3 | Hearsay (FRE 802); attorney-drafted discovery response; document speaks for itself; FRE 403. | 213:8–213:17 | NT |
| 214:8–215:1 | No objection. | 214:4–214:7; 215:2–215:14 | NT |
| 215:6–18 | Hearsay (FRE 802); attorney-drafted discovery response; document speaks for itself; FRE 403. | 214:24–215:5; 215:19–215:24 | NT |
| 215:23–216:13 | Hearsay (FRE 802); attorney-drafted discovery response; document speaks for itself; FRE 403. | 215:15–215:22; 216:14–216:17 | NT |
| 216:17–25 | Hearsay (FRE 802); attorney-drafted discovery response; document speaks for itself; FRE 403. | 216:8–216:16 | NONE |

## Deposition of Anastasia Khatyul, Feb. 26, 2025

| Defendants' Designations | Plaintiff's Objections | Plaintiff's Counter-Designations (FRE 106) | Defendants' Objections |
|---|---|---|---|
| 8:9–17 | No objection. | 8:7–8:8; 8:18–8:20 | NT |
| 8:21–9:4 | No objection. | 8:12–8:20 | NT |
| 10:8–9 | No objection. | 10:4–10:7; 10:10–10:16 | 10:4-10:7 (V, IA (9:23-10:3)), 10:10-10:16 (NT, CT) |
| 10:13–12:23 | No objection. | 10:8–10:12; 12:24–13:4 | NT, CT, |
| 13:2–12 | No objection. | 12:21–13:1 | NT |
| 14:9–11 | No objection. | 14:2–14:8; 14:12–14:22 | NT, CT |
| 14:15–22 | No objection. | 14:9–14:14 | NT, CT |
| 17:23–18:2 | No objection. | 17:17–17:22 | NT, CT |
| 18:2–21 | Relevance (FRE 401/402); undue prejudice/confusion (FRE 403); hearsay as to foreign proceeding (FRE 802). | 17:23–18:1; 18:22–18:25 | NT, CT |
| 18:25 | No objection. | 18:20–18:24 | NT, CT |
| 22:9–16 | No objection. | 22:2–22:8 | NONE |
| 22:20-22 | | | |
| 22:25:1–11 | No objection. | 22:17–22:25 | 22:17-19 (NT), 22:23-24 (NT) |
| 55:3–19 | No objection. | 55:2–55:2; 55:20–56:4 | NT, CT |
| 55:23–56:4 | No objection. | 55:17–55:22 | NT, CT |
| 70:16–71:20 | No objection. | 70:10–70:15; 71:21–72:3 | NT, CT |
| 71:24–72:14 | No objection. | 71:18–71:23; 72:15–72:25 | NT, CT |
| 72:19–25 | No objection. | 72:12–72:18 | NT, CT |
| 90:18–91:18 | No objection. | 91:19–92:3 | NT, CT |
| 91:23–92:7 | No objection. | 91:15–91:22; 92:8–92:10 | NT, CT |
| 93:2–93:11 | No objection. | 93:2–93:4; 93:12–93:21 | NT, CT |
| 93:16–22 | No objection. | 93:8–93:15 | NT, CT |
| 94:3–11 | No objection. | 93:22–94:2; 94:12–94:16 | NT, CT |
| 94:17–95:3 | No objection. | — | |
| 95:15–23 | No objection. | — | |
| 104:25–105:6 | No objection. | 104:23–104:24; 105:7–105:11 | 402, 403, NT, CT |
| 105:10–105:21 | No objection. | 105:4–105:9 | NT, CT |

| | | | |
|---|---|---|---|
| 117:2–6 | No objection. | 117:7–117:13 | NT, CT |
| 117:10–13 | No objection. | 117:2–117:9 | NT, CT |

## Deposition of Gleb Gusev, Feb. 27, 2025

| Defendants' Designations | Plaintiff's Objections | Plaintiff's Counter-Designations (FRE 106) | Defendants' Objections |
|---|---|---|---|
| 8:11–13 | No objection. | 8:6–8:10 | 402/403 |
| 9:4–7 | No objection. | 8:24–9:3 | I |
| 14:4–20 | | | |
| 15:22–16:9 | | | |
| 19:16–17 | No objection. | 19:12–19:15; 19:18–19:20 | I/D/NT |
| 19:20–20:4 | No objection. | 19:16–19:19; 20:5–20:9 | D/NT |
| 20:7–11 | No objection. | 20:4–20:6 | D/NT |
| 24:7–13 | Lack of foundation/personal knowledge (FRE 602); hearsay (FRE 802); best evidence — document speaks for itself (FRE 1002); FRE 403. | 24:2–24:6; 24:14–24:19 | D/NT |
| 24:17–21 | No objection. | 24:12–24:16; 24:22–25:5 | D/NT |
| 24:25–25:8 | Lack of foundation/personal knowledge (FRE 602); hearsay (FRE 802); best evidence — document speaks for itself (FRE 1002); FRE 403. | 24:20–24:24; 25:9–25:14 | D/NT |
| 25:13–14 | Speculation; lack of personal knowledge (FRE 602). | 25:6–25:12 | D/NT |
| 27:8–9 | | | |
| 27:12–13 | | | |
| 39:19–24 | | | |
| 40:2–18 | | | |
| 96:2–5 | No objection. | 95:13–96:1; 96:6–96:14 | D/NT |
| 96:10–18 | No objection. | 96:2–96:9; 96:19–96:25 | D/NT |
| 96:23–97:5 | No objection. | 96:15–96:22; 97:6–97:11 | D/NT |
| 97:9–11 | No objection. | 97:3–97:8 | D/NT |
| 97:12–98:17 | | | |
| 99:11–13 | | | |
| 99:18–100:4 | | | |
| 100:9–14 | | | |
| 100:17 | | | |
| 101:10–13 | | | |
| 101:16–25 | | | |
| 102:17–22 | | | |
| 103:1–4 | | | |
| 103:8–16 | | | |
| 104:22–105:1 | | | |
| 105:4–11 | | | |
| 106:25–107:2 | | | |
| 107:6–10 | | | |
| 108:18–20 | | | |
| 109:2–4 | | | |
| 109:7–9 | | | |
| 116:17–19 | | | |
| 116:24 | | | |

| | | | |
|---|---|---|---|
| 118:21–119:16 | | | |
| 119:19–22 | | | |
| 120:1–7 | | | |
| 120:11–16 | | | |
| 120:18–19 | | | |
| 126:2–10 | | | |
| 126:13–20 | | | |
| 127:7–20 | | | |
| 127:23–128:4 | | | |
| 128:8–20 | | | |
| 129:1–4 | | | |
| 129:10–16 | | | |
| 131:7–10 | | | |
| 131:14–132:1 | | | |
| 132:5–8 | | | |
| 132:24–133:8 | | | |
| 134:19–135:12 | | | |
| 135:22–136:15 | | | |
| 136:25–137:6 | | | |
| 137:11 | | | |
| 138:8–16 | | | |
| 138:21–139:5 | | | |
| 144:3–8 | | | |
| 144:13–145:20 | | | |
| 145:24–146:3 | | | |
| 148:9–11 | | | |
| 148:16–21 | | | |
| 149:1–4 | | | |