BARTON

Richard de Bodo, Esq.
Direct dial: (424) 850-8799
rdebodo@bartonesq.com

ATTORNEYS AT LAW

100 Wilshire Boulevard
Suite 1300
Santa Monica, CA 90401

(424) 428.1102 Office
(212) 687.3667 Fax

bartonesq.com

August 5, 2026

**VIA ECF**

The Honorable Orelia E. Merchant
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: ***Artec Europe S.à r.l. v. Shenzhen Creality 3D Technology Co., Ltd., et al.***
**Case No. 1:22-cv-01676-OEM-CHK**
**Joint Cover Letter Transmitting the Parties' Proposed Joint Pretrial Order**

Dear Judge Merchant:

Plaintiff Artec Europe S.à r.l. ("Artec") and Defendants Shenzhen Creality 3D Technology Co., Ltd. and Shenzhen Jimuyida Technology Co., Ltd. (collectively, "Defendants") jointly submit the accompanying proposed Joint Pretrial Order pursuant to Section V.B of Your Honor's Individual Practices and Rules and the Court's Scheduling Order entered April 28, 2026 (ECF No. 182), as subsequently extended. A clean Microsoft Word version of the proposed Joint Pretrial Order is being emailed to Chambers concurrently with this filing, as directed by Section V.B.2 of the Individual Practices.

**Matters that remain in dispute.** The parties identify the following categories of remaining disputes. Nothing in this summary is intended to waive, limit, or prejudice either party's position on any of them, and the parties do not ask the Court to resolve any of them on this filing.

- Scope of the claims and defenses to be tried. The parties disagree whether certain of the theories and forms of relief identified by Artec are properly before the Court for trial, including Artec's theory of infringement of U.S. Patent No. 10,962,357 under the doctrine of equivalents, Artec's claim of willful infringement and request for enhanced damages, and Artec's requests for a post-judgment royalty and for attorneys' fees. Defendants have advised that they intend to seek relief from the Court as to certain of these matters, and Artec has advised that it will oppose any such application.
- Deposition designations, counter-designations, and objections. The parties have exchanged designations, counter-designations, and objections, which are set forth in Exhibit A. A substantial number of objections remain unresolved.

BARTON



- Exhibit objections. The parties have exchanged exhibit lists, objections, and responses, which are set forth in Exhibit B. Objections remain unresolved as to a number of exhibits, including objections directed to authenticity, production, and the best evidence rule.

- Motions in limine. Each party's list of anticipated motions in limine is preliminary, and the parties anticipate that the number and scope of those motions may change.

- Witness lists. Defendants have stated objections to certain aspects of Artec's witness list and to certain of the narrative descriptions of expected testimony, and Artec has advised that it disagrees with those objections.

**The parties' plan for narrowing these disputes.** The parties intend to continue meeting and conferring following this filing, and specifically to:

- confer regarding the deposition designations, counter-designations, and objections in Exhibit A, with the goal of narrowing or withdrawing those that can be resolved without the Court's involvement;

- confer regarding the exhibit objections in Exhibit B, including objections directed to authenticity, chain of custody, and related grounds, consistent with the expectation in Section V.B.4(j) of the Individual Practices that such issues be resolved before trial; and

- confer regarding the anticipated motions in limine with the goal of avoiding duplicative motions.

The parties thank the Court for its consideration.

Respectfully submitted,

*/s/ Douglas G. Bridges*
Douglas G. Bridges, Esq.
ADAMS IP, LLC
453 Dauphin Street
Mobile, AL 36602
Tel: (251) 206-0379
doug@adamsiplaw.com

Richard de Bodo, Esq.
BARTON LLP
100 Wilshire Boulevard, Suite 1300
Santa Monica, CA 90401
Tel: (424) 850-8799
rdebodo@bartonesq.com

*/s/ Charles Wizenfeld*
Charles Wizenfeld, Esq.
KING AND WOOD LLP
600 Fifth Avenue, 27th Floor
New York, NY 10020
Tel: (347) 926-7577
charles.wizenfeld@us.kingandwood.com

*Counsel for Defendants Shenzhen Creality 3D Technology Co., Ltd. and Shenzhen Jimuyida Technology Co., Ltd.*

BARTON



*Counsel for Plaintiff Artec Europe S.à r.l.*

cc: All counsel of record (via ECF)