**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARTEC EUROPE S.À R.L.,<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN CREALITY 3D TECHNOLOGY CO., LTD., and SHENZHEN JIMUYIDA TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No. 1:22-cv-01676-OEM-CHK<br><br>Jury Trial Demanded |

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO STRIKE PLAINTIFF'S DOCTRINE OF EQUIVALENTS THEORY AS TO U.S. PATENT NO. 10,962,357 FROM THE JOINT PRETRIAL ORDER**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, in the above-titled court, in the courtroom of Judge Orelia E. Merchant, at a date to be determined:

DEFENDANTS SHENZHEN CREALITY 3D TECHNOLOGY CO., LTD. and SHENZHEN JIMUYIDA 3D TECHNOLOGY CO., LTD. WILL AND HEREBY DO MOVE, to strike from the Joint Pretrial Order Plaintiff Artec Europe S.à.r.l.'s assertion that the Accused Products infringe claims 11–15 and 17 of U.S. Patent No. 10,962,357 under the doctrine of equivalents. This motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Law in Support of Defendants' Motion to Strike Plaintiff's Doctrine of Equivalents Theory as to U.S. Patent No. 10,962,357 from the Joint Pretrial Order, the Declaration of Charles Wizenfeld and exhibits attached thereto, and such other evidence and argument as the Court may consider.

Defendants hereby respectfully request the opportunity to present oral argument concerning this motion during the pretrial conference, currently scheduled for September 24, 2026, should the Court determine that such argument would be helpful.

Dated: August 6, 2026

*/s/ Charles Wizenfeld*
Michael DeVincenzo
Charles Wizenfeld
Andrea Pacelli
KING & WOOD LLP
600 Fifth Avenue, 27th Floor
New York, New York 10020
(212) 319-4755
michael.devincenzo@us.kingandwood.com
charles.wizenfeld@us.kingandwood.com
andrea.pacelli@us.kingandwood.com

*Counsel for Defendants Shenzhen Creality 3D Technology Co., Ltd. and Shenzhen Jimuyida Technology Co., Ltd.*