**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARTEC EUROPE S.À R.L.,<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN CREALITY 3D TECHNOLOGY CO., LTD., and SHENZHEN JIMUYIDA TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No. 1:22-cv-01676-OEM-CHK<br><br>Jury Trial Demanded |

**DECLARATION OF CHARLES WIZENFELD IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S DOCTRINE OF EQUIVALENTS THEORY AS TO U.S. PATENT NO. 10,962,357 FROM THE JOINT PRETRIAL ORDER**

I, Charles Wizenfeld, declare as follows:

1. I am an attorney at the law firm of King & Wood LLP ("KW"), admitted to practice in the state of New York. KW is counsel for Defendants Shenzhen Creality 3D Technology Co., Ltd., & Shenzhen Jimuyida Co., Ltd. (collectively, "Defendants") in this case. I make this declaration based upon my personal knowledge and am competent to testify as to the matters stated herein.

2. Attached as Exhibit 1 is a true and correct copy of excerpts from Plaintiff's Disclosure of Asserted Claims and Initial Infringement Contentions, dated September 22, 2023 ("Infringement Contentions").

3. Attached as Exhibit 2 is a true and correct copy of an email from Charles Wizenfeld to Doug Bridges, dated July 1, 2026 ("July 1, 2026 Wizenfeld Email").

4. Attached as Exhibit 3 is a true and correct copy of excerpts from the Expert Report of Iman Sadeghi, Ph.D., dated April 7, 2025 ("Sadeghi Report Excerpts").

5. Attached as Exhibit 4 is a true and correct copy of an email from Michael DeVincenzo to Richard de Bodo, dated April 27, 2026 ("April 27, 2026 DeVincenzo Email").

6. Attached as Exhibit 5 is a true and correct copy of excerpts from Artec's June 23, 2026 Initial Contributions to the Pretrial Order ("Artec's June 23, 2026 Initial Contributions to the Pretrial Order").

7. Attached as Exhibit 6 is a true and correct copy of excerpts from Artec's July 20, 2026 Contributions to the Pretrial Order ("Artec's July 20, 2026 Draft of the Pretrial Order").

8. Attached as Exhibit 7 is a true and correct copy of an email from Doug Bridges, dated June 30, 2026 ("June 30, 2026 Bridges Email").

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and accurate.

Dated: August 6, 2026

*/s/ Charles Wizenfeld*
Charles Wizenfeld