# EXHIBIT 2

## Wizenfeld, Charles (US)

**From:** Wizenfeld, Charles (US)
**Sent:** Wednesday, July 1, 2026 3:58 PM
**To:** Doug Bridges; rdebodo@bartonesq.com
**Cc:** Creality KWM
**Subject:** RE: [EXTERNAL] RE: [EXTERNAL] RE: [EXTERNAL] RE: [EXTERNAL] Artec v. Creality Pretrial Order

Doug, thanks for taking the time today to discuss Plaintiff's position as to why it believes it can proceed with its infringement case for the '357 Patent under a doctrine of equivalents (DOE) theory.

During the call you confirmed that Dr. Sadeghi will not (and cannot) testify as to the question of whether there are insubstantial differences between the operation of the accused products and the claimed "discarding" step or as to the function, way, result test for DOE, because he included no such opinions in his expert report. You advised that instead, Plaintiff intends to have Dr. Sadeghi present to the jury testimony regarding the opinions from his expert report regarding how the accused products operate in connection with the literal infringement theory set forth in his expert report, and then the jury can decide whether that constitutes insubstantial differences to satisfy infringement under a DOE theory. Similarly, you confirmed that Plaintiff's infringement contentions did not include a theory on insubstantial differences or the function, way, result test for the "discarding" limitation at issue.

As I mentioned, Defendants disagree that Plaintiff has preserved any DOE theory for the limitation at issue in the '357 Patent, and intend to raise the issue with the Court. Thank you for confirming that Plaintiff is also amenable to a quick resolution of this issue by the Court. We will decide in the next day or so the best way to raise the issue with the Court and get back to you.

Also, with regard to the meet and confer for the rest of the pretrial order issues tomorrow, I'll send out an invite shortly for 3:00 pm EST. If that doesn't work for you, please let me know a better time. Thanks.

Regards,
Charles

**Charles Wizenfeld | Partner**
**King and Wood LLP**

**T** +1 347 926 7577
**M** +1 646 765 0261
F +1 917 591 8167
**E** charles.wizenfeld@us.kingandwood.com
Profile

600 5th Ave 27th Floor New York, NY 10020
kingandwood.com

A list of the principals of the firm may be obtained from our website: www.kingandwood.com

**From:** Doug Bridges <doug@adamsiplaw.com>
**Sent:** Tuesday, June 30, 2026 10:42 PM
**To:** Wizenfeld, Charles (US) <charles.wizenfeld@us.kingandwood.com>; rdebodo@bartonesq.com
**Cc:** Creality KWM <creality.kwm@us.kingandwood.com>
**Subject:** Re: [EXTERNAL] RE: [EXTERNAL] RE: [EXTERNAL] RE: [EXTERNAL] Artec v. Creality Pretrial Order