# EXHIBIT 4

**Wizenfeld, Charles (US)**

**From:** DeVincenzo, Michael (US)
**Sent:** Monday, April 27, 2026 10:15 AM
**To:** Richard de Bodo
**Cc:** Creality KWM; Artec
**Subject:** RE: Artec-Jimuyida-Creality/Draft of Joint Letter
**Attachments:** 2026.04.27 Joint Letter to Court on Trial Days_.docx

Richard,
Please see attached. I did not track changes but added Defendants position and something that I think should be joint but can come from Defendants if Plaintiff will not agree.

Separately, when we spoke on Friday, I explained that Plaintiffs did not present any theory of infringement with respect to the '329 Patent (including in either interrogatory responses or Expert Reports) that were not addressed by the District Court's decision. I further asked you to identify any theories of infringement with respect to the '329 Patent that have been disclosed and were not been addressed by the district court. Having received no response, Defendants submission is based on the infringement claims remaining with respect to the '656 Patent and the '129 Patent claims.

Happy to talk,
Mike

**Michael DeVincenzo | Partner**
**King and Wood LLP**

**T** +1 347 926 7572
**M** +1 646 479 0846
F +1 917 591 8167
**E** michael.devincenzo@us.kingandwood.com
Profile

600 5th Ave 27th Floor New York, NY 10020
kingandwood.com

A list of the principals of the firm may be obtained from our website: www.kingandwood.com

On 30 March 2026, King & Wood Mallesons' Chinese and Australian partnerships formally separated. They now operate respectively as King & Wood and Mallesons under independent brands. The Hong Kong partnership has rebranded as King & Wood . 2026年3月30日，金杜律师事务所中国与澳大利亚办公室正式各自独立运营。自该日起，双方分别以 金杜（King & Wood）与Mallesons为独立品牌开展业务。香港办公室作为金杜旗下的机构沿用 金杜 （King & Wood）品牌。
Please note my email suffix has changed to @us.kingandwood.com and our website has changed to www.kingandwood.com. Please use my new email address and website URL going forward and kindly update your records. 我的邮箱地址后缀变更为 @us.kingandwood.com，金杜律师事务所官方网站网址变更为 www.kingandwood.com。 敬请您更新留存信息。

**From:** Richard de Bodo <rdebodo@rimonlaw.com>
**Sent:** Monday, April 27, 2026 9:37 AM
**To:** DeVincenzo, Michael (US) <michael.deVincenzo@us.kingandwood.com>
**Cc:** Creality KWM <creality.kwm@us.kingandwood.com>; Artec <Artec@rimonlaw.com>
**Subject:** Artec-Jimuyida-Creality/Draft of Joint Letter

**This message needs your attention**

• Some Recipients have never replied to this person.

Report this Email or Mark as Safe

Powered by Mimecast

Michael,

Following up our discussion, enclosed for Defendants' review is a draft of the parties' joint letter to the Court. Please let us know if it is acceptable and/or please send us any proposed changes. Thank you.

Regards,

Rich