**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

ARTEC EUROPE S.A.R.L.,

Plaintiff,

v.

SHENZHEN CREALITY 3D TECHNOLOGY CO., LTD., and SHENZHEN JIMUYIDA TECHNOLOGY CO., LTD.,

Defendants.

Case No.: 1:22-cv-01676-OEM-CHK

Jury Trial Demanded

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO STRIKE PLAINTIFF'S WILLFUL INFRINGEMENT THEORY AND REQUEST FOR ENHANCED DAMAGES FROM THE JOINT PRETRIAL ORDER**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, in the above-titled court, in the courtroom of Judge Orelia G. Merchant, at a date to be determined:

DEFENDANTS SHENZHEN CREALITY 3D TECHNOLOGY CO., LTD. and SHENZHEN JIMUYIDA 3D TECHNOLOGY CO., LTD. WILL AND HEREBY DO MOVE to strike from the Joint Pretrial Order Plaintiff Artec Europe S.à.r.l.'s assertion that Defendants engaged in willful infringement and Plaintiff's corresponding request for enhanced damages. This motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Law in Support of Defendants' Motion to Strike Plaintiff's Willful Infringement Theory and Request for Enhanced Damages from the Joint Pretrial Order.

Defendants hereby respectfully request the opportunity to present oral argument concerning this motion during the pretrial conference, currently scheduled for September 24, 2026, should the Court determine that such argument would be helpful.

Dated: August 21, 2026

/s/Paul B. Keller
Paul B. Keller
James N. Reed
BROWNSTEIN HYATT FARBER SCHRECK, LLP
75 Rockefeller Plaza, Suite 2600B
New York, New York 10019
(212) 576-1213
pkeller@bhfs.com
jnreed@bhfs.com

Counsel for Defendants
Shenzhen Creality 3D Technology Co., Ltd. And
Shenzhen Jimuyida Technology Co., Ltd.