**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARTEC EUROPE S.A.R.L.,<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN CREALITY 3D TECHNOLOGY CO., LTD., and SHENZHEN JIMUYIDA TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No.: 1:22-cv-01676-OEM-CHK<br><br>Declaration of James N. Reed |

**DECLARATION OF JAMES N. REED IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S WILLFUL INFRINGEMENT THEORY AND REQUEST FOR ENHANCED DAMAGES FROM THE JOINT PRETRIAL ORDER**

I, James N. Reed, declare as follows:

1. I am an attorney at the law firm of Brownstein Hyatt Farber Schreck, LLP ("Brownstein"), admitted to practice in the state of New York. Brownstein is counsel for Defendants Shenzhen Creality 3D Technology Co., Ltd., & Shenzhen Jimuyida Co., Ltd. (collectively, "Defendants") in this case. I make this declaration based upon my personal knowledge and am competent to testify as to the matters stated herein.
2. Attached as Exhibit A is a true and correct copy of Plaintiff Artec Europe S.A.R.L's 26(a)(1)(A) Initial Disclosures dated January 9, 2023.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and accurate.

Dated: August 21, 2026

/s/ James N. Reed
James N. Reed
BROWNSTEIN HYATT FARBER SCHRECK, LLP
75 Rockefeller Plaza, Suite 2600B
New York, New York 10019

(212) 576-1213
pkeller@bhfs.com
jnreed@bhfs.com

Counsel for Defendants
Shenzhen Creality 3D Technology Co., Ltd.
and Shenzhen Jimuyida Technology Co., Ltd.