BARTON

Richard de Bodo, Esq.
Direct dial: (424) 850-8799
rdebodo@bartonesq.com

ATTORNEYS AT LAW

100 Wilshire Boulevard
Suite 1300
Santa Monica, CA 90401

(424) 428.1102 Office
(212) 687.3667 Fax

bartonesq.com

October 5, 2026

**VIA ECF**

United States District Court
Eastern District of New York
Magistrate Judge Clay H. Kaminsky
225 Cadman Plaza East
Brooklyn, New York 11201

Re: ***Artec Europe S.à r.l. v. Shenzhen Creality 3D Technology Co., Ltd., et al.***
**Case No. 1:22-cv-01676-OEM-CHK**

Dear Judge Kaminsky:

Plaintiff Artec Europe S.À.R.L. ("Artec") and Defendants Shenzhen Creality 3D Technology Co., Ltd. ("Creality") and Shenzhen Jimuyida Technology Co., LTD. ("Jimuyida") (together, "Defendants" and with Artec, "Parties") respectfully submit this joint letter to inquire as to the Court's availability to conduct a settlement conference in the above-captioned matter on November 5-6, 2026 and/or November 9-13, 2026.

The parties have been discussing possible settlement directly with each other, including various business solutions. If these efforts do not result in a settlement, the parties believe that a settlement conference on one of the above dates may be productive in light of the currently scheduled October 28, 2026 hearing before District Judge Orelia E. Merchant and prior to deadline to submit pre-trial motions. See October 1, 2026 Minute Entry.

The Parties thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Richard de Bodo*
Richard de Bodo, Esq.
BARTON LLP
100 Wilshire Boulevard, Suite 1300
Santa Monica, CA 90401
Tel: (212) 885-8799
rdebodo@bartonesq.com

*/s/ Paul B. Keller*
Paul B. Keller
BROWNSTEIN HYATT FARBER SCHRECK, LLP
75 Rockefeller Plaza, Suite 2600B
New York, New York 10019
(212) 576-1213
pkeller@bhfs.com

BARTON



Douglas G. Bridges, Esq.
ADAMS IP, LLC
453 Dauphin Street
Mobile, AL 36602
Tel: (251) 206-0379
doug@adamsiplaw.com

*Counsel for Defendants Shenzhen Creality 3D Technology Co., Ltd. and Shenzhen Jimuyida Technology Co., Ltd.*

*Counsel for Plaintiff Artec Europe S.à r.l.*

cc: All counsel of record (via ECF)