Brownstein

**Brownstein Hyatt Farber Schreck, LLP**
212.576.1211 main
75 Rockefeller Plaza, Suite 2600B
New York, NY 10019

Paul B. Keller
Attorney At Law
212.576.1213
pkeller@bhfs.com

October 8, 2026

**VIA ECF**

United States District Court
Eastern District of New York
Hon. Orelia E. Merchant
225 Cadman Plaza East
Brooklyn, NY 11722

*Re:* Artec Europe S.A.R.L. v. Shenzhen Creality 3D Technology Co., LTD., and Shenzhen Jimuyida Technology Co., LTD.
Case No.: 1:22-cv-01676-OEM-CHK

Dear Judge Merchant:

Defendants Shenzhen Creality 3D Technology Co., LTD., and Shenzhen Jimuyida Technology Co., Ltd. (collectively, "Defendants"), respectfully submit this letter motion pursuant to Section II.G of Your Honor's Individual Practices and Rules to request a rescheduling of the Initial Pretrial Conference, currently scheduled for October 28, 2026 at 11:00 a.m., to November 4, 2026 at 11:00 a.m., or another date and time convenient to the Court.

(a) Original Date: The Pretrial Conference is currently scheduled for October 28, 2026 at 11:00 a.m.
(b) Reason for the Request: The reason for the request is that counsel for Defendants has a scheduling conflict on October 28, 2026.
(c) Number of Previous Requests: This is the first request to reschedule this conference.
(d) Disposition of Previous Requests: The Court granted the parties' prior request.
(e) Consent of All Parties: All parties consent to this request.

Pursuant to Section 11.G.2, the requested adjournment will not impact any other scheduled dates.

Defendants appreciate the Court's consideration of this request and thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/ Paul B. Keller
Paul B. Keller
James N. Reed

BROWNSTEIN HYATT FARBER SCHRECK, LLP
75 Rockefeller Plaza, Suite 2600B
New York, New York 10019
(212) 576-1213
pkeller@bhfs.com
jnreed@bhfs.com

Counsel for Defendants
Shenzhen Creality 3D Technology Co., Ltd.
& Shenzhen Jimuyida Technology Co., Ltd.

Benjamin Bai
Harry Feng
Mo Zhou
KING & WOOD MALLESONS LLP
500 5th Avenue, 50th Floor
New York, New York 10110
(212) 319 – 4755
Benjamin.bai@cn.kingandwood.com
Harry.Feng@cn.kingandwood.com
Zhoumo@ch.kingandwood.com

Co – Counsel for Defendants
Shenzhen Creality 3D Technology Co., Ltd.
& Shenzhen Jimuyida Technology Co., Ltd

Cc: All counsel of record (via ECF)